## TABLE OF CONTENTS


| SECTION | PARAGRAPHS | PAGE |
|---|---|---|
| **I. INTRODUCTION** | ¶¶ 1–3 | 2 |
| **II. PARTIES** | ¶¶ 4–5 | 4 |
| **III. JURISDICTION AND VENUE** | ¶¶ 6–10 | 6 |
| **IV. TIMELINESS, DISCOVERY RULE, AND CONTINUING REPRESENTATION** | ¶¶ 11–13 | 9 |
| **V. STATEMENT OF FACTS** | ¶¶ 14–84 | 14 |
| Part I — The Joint Attorney-Client Relationship | ¶¶ 14–21 | 14 |
| Part II — BAL's Filing of Mr. Pachikoru's H-1B Petition | ¶¶ 22–25 | 16 |
| Part III — BAL's Pre-RFE Instruction and Its May 4, 2023 Reversal | ¶ 26 | 20 |
| Part IV — BAL's Refusal to Share the USCIS RFE with Mr. Pachikoru | ¶¶ 27–36 | 21 |
| Part V — BAL's May 9, 2023 SOC Code Response To Mr. Pachikoru | ¶¶ 37–39 | 23 |
| Part VI — BAL's May 15, 2023 Refusal to Share the Completed RFE For Review | ¶¶ 40–43 | 24 |
| Part VII — BAL's RFE Submission and H-1B Petition Approval | ¶¶ 44–48 | 25 |

| | | |
|---|---|---|
| Part VIII — BAL's Recommendation to Defer Mr. Pachikoru's PERM | ¶¶ 49–51 | 29 |
| Part IX — Initiation of Mr. Pachikoru's Permanent-Residency Matter | ¶ 52 | 30 |
| Part X — BAL's August 2, 2024 Disclosure of PERM Timeline | ¶¶ 53–54 | 30 |
| Part XI — BAL's Pivot from PERM to the EB-2 NIW | ¶¶ 55–59 | 31 |
| Part XII — BAL's Silence and Lapse of the December 7, 2024 Qualifying Date | ¶¶ 60–61 | 35 |
| Part XIII — BAL's January 15, 2025 Acknowledgment Regarding the PERM | ¶¶ 62–63 | 36 |
| Part XIV — Drafting The NIW Letters Between January and March, 2025 | ¶¶ 64–66 | 37 |
| Part XV — Mr. Pachikoru's FOIA Request To USCIS | ¶ 67 | 39 |
| Part XVI — BAL's May–July 2025 Statements and Production of NIW Materials | ¶¶ 68–75 | 40 |
| Part XVII — BAL's 2026 Refusal To Release RFE File to Mr. Pachikoru | ¶¶ 76–84 | 42 |
| **VI. CLAIMS** | ¶¶ 85–126 | 45 |
| Allegations Common to All Counts | ¶¶ 85–90 | 45 |
| Count I — Legal Malpractice | ¶¶ 91–98 | 48 |

| | | |
|---|---|---|
| Count II — Breach of Fiduciary Duty | ¶¶ 99–106 | 53 |
| Count III — Fraud (Misrepresentation and Concealment) | ¶¶ 107–114 | 58 |
| Count IV — Negligent Misrepresentation (Pleaded in the Alternative to Count III) | ¶¶ 115–120 | 65 |
| Count V — Breach of Contract | ¶¶ 121–126 | 67 |
| **VII. PRAYER FOR RELIEF** | — | 70 |
| **VIII. DEMAND FOR JURY TRIAL** | — | 72 |
| **INDEX OF EXHIBITS (following the signature page)** | Exhibits A–P | — |