**INDEX OF EXHIBITS**

The following exhibits are attached to this Complaint and are a part of it for all purposes. Fed. R. Civ. P. 10(c). Each exhibit bears a cover page identifying the paragraph(s) of the Complaint it supports.

| EXHIBIT | DESCRIPTION | ¶ |
|---|---|---|
| A | Disclosure and Consent to Joint Representation ("DCJR")<br>H-1B Petition | ¶ 15 |
| B | Disclosure and Consent to Joint Representation ("DCJR")<br>EB-2 NIW | ¶ 18 |
| C | Form I-129 (H-1B Petition) | ¶ 22(a) |
| C-1 | Proposed Duties (Form I-129, Supplement)<br>H Classification and Data Collection | ¶ 22(d) |
| D | Labor Condition Application ("LCA" or "Form ETA-9035 & 9035E")<br>Certified LCA Number: I-200-23101-920831 | ¶ 22(b) |
| E | Form M-746<br>I-129 Dictionary of Occupational Titles ("DOT") Codes | ¶ 22(c) |
| F | Form I-797C<br>Notice of Action (H-1B Receipt Number: IOE8429937781) | ¶ 22(e) |
| G | REQ-17609<br>Manager, GMP Operational Quality | ¶ 23(a) |

| | | |
|---|---|---|
| H | Regarding Employment Start Date<br>Email Correspondence With BAL Between April 24, 2023 and May 9, 2023 (¶¶ 26–38) | ¶ 26 |
| I | RFE Worksheet And Request For Review<br>Email Correspondence With BAL Between May 15, 2023 and June 4, 2023 (¶¶40–41) | ¶ 40 |
| J | RFE Worksheet Email Correspondence | ¶ 43 |
| K | Regarding RFE Follow-Up<br>Email Correspondence With BAL Between June 27, 2023 and July 10, 2023 (¶¶45, 48) | ¶ 45(a) |
| L | H-1B Petition Approved Until December 6, 2025<br>Form I-797A Approval Notice | ¶ 48 |
| M | Email Correspondence With BAL Between July 24, 2024 and March 17, 2025<br>(¶¶51–53, 55–57, 62, 64(a)–(c), 65) | ¶ 51 |
| N | EB-2 NIW Questionnaire Request | ¶ 59(c) |
| O | Request For Evidence ("RFE") | ¶ 67 |
| P | H-1B Revocation Notice | ¶ 67 |

Exhibit A

# Exhibit A

¶ 15 — Disclosure and Consent to Joint Representation ("DCJR")
H-1B Petition

| | | |
|---|---|---|
| 63 | Have you ever applied for an Immigrant Visa (U.S. permanent residency) at a U.S. consulate abroad? | No |
| 64 | Have you ever filed an I-485 Application for Adjustment of Status? | No |
| 65 | Have you ever applied for asylum? | No |
| 66 | Have you ever been a J-1 exchange visitor or J-2 dependent of a J-1 exchange visitor? | No |
| 67 | Have you ever applied for, held or received any type of visa for the United States? | Yes |
| 68 | Have you ever applied for the Diversity Visa "lottery"? | No |
| 69 | Have you ever been denied any visa classification? | No |
| 70 | Have you ever been denied admission to any country? | No |
| 71 | Have you ever been in an immigration court proceeding? | No |
| 72 | Have you ever been deported, removed, or otherwise required to leave any country, or are you now in exclusion or deportation proceedings? | No |
| 73 | Have you ever been convicted, arrested, cited, charged, indicted, fined, or imprisoned for any offense or crime, including offenses involving alcohol intoxication, even though subject of a pardon, amnesty, expungement, or other similar action? | No |
| 74 | Have you or your spouse or children ever been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party (in the United States or abroad), including youth or student Communist organizations? | No |
| 75 | Do you or any family members have any close relatives or ancestors who were born in the U.S., or who served in the U.S. military, or who otherwise have any claim to the U.S.? | No |
| 76 | Are you, or have you ever been, a lawful permanent resident or landed immigrant in any country other than your country of birth? | No |
| 77 | Have you ever been outside the U.S. for a period of a year or more after holding an H or L visa? | No |
| 78 | Have you been employed with your prospective H-1B company's subsidiary outside the U.S. within the last three (3) years? | No |
| 79 | If you answered 'Yes' to any of the questions above, you must give all relevant details. If the matter relates to a criminal conviction, please give the nature of the offense, full details of sentence, and dates of any period of imprisonment or other detention. | Held F-1 and H-1B Visa |

## Disclosure and Consent to Joint Representation

DISCLOSURE AND CONSENT TO JOINT REPRESENTATION: Berry Appleman & Leiden LLP (BAL) has been retained for the purpose of representing you, the beneficiary, your spouse and/or other family members (if applicable), and your U.S. employer sponsor ("the Company"), if your employer has asked BAL to support your immigration case and is covering any or all of the fees associated with this application or petition, in preparing and filing one or more applications or petitions related to an immigration benefit for you through the Company's sponsorship. If the Company is compensating BAL for this representation, this fact will not interfere with BAL's independent judgment in your case or with the client-lawyer relationship with you and/ or your family members. However, although any information you provide will be treated as privileged as against third parties, such information may be disclosed to the Company. Any communications made during the course of our relationship with you, your family members, or the Company may not be subject to a claim of attorney-client privilege in a civil proceeding between you and the Company. At present, we are not aware of any potential or actual conflict of interest; however, it is possible that at some future time your interests could come into conflict with the interests of the Company; and in consenting to joint representation, you expressly waive any such conflict. For instance, if the Company is covering any or all of the fees associated with this application or petition, a conflict of interest could arise if the Company terminates your employment or if you resign, resulting in your inability to obtain an immigration benefit through the Company's sponsorship. If you or the Company believes that a conflict of interest arises, you must advise us immediately. If an actual conflict of interest arises during the course of our joint representation, we will notify both you and the Company of such conflict and take appropriate action, which would likely include withdrawal of our representation of you and your family members, if applicable. You understand and agree that BAL's legal representation of the Company does not include disclosure to you of confidential Company information, within reasonable lawful limits, that the Company wishes to keep confidential. You may seek the advice of independent counsel regarding this disclosure and consent. NOTICE REGARDING CHANGES IN EMPLOYMENT: In the event that you, the principal applicant, cease to be employed with your current employer, BAL reserves the right to withdraw as attorney of record and cease to represent you and all family members. Should you cease to be employed by your current employer during the I-485/Adjustment of Status process, under certain circumstances, BAL may continue representation during the I-485/Adjustment of Status process under the terms of a separate retainer agreement and payment for any additional work to be performed by BAL. NOTICE IN CASE OF CONVICTION, ARREST, CHARGE OR INDICTMENT: If you have ever been convicted, arrested, cited, charged, indicted, fined, or imprisoned for violating any law or ordinance in the U.S. or abroad, or received any expungements or pardons, notify your BAL attorney to discuss how this may affect your eligibility for visas or immigration benefits. Your attorney will require this information to evaluate how it impacts your immigration processing. As this information may affect the ability to obtain visas and immigration benefits, as well as affect the cost and speed of immigration processing, we will provide this information to your employer. THIRD PARTY SERVICE PROVIDERS NOTICE AND CONSENT: BAL works with non-lawyer third parties who provide services including credentials evaluations, visa and work permit information and processing, passport processing, document acquisition and legalization, translation, relocation, and other services of an administrative nature. In order to provide these services on behalf of you and your family, it may be necessary to share with these third parties personal and family information -- including immigration history, financial information, and employment information -- that you provide to BAL. DATA AND FILE RETENTION NOTICE: After our services conclude, BAL will, as a courtesy to you, make its best efforts to retain the personal data you have provided and a copy of your file for a period of seven (7) years. At the end of said period, we may, at our discretion, destroy such personal data and file without notice to you. At any point during the retention period, you may request delivery of a copy of your file. However, please note that there may be a fee charged to retrieve the file and deliver it to you.

| | | |
|---|---|---|
| 80 | I confirm that I have read and understood the contents of this notice and am providing consent on this basis. | Yes, I confirm |

# Exhibit B

¶ 18 — Disclosure and Consent to Joint Representation ("DCJR")
EB-2 NIW

# USA - EB-2 National Interest Waiver (NIW) Questionnaire

| | | |
|---|---|---|
| 101 | Have you or your spouse or children ever been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party (in the United States or abroad), including youth or student Communist organizations? | • No |
| 102 | Are you, or have you ever been, a lawful permanent resident or landed immigrant in any country? | • No |
| 103 | If you answered 'Yes' to any of the questions above, you must give all relevant details. If the matter relates to a criminal conviction, please give the nature of the offense, full details of sentence, and dates of any period of imprisonment or other detention. | • Held F-1 and H-1B Visa |

Disclosure and Consent to Joint Representation

DISCLOSURE AND CONSENT TO JOINT REPRESENTATION: Berry Appleman & Leiden LLP (BAL) has been retained for the purpose of representing you, the beneficiary, your spouse and/or other family members (if applicable), and your U.S. employer sponsor ("the Company"), if your employer has asked BAL to support your immigration case and is covering any or all of the fees associated with this application or petition, in preparing and filing one or more applications or petitions related to an immigration benefit for you through the Company's sponsorship. If the Company is compensating BAL for this representation, this fact will not interfere with BAL's independent judgment in your case or with the client-lawyer relationship with you and/ or your family members. However, although any information you provide will be treated as privileged as against third parties, such information may be disclosed to the Company. Any communications made during the course of our relationship with you, your family members, or the Company may not be subject to a claim of attorney-client privilege in a civil proceeding between you and the Company. At present, we are not aware of any potential or actual conflict of interest; however, it is possible that at some future time your interests could come into conflict with the interests of the Company; and in consenting to joint representation, you expressly waive any such conflict. For instance, if the Company is covering any or all of the fees associated with this application or petition, a conflict of interest could arise if the Company terminates your employment or if you resign, resulting in your inability to obtain an immigration benefit through the Company's sponsorship. If you or the Company believes that a conflict of interest arises, you must advise us immediately. If an actual conflict of interest arises during the course of our joint representation, we will notify both you and the Company of such conflict and take appropriate action, which would likely include withdrawal of our representation of you and your family members, if applicable. You understand and agree that BAL's legal representation of the Company does not include disclosure to you of confidential Company information, within reasonable lawful limits, that the Company wishes to keep confidential. You may seek the advice of independent counsel regarding this disclosure and consent. NOTICE REGARDING CHANGES IN EMPLOYMENT: In the event that you, the principal applicant, cease to be employed with your current employer, BAL reserves the right to withdraw as attorney of record and cease to represent you and all family members. Should you cease to be employed by your current employer during the I-485/Adjustment of Status process, under certain circumstances, BAL may continue representation during the I-485/Adjustment of Status process under the terms of a separate retainer agreement and payment for any additional work to be performed by BAL. CONSENT TO ACCESS U.S. GOVERNMENT WEB SITES ON YOUR BEHALF: You agree that, as part of our representation of you, your spouse and family members, BAL may access Department of Homeland Security and other government web sites for various purposes in connection with our representation, including but not limited to, review of Form I-94 records, case status checks or electronic case filing. NOTICE IN CASE OF CONVICTION, ARREST, CHARGE OR INDICTMENT: If you have ever been convicted, arrested, cited, charged, indicted, fined, or imprisoned for violating any law or ordinance in the U.S. or abroad, or received any expungements or pardons, notify your BAL attorney to discuss how this may affect your eligibility for visas or immigration benefits. Your attorney will require this information to evaluate how it impacts your immigration processing. As this information may affect the ability to obtain visas and immigration benefits, as well as affect the cost and speed of immigration processing, we will provide this information to your employer. THIRD PARTY SERVICE PROVIDERS NOTICE AND CONSENT: BAL works with non-lawyer third parties who provide services including credentials evaluations, visa and work permit information and processing, passport processing, document acquisition and legalization, translation, relocation, and other services of an administrative nature. In order to provide these services on behalf of you and your family, it may be necessary to share with these third parties personal and family information – including immigration history, financial information, and employment information – that you provide to BAL. DATA AND FILE RETENTION NOTICE: After our services conclude, BAL will, as a courtesy to you, make its best efforts to retain the personal data you have provided and a copy of your file for a period of seven (7) years. At the end of said period, we may, at our discretion, destroy such personal data and file without notice to you. At any point during the retention period, you may request delivery of a copy of your file. However, please note that there may be a fee charged to retrieve the file and deliver it to you.

| | | |
|---|---|---|
| 104 | Please confirm the following: | • I confirm that I have read and understood the contents of this notice and am providing consent on this basis. |

# Exhibit C

¶ 22(a) — Form I-129 (H-1B Petition)

# Petition for a Nonimmigrant Worker

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-129**
OMB No. 1615-0009
Expires 11/30/2025

| For USCIS Use Only | 4/24/2023 IOE8429937781 I-129 | Partial Approval (explain) | Action Block |
|---|---|---|---|
| Class: ____<br>No. of Workers: ____<br>Job Code: ____<br>Validity Dates: ____<br>From: ____<br>To: ____ | | ☐ Classification Approved<br>☐ Consulate/POE/PFI Notified<br>At: ____<br>☐ Extension Granted<br>☐ COS/Extension Granted | |

▶ **START HERE - Type or print in black ink.**

## Part 1. Petitioner Information

If you are an individual filing this petition, complete **Item Number 1.** **If you are a company or an organization filing this petition, complete Item Number 2.**

**1. Legal Name of Individual Petitioner**

Family Name (Last Name): 
Given Name (First Name): 
Middle Name: 

**2. Company or Organization Name**

Vertex Pharmaceuticals Incorporated

**3. Mailing Address of Individual, Company or Organization**

In Care Of Name: (b)(6) Associate Director, Mobility and Immigration

Street Number and Name: 50 Northern Ave
Apt. Ste. Flr. ☐ ☐ ☐ Number: 

City or Town: Boston
State: MA
ZIP Code: 02210

Province: 
Postal Code: 
Country: United States

**4. Contact Information**

Daytime Telephone Number: 469-290-9305
Mobile Telephone Number: 
Email Address (if any): @BAL.com (b)(6)

**5. Other Information**

Federal Employer Identification Number (FEIN): ▶ 04-3039129
Individual IRS Tax Number: ▶ 
U.S. Social Security Number (if any): ▶ 

Received
APR 2 1 2023
VSC - (b)(6)

## Part 2. Information About This Petition (See instructions for fee information)

1. **Requested Nonimmigrant Classification** (Write classification symbol): H-1B

2. **Basis for Classification** (select only one box):
   - [ ] a. New employment.
   - [ ] b. Continuation of previously approved employment without change with the same employer.
   - [ ] c. Change in previously approved employment.
   - [ ] d. New concurrent employment.
   - [x] e. Change of employer.
   - [ ] f. Amended petition.

3. **Provide the most recent petition/application receipt number for the beneficiary. If none exists, indicate "None."** ▶ EAC2118651862

4. **Requested Action** (select only one box):
   - [ ] a. Notify the office in **Part 4.** so each beneficiary can obtain a visa or be admitted. (**NOTE:** A petition is not required for E-1, E-2, E-3, H-1B1 Chile/Singapore, or TN visa beneficiaries.)
   - [ ] b. Change the status and extend the stay of each beneficiary because the beneficiary(ies) is/are now in the United States in another status (see instructions for limitations). This is available only when you check "New Employment" in **Item Number 2.**, above.
   - [x] c. Extend the stay of each beneficiary because the beneficiary(ies) now hold(s) this status.
   - [ ] d. Amend the stay of each beneficiary because the beneficiary(ies) now hold(s) this status.
   - [ ] e. Extend the status of a nonimmigrant classification based on a free trade agreement. (See Trade Agreement Supplement to Form I-129 for TN and H-1B1.)
   - [ ] f. Change status to a nonimmigrant classification based on a free trade agreement. (See Trade Agreement Supplement to Form I-129 for TN and H-1B1.)

5. **Total number of workers included in this petition.** (See instructions relating to when more than one worker can be included.) ▶ 1

## Part 3. Beneficiary Information (Information about the beneficiary/beneficiaries you are filing for. Complete the blocks below. Use the Attachment-1 sheet to name each beneficiary included in this petition.)

1. **If an Entertainment Group, Provide the Group Name**

2. **Provide Name of Beneficiary**

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| PACHIKORU | KRANTHI SAGAR | |

3. **Provide all other names the beneficiary has used.** Include nicknames, aliases, maiden name, and names from all previous marriages.

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| | | |
| | | |
| | | |

4. **Other Information**

| Date of birth (mm/dd/yyyy) | Gender | U.S. Social Security Number (if any) |
|---|---|---|
| [redacted] | [x] Male [ ] Female | ▶ |

**Part 3. Beneficiary Information** (Information about the beneficiary/beneficiaries you are filing for. Complete the blocks below. Use the Attachment-1 sheet to name each beneficiary included in this petition.) (continued)

Alien Registration Number (A-Number) ▶ A-
Country of Birth: India

Province of Birth: Telangana
Country of Citizenship or Nationality: India

**5. If the beneficiary is in the United States, complete the following:**

Date of Last Arrival (mm/dd/yyyy): 01/27/2023
I-94 Arrival-Departure Record Number: ▶ 2 1 4 6 0 6 8 8 4 A 3
Passport or Travel Document Number: [redacted]

Date Passport or Travel Document Issued (mm/dd/yyyy): 12/13/2021
Date Passport or Travel Document Expires (mm/dd/yyyy): 12/12/2031
Passport or Travel Document Country of Issuance: India

Current Nonimmigrant Status: H-1B
Date Status Expires or D/S (mm/dd/yyyy): 03/31/2024

Student and Exchange Visitor Information System (SEVIS) Number (if any):
Employment Authorization Document (EAD) Number (if any):

**6. Current Residential U.S. Address (if applicable) (do not list a P.O. Box)**

Street Number and Name: 200 Deer St
Apt. [x] Ste. [ ] Flr. [ ] Number: 3414

City or Town: Milford
State: MA
ZIP Code: 01757

**Part 4. Processing Information**

1. If a beneficiary or beneficiaries named in **Part 3.** is/are outside the United States, or a requested extension of stay or change of status cannot be granted, state the U.S. Consulate or inspection facility you want notified if this petition is approved.

   a. **Type of Office** (select only one box): [ ] Consulate [ ] Pre-flight inspection [ ] Port of Entry

   b. **Office Address (City)**:

   c. **U.S. State or Foreign Country**:

   d. **Beneficiary's Foreign Address**

   Street Number and Name: Eligible for extension of status
   Apt. [ ] Ste. [ ] Flr. [ ] Number:

   City or Town:
   State:

   Province:
   Postal Code:
   Country:

2. Does each person in this petition have a valid passport? [x] Yes [ ] No. If no, go to **Part 9.** and type or print your explanation.

## Part 4. Processing Information (continued)

3. Are you filing any other petitions with this one?
☐ Yes. If yes, how many? ▶ ☒ No

4. Are you filing any applications for replacement/initial I-94, Arrival-Departure Records with this petition? Note that if the beneficiary was issued an electronic Form I-94 by CBP when he/she was admitted to the United States at an air or sea port, he/she may be able to obtain the Form I-94 from the CBP Website at www.cbp.gov/i94 instead of filing an application for a replacement/initial I-94.
☐ Yes. If yes, how many? ▶ ☒ No

5. Are you filing any applications for dependents with this petition?
☐ Yes. If yes, how many? ▶ ☒ No

6. Is any beneficiary in this petition in removal proceedings?
☐ Yes. If yes, proceed to **Part 9.** and list the beneficiary's(ies) name(s). ☒ No

7. Have you ever filed an immigrant petition for any beneficiary in this petition?
☐ Yes. If yes, how many? ▶ ☒ No

8. Did you indicate you were filing a new petition in **Part 2.**?
☐ Yes. If yes, answer the questions below. ☒ No. If no, proceed to **Item Number 9.**

a. Has any beneficiary in this petition ever been given the classification you are now requesting within the last seven years?
☐ Yes. If yes, proceed to **Part 9.** and type or print your explanation. ☐ No

b. Has any beneficiary in this petition ever been denied the classification you are now requesting within the last seven years?
☐ Yes. If yes, proceed to **Part 9.** and type or print your explanation. ☐ No

9. Have you ever previously filed a nonimmigrant petition for this beneficiary?
☐ Yes. If yes, proceed to **Part 9.** and type or print your explanation. ☒ No

10. If you are filing for an entertainment group, has any beneficiary in this petition not been with the group for at least one year?
☐ Yes. If yes, proceed to **Part 9.** and type or print your explanation. ☐ No

11.a. Has any beneficiary in this petition ever been a J-1 exchange visitor or J-2 dependent of a J-1 exchange visitor?
☐ Yes. If yes, proceed to **Item Number 11.b.** ☒ No

11.b. If you checked yes in **Item Number 11.a.**, provide the dates the beneficiary maintained status as a J-1 exchange visitor or J-2 dependent. Also, provide evidence of this status by attaching a copy of either a DS-2019, Certificate of Eligibility for Exchange Visitor (J-1) Status, a Form IAP-66, or a copy of the passport that includes the J visa stamp.

## Part 5. Basic Information About the Proposed Employment and Employer

Attach the Form I-129 supplement relevant to the classification of the worker(s) you are requesting.

1. Job Title: GMP Operational Quality Manager

2. LCA or ETA Case Number: I-200-23101-920831

**Part 5. Basic Information About the Proposed Employment and Employer** (continued)

**3.** Address where the beneficiary(ies) will work if different from address in **Part 1.**

Street Number and Name: 50 Northern Ave (SEE PART 9)
Apt. ☐ Ste. ☐ Flr. ☐ Number:

City or Town: Boston
State: MA
ZIP Code: 02210

**4.** Did you include an itinerary with the petition? ☒ Yes ☐ No

**5.** Will the beneficiary(ies) work for you off-site at another company or organization's location? ☐ Yes ☒ No

**6.** Will the beneficiary(ies) work exclusively in the Commonwealth of the Northern Mariana Islands (CNMI)? ☐ Yes ☒ No

**7.** Is this a full-time position? ☒ Yes ☐ No

**8.** If the answer to **Item Number 7.** is no, how many hours per week for the position? ▶

**9.** Wages: $ $130,000.00 per (Specify hour, week, month, or year) ▶ year

**10.** Other Compensation (Explain)

Standard company benefits

**11.** Dates of intended employment From: (mm/dd/yyyy) 04/24/2023 To: (mm/dd/yyyy) 12/07/2025

**12.** Type of Business: Pharmaceutical Research and Development

**13.** Year Established: 1989

**14.** Current Number of Employees in the United States: 3853

**15.** Gross Annual Income: $1.6 Billion

**16.** Net Annual Income:

## Part 6. Certification Regarding the Release of Controlled Technology or Technical Data to Foreign Persons in the United States

(This section of the form is required only for H-1B, H-1B1 Chile/Singapore, L-1, and O-1A petitions. It is not required for any other classifications. Please review the Form I-129 General Filing Instructions before completing this section.)

**Select Item Number 1. or Item Number 2. as appropriate. DO NOT select both boxes.**

With respect to the technology or technical data the petitioner will release or otherwise provide access to the beneficiary, the petitioner certifies that it has reviewed the Export Administration Regulations (EAR) and the International Traffic in Arms Regulations (ITAR) and has determined that:

1. [x] A license is not required from either the U.S. Department of Commerce or the U.S. Department of State to release such technology or technical data to the foreign person; or
2. [ ] A license is required from the U.S. Department of Commerce and/or the U.S. Department of State to release such technology or technical data to the beneficiary and the petitioner will prevent access to the controlled technology or technical data by the beneficiary until and unless the petitioner has received the required license or other authorization to release it to the beneficiary.

## Part 7. Declaration, Signature, and Contact Information of Petitioner or Authorized Signatory (Read the information on penalties in the instructions before completing this section.)

Copies of any documents submitted are exact photocopies of unaltered, original documents, and I understand that, as the petitioner, I may be required to submit original documents to U.S. Citizenship and Immigration Services (USCIS) at a later date.

I authorize the release of any information from my records, or from the petitioning organization's records that USCIS needs to determine eligibility for the immigration benefit sought. I recognize the authority of USCIS to conduct audits of this petition using publicly available open source information. I also recognize that any supporting evidence submitted in support of this petition may be verified by USCIS through any means determined appropriate by USCIS, including but not limited to, on-site compliance reviews.

If filing this petition on behalf of an organization, I certify that I am authorized to do so by the organization.

I certify, under penalty of perjury, that I have reviewed this petition and that all of the information contained in the petition, including all responses to specific questions, and in the supporting documents, is complete, true, and correct.

**1. Name and Title of Authorized Signatory**

Family Name (Last Name): (b)(6)

Given Name (First Name): (b)(6)

Title: Associate Director, Mobility and Immigration

**2. Signature and Date**

Signature of Authorized Signatory: (b)(6)

Date of Signature (mm/dd/yyyy): 4/18/2023

**3. Signatory's Contact Information**

Daytime Telephone Number: 469-290-9305

Email Address (if any): (b)(6) @BAL.com

**NOTE:** If you do not fully complete this form or fail to submit the required documents listed in the instructions, a final decision on your petition may be delayed or the petition may be denied.

## Part 8. Declaration, Signature, and Contact Information of Person Preparing Form, If Other Than Petitioner

Provide the following information concerning the preparer:

**1. Name of Preparer**

Family Name (Last Name): 
Given Name (First Name): (b)(6)

**2. Preparer's Business or Organization Name** (if any)

(If applicable, provide the name of your accredited organization recognized by the Board of Immigration Appeals (BIA).)

Berry Appleman & Leiden LLP

**3. Preparer's Mailing Address**

Street Number and Name: 1 Federal Street
Apt. ☐ Ste. ☒ Flr. ☐ Number: 3603
City or Town: Boston
State: MA
ZIP Code: 02110
Province: 
Postal Code: 
Country: United States

**4. Preparer's Contact Information**

Daytime Telephone Number: 469-290-9305
Fax Number: 617-482-0975
Email Address (if any): BAL.com (b)(6)

### *Preparer's Declaration*

By my signature, I certify, swear, or affirm, under penalty of perjury, that I prepared this petition on behalf of, at the request of, and with the express consent of the petitioner or authorized signatory. The petitioner has reviewed this completed petition as prepared by me and informed me that all of the information in the form and in the supporting documents, is complete, true, and correct.

**5. Signature and Date**

Date of Signature (mm/dd/yyyy): 04/20/2023

(b)(6)



(b)(6)

## Part 9. Additional Information About Your Petition For Nonimmigrant Worker

If you require more space to provide any additional information within this petition, use the space below. If you require more space than what is provided to complete this petition, you may make a copy of **Part 9.** to complete and file with this petition. In order to assist us in reviewing your response, you must identify the **Page Number, Part Number and Item Number** corresponding to the additional information.

1. A-Number ► A-

2. **Page Number** 5 **Part Number** 5 **Item Number** 3

It is anticipated that the employee may perform services at the additional locations listed on the accompanying LCA(s) as needed.

3. **Page Number** **Part Number** **Item Number**

4. **Page Number** **Part Number** **Item Number**

Exhibit C - 1

# Exhibit C - 1

¶ 22(d) — Proposed Duties (Form I-129, Supplement)
H Classification and Data Collection

# H Classification Supplement to Form I-129

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-129**
OMB No. 1615-0009
Expires 11/30/2025

**1.** Name of the Petitioner

Vertex Pharmaceuticals Incorporated

**Name of the beneficiary or if this petition includes multiple beneficiaries, the total number of beneficiaries**

**2.a.** Name of the Beneficiary

PACHIKORU, KRANTHI SAGAR

**OR**

**2.b.** Provide the total number of beneficiaries [ ]

**3.** List each beneficiary's prior periods of stay in H or L classification in the United States for the last six years (beneficiaries requesting H-2A or H-2B classification need only list the last three years). Be sure to only list those periods in which each beneficiary was actually in the United States in an H or L classification. Do not include periods in which the beneficiary was in a dependent status, for example, H-4 or L-2 status.

**NOTE:** Submit photocopies of Forms I-94, I-797, and/or other USCIS issued documents noting these periods of stay in the H or L classification. (If more space is needed, attach an additional sheet.)

| Subject's Name | Period of Stay (mm/dd/yyyy) From | To |
|---|---|---|
| PACHIKORU, KRANTHI SAGAR (H-1B)* | 10/30/2019 | Present |
| | | |
| | | |
| | | |
| | | |
| *Please see attached recapture chart | | |

**4.** Classification sought (select **only one** box):

[x] **a.** H-1B Specialty Occupation
[ ] **b.** H-1B1 Chile and Singapore
[ ] **c.** H-1B2 Exceptional services relating to a cooperative research and development project administered by the U.S. Department of Defense (DOD)
[ ] **d.** H-1B3 Fashion model of distinguished merit and ability
[ ] **e.** H-2A Agricultural worker
[ ] **f.** H-2B Non-agricultural worker
[ ] **g.** H-3 Trainee
[ ] **h.** H-3 Special education exchange visitor program

**5.** If you selected **a.** or **d.** in **Item Number 4.**, and are filing an H-1B cap petition (including a petition under the U.S. advanced degree exemption), provide the beneficiary Confirmation Number from the H-1B Registration Selection Notice for the beneficiary named in this petition (if applicable).

[ ]

**6.** Are you filing this petition on behalf of a beneficiary subject to the Guam-CNMI cap exemption under Public Law 110-229?
[ ] Yes [x] No

7. Are you requesting a change of employer and was the beneficiary previously subject to the Guam-CNMI cap exemption under Public Law 110-229?

☐ Yes ☒ No

8.a. Does any beneficiary in this petition have ownership interest in the petitioning organization?

☐ Yes. If yes, please explain in **Item Number 8.b.** ☒ No

8.b. Explanation

N/A

## Section 1. Complete This Section If Filing for H-1B Classification

1. Describe the proposed duties.

Please see attached.

2. Describe the beneficiary's present occupation and summary of prior work experience.

Please see attached.

**Statement for H-1B Specialty Occupations and H-1B1 Chile and Singapore**

By filing this petition, I agree to, and will abide by, the terms of the labor condition application (LCA) for the duration of the beneficiary's authorized period of stay for H-1B employment. I certify that I will maintain a valid employer-employee relationship with the beneficiary at all times. If the beneficiary is assigned to a position in a new location, I will obtain and post an LCA for that site prior to reassignment.

I further understand that I cannot charge the beneficiary the ACWIA fee, and that any other required reimbursement will be considered an offset against wages and benefits paid relative to the LCA.

| Signature of Petitioner (b)(6) | Name of Petitioner | Date (mm/dd/yyyy) |
|---|---|---|
| [redacted] | [redacted] Associate Director, Mobility and Immigration | 4/18/2023 |

**Statement for H-1B Specialty Occupations and U.S. Department of Defense (DOD) Projects**

As an authorized official of the employer, I certify that the employer will be liable for the reasonable costs of return transportation of the alien abroad if the beneficiary is dismissed from employment by the employer before the end of the period of authorized stay.

| Signature of Authorized Official of Employer | Name of Authorized Official of Employer | Date (mm/dd/yyyy) |
|---|---|---|
| [redacted] | [redacted] Associate Director, Mobility and Immigration | 4/18/2023 |

(b)(6)

**Statement for H-1B U.S. Department of Defense Projects Only**

I certify that the beneficiary will be working on a cooperative research and development project or a co-production project under a reciprocal government-to-government agreement administered by the U.S. Department of Defense.

| Signature of DOD Project Manager | Name of DOD Project Manager | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

Vertex Pharmaceuticals Incorporated

PACHIKORU, KRANTHI SAGAR

Page 14 Section 1 Items 1 and 2

The position being offered by the petitioner is professional in nature and scope and requires at minimum a Bachelor's degree (or equivalent) in the following field (or a related field): Project Management

The beneficiary is highly qualified for this specialty occupation position. The beneficiary earned a degree that is directly related to the position.

Proposed duties: General/Position Summary
• Collaborate with internal and external business partners to resolve quality issues to ensure compliant solutions;
• Lead root-cause analysis and product impact assessment for investigations as a result of deviations, OOS, and OOT investigations ensuring appropriate CAPA actions are identified;
• Perform change control assessments and closure approvals;
• Establish and revise Quality Agreements between CMOs/Suppliers and Vertex, as needed;
• Collect data and report on metrics;
• Represent Vertex Quality on cross functional working teams, applying strong communication and collaboration skills;
• Lead continuous improvement projects;
• Author SOP's to support commercial quality functions;
• Assist with regulatory agency inspections; and
• Identify and facilitate continuous improvement efforts.

12140.758.1

# H-1B and H-1B1 Data Collection and Filing Fee Exemption Supplement

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS Form I-129**
OMB No. 1615-0009
Expires 11/30/2025

1. Name of the Petitioner
Vertex Pharmaceuticals Incorporated

2. Name of the Beneficiary
PACHIKORU, KRANTHI SAGAR SAGAR

## Section 1. General Information

1. **Employer Information** - (select all items that apply)
   - a. Is the petitioner an H-1B dependent employer? ☐ Yes ☒ No
   - b. Has the petitioner ever been found to be a willful violator? ☐ Yes ☒ No
   - c. Is the beneficiary an H-1B nonimmigrant exempt from the Department of Labor attestation requirements? ☐ Yes ☐ No
     - c.1. If yes, is it because the beneficiary's annual rate of pay is equal to at least $60,000? ☐ Yes ☐ No
     - c.2. Or is it because the beneficiary has a master's degree or higher degree in a specialty related to the employment? ☐ Yes ☐ No
   - d. Does the petitioner employ 50 or more individuals in the United States? ☒ Yes ☐ No
     - d.1. If yes, are more than 50 percent of those employees in H-1B, L-1A, or L-1B nonimmigrant status? ☐ Yes ☒ No

2. **Beneficiary's Highest Level of Education** (select only one box)
   - ☐ a. NO DIPLOMA
   - ☐ b. HIGH SCHOOL GRADUATE DIPLOMA or the equivalent (for example: GED)
   - ☐ c. Some college credit, but less than 1 year
   - ☐ d. One or more years of college, no degree
   - ☐ e. Associate's degree (for example: AA, AS)
   - ☐ f. Bachelor's degree (for example: BA, AB, BS)
   - ☒ g. Master's degree (for example: MA, MS, MEng, MEd, MSW, MBA)
   - ☐ h. Professional degree (for example: MD, DDS, DVM, LLB, JD)
   - ☐ i. Doctorate degree (for example: PhD, EdD)

3. Major/Primary Field of Study
Project Management

4. Rate of Pay Per Year
$130,000.00

5. DOT Code
0 3 0

6. NAICS Code
5 4 1 7 1

## Section 2. Fee Exemption and/or Determination

In order for USCIS to determine if you must pay the additional **$1,500** or **$750** American Competitiveness and Workforce Improvement Act (ACWIA) fee, answer all of the following questions:

1. Are you an institution of higher education as defined in section 101(a) of the Higher Education Act of 1965, 20 U.S.C. 1001(a)? ☐ Yes ☒ No
2. Are you a nonprofit organization or entity related to or affiliated with an institution of higher education, as defined in 8 CFR 214.2(h)(19)(iii)(B)? ☐ Yes ☒ No

## Section 2. Fee Exemption and/or Determination (continued)

3. Are you a nonprofit research organization or a governmental research organization, as defined in 8 CFR 214.2(h)(19)(iii)(C)? ☐ Yes ☒ No

4. Is this the second or subsequent request for an extension of stay that this petitioner has filed for this alien? ☐ Yes ☒ No

5. Is this an amended petition that does not contain any request for extensions of stay? ☐ Yes ☒ No

6. Are you filing this petition to correct a USCIS error? ☐ Yes ☒ No

7. Is the petitioner a primary or secondary education institution? ☐ Yes ☒ No

8. Is the petitioner a nonprofit entity that engages in an established curriculum-related clinical training of students registered at such an institution? ☐ Yes ☒ No

If you answered yes to any of the questions above, you are not required to submit the ACWIA fee for your H-1B Form I-129 petition. If you answered no to all questions, answer **Item Number 9.** below.

9. Do you currently employ a total of 25 or fewer full-time equivalent employees in the United States, including all affiliates or subsidiaries of this company/organization? ☐ Yes ☒ No

If you answered yes, to **Item Number 9.** above, you are required to pay an additional ACWIA fee of **$750.** If you answered no, then you are required to pay an additional ACWIA fee of **$1,500.**

**NOTE:** A petitioner seeking initial approval of H-1B nonimmigrant status for a beneficiary, or seeking approval to employ an H-1B nonimmigrant currently working for another employer, must submit an additional **$500** Fraud Prevention and Detection fee. For petitions filed on or after December 18, 2015, an additional fee of **$4,000** must be submitted if you responded yes to **Item Numbers 1.d. and 1.d.1. of Section 1.** of this supplement. This **$4,000** fee was mandated by the provisions of Public Law 114-113.

The Fraud Prevention and Detection Fee and Public Law 114-113 fee do not apply to H-1B1 petitions. **These fees, when applicable, may not be waived.** You must include payment of the fees when you submit this form. Failure to submit the fees when required will result in rejection or denial of your submission. Each of these fees should be paid by separate checks or money orders.

## Section 3. Numerical Limitation Information

1. Specify the type of H-1B petition you are filing. (select **only one** box):

☐ **a.** CAP H-1B Bachelor's Degree
☐ **b.** CAP H-1B U.S. Master's Degree or Higher
☐ **c.** CAP H-1B1 Chile/Singapore
☒ **d.** CAP Exempt

2. If you answered **Item Number 1.b. "CAP H-1B U.S. Master's Degree or Higher,"** provide the following information regarding the master's or higher degree the beneficiary has earned from a U.S. institution as defined in 20 U.S.C. 1001(a):

**a.** Name of the United States Institution of Higher Education

**b.** Date Degree Awarded

**c.** Type of United States Degree

**d.** Address of the United States institution of higher education

Street Number and Name

Apt. ☐ Ste. ☐ Flr. ☐ Number

City or Town

State

ZIP Code

**Section 3. Numerical Limitation Information** (continued)

3. If you answered **Item Number 1.d. "CAP Exempt,"** you must specify the reason(s) this petition is exempt from the numerical limitation for H-1B classification:

- ☐ **a.** The petitioner is an institution of higher education as defined in section 101(a) of the Higher Education Act, of 1965, 20 U.S.C. 1001(a).
- ☐ **b.** The petitioner is a nonprofit entity related to or affiliated with an institution of higher education as defined in 8 CFR 214.2(h)(8)(ii)(F)(2).
- ☐ **c.** The petitioner is a nonprofit research organization or a governmental research organization as defined in 8 CFR 214.2(h)(8)(ii)(F)(3).
- ☐ **d.** The beneficiary will be employed at a qualifying cap exempt institution, organization or entity pursuant to 8 CFR 214.2(h)(8)(ii)(F)(4).
- ☐ **e.** The petitioner is requesting an amendment to or extension of stay for the beneficiary's current H-1B classification.
- ☐ **f.** The beneficiary of this petition is a J-1 nonimmigrant physician who has received a waiver based on section 214(l) of the Act.
- ☒ **g.** The beneficiary of this petition has been counted against the cap and (1) is applying for the remaining portion of the 6 year period of admission, or (2) is seeking an extension beyond the 6-year limitation based upon sections 104(c) or 106(a) of the American Competitiveness in the Twenty-First Century Act (AC21).
- ☐ **h.** The petitioner is an employer subject to the Guam-CNMI cap exemption pursuant to Public Law 110-229.

**Section 4. Off-Site Assignment of H-1B Beneficiaries**

1. The beneficiary of this petition will be assigned to work at an off-site location for all or part of the period for which H-1B classification sought. ☐ Yes ☒ No

   If no, do not complete **Item Numbers 2.** and **3.**

2. Placement of the beneficiary off-site during the period of employment will comply with the statutory and regulatory requirements of the H-1B nonimmigrant classification. ☐ Yes ☐ No

3. The beneficiary will be paid the higher of the prevailing or actual wage at any and all off-site locations. ☐ Yes ☐ No

Exhibit D

# Exhibit D

¶ 22(b) — Labor Condition Application ("LCA" or "Form ETA-9035 & 9035E")
Certified LCA Number: I-200-23101-920831

OMB Approval: 1205-0310
Expiration Date: 12/31/2024

# Labor Condition Application for Nonimmigrant Workers
Form ETA-9035 & 9035E
**U.S. Department of Labor**

*Please read and review the filing instructions carefully before completing the Form ETA- 9035 or 9035E. A copy of the instructions can be found at https://www.dol.gov/agencies/eta/foreign-labor/. In accordance with Federal Regulations at 20 CFR 655.730(b), incomplete or obviously inaccurate Labor Condition Applications (LCAs) will not be certified by the Department of Labor (DOL). For all submissions, both electronic (Form ETA- 9035E) or paper (Form ETA- Form 9035 where the employer has notified DOL that it will submit this form non-electronically due to a disability or received permission from DOL to file non-electronically due to lack of Internet access), ALL required fields/items containing an asterisk (*) must be completed as well as any fields/items where a response is conditional as indicated by the section (§) symbol.*

## A. Employment-Based Nonimmigrant Visa Information

| | |
|---|---|
| 1. Indicate the type of visa classification supported by this application *(Write classification symbol)*: * | H-1B |

## B. Temporary Need Information

| | | |
|---|---|---|
| 1. Job Title * GMP Operational Quality Manager | | |
| 2. SOC (ONET/OES) code * 13-1082.00 | 3. SOC (ONET/OES) occupation title * Project Management Specialists | |
| 4. Is this a full-time position? * ☑ Yes ☐ No | **Period of Intended Employment** | |
| | 5. Begin Date * *(mm/dd/yyyy)* 4/24/2023 | 6. End Date * *(mm/dd/yyyy)* 4/23/2026 |

7. Worker positions needed/basis for the visa classification supported by this application

1 **Total Worker Positions Being Requested for Certification ***

Basis for the visa classification supported by this application
*(indicate total workers in each applicable category)*

| | | | |
|---|---|---|---|
| 0 | a. New employment * | 0 | d. New concurrent employment * |
| 0 | b. Continuation of previously approved employment without change with the same employer* | 1 | e. Change in employer * |
| 0 | c. Change in previously approved employment * | 0 | f. Amended petition * |

## C. Employer Information

| | | |
|---|---|---|
| 1. Legal business name * Vertex Pharmaceuticals Incorporated | | |
| 2. Trade name/Doing Business As (DBA), if applicable | | |
| 3. Address 1 * 50 Northern Avenue | | |
| 4. Address 2 | | |
| 5. City * Boston | 6. State * Massachusetts | 7. Postal code * 02210 |
| 8. Country * United States Of America | 9. Province | |
| 10. Telephone number * +1 (617) 366-3557 | 11. Extension | |
| 12. Federal Employer Identification Number (FEIN from IRS) * 04-3039129 | 13. NAICS code (must be at least 4-digits) * 54171 | |

OMB Approval: 1205-0310
Expiration Date: 12/31/2024

Labor Condition Application for Nonimmigrant Workers
Form ETA-9035 & 9035E
**U.S. Department of Labor**

**D. Employer Point of Contact Information**

**Important Note**: The information contained in this Section must be that of an employee of the employer who is authorized to act on behalf of the employer in labor certification matters. The information in this Section must be different from the agent or attorney information listed in Section E, unless the attorney is an employee of the employer.

| | | |
|---|---|---|
| [redacted] | 2. First (given) name * (b)(6) | 3. Middle name(s) |
| 4. Contact's job title * Associate Director, Mobility & Immigration | | |
| 5. Address 1 * 50 Northern Ave | | |
| 6. Address 2 | | |
| 7. City * Boston | 8. State * Massachusetts | 9. Postal code * 02210 |
| 10. Country * United States Of America | 11. Province | |
| 12. Telephone number * +1 (617) 341-6100 | 13. Extension | 14. E-Mail address [redacted]@vrtx.com (b)(6) |

**E. Attorney or Agent Information (If applicable)**

**Important Note**: The employer authorizes the attorney or agent identified in this section to act on its behalf in connection with the filing of this application.

| | | |
|---|---|---|
| 1. Is the employer represented by an attorney or agent in the filing of this application? * If "Yes," complete the remainder of Section E below. | ☒ Yes ☐ No | |
| [redacted] | 3. First (given) name § (b)(6) | 4. Middle name(s) |
| 5. Address 1 § 1 Federal Street | | |
| 6. Address 2 Suite 3603 | | |
| 7. City § Boston | 8. State § Massachusetts | 9. Postal code § 02110 |
| 10. Country § United States Of America | 11. Province | |
| 12. Telephone number § +1 (617) 297-9502 | 13. Extension | 14. E-Mail address scboston@bal.com |
| 15. Law firm/Business name § Berry Appleman and Leiden LLP | 16. Law firm/Business FEIN § 94-3068076 | |
| 17. State Bar number (only if attorney) § [redacted] (b)(6) | 18. State of highest court where attorney is in good standing (only if attorney) § Massachusetts | |
| 19. Name of the highest State court where attorney is in good standing (only if attorney) § Massachusetts Supreme Judicial Court | | |

OMB Approval: 1205-0310
Expiration Date: 12/31/2024

Labor Condition Application for Nonimmigrant Workers
Form ETA-9035 & 9035E
**U.S. Department of Labor**

**F. Employment and Wage Information**

Important Note: The employer must define the intended place(s) of employment with as much geographic specificity as possible. Each intended place(s) of employment listed below must be the worksite or physical location where the work will actually be performed and cannot be a P.O. Box. The employer must identify all intended places of employment, including those of short duration, on the LCA. 20 CFR 655.730(c)(5). If the employer is submitting this form non-electronically and the work is expected to be performed in more than one location, an attachment must be submitted in order to complete this section. An employer has the option to use either a single Form ETA-9035/9035E or multiple forms to disclose all intended places of employment. If the employer has more than ten (10) intended places of employment at the time of filing this application, the employer must file as many additional LCAs as are necessary to list all intended places of employment. See the form instructions for further information about identifying all intended places of employment.

a. ***Place of Employment Information*** 1

| | |
|---|---|
| 1. Enter the estimated number of workers that will perform work at this place of employment under the LCA.* | 1 |
| 2. Indicate whether the worker(s) subject to this LCA will be placed with a secondary entity at this place of employment. * | ☐ Yes ☒ No |
| 3. If "Yes" to question 2, provide the legal business name of the secondary entity. § | |
| 4. Address 1 * 50 Northern Ave | |
| 5. Address 2 | |
| 6. City * Boston | 7. County * Boston City |
| 8. State/District/Territory * Massachusetts | 9. Postal code * 02210 |
| 10. Wage Rate Paid to Nonimmigrant Workers * From* $ 110500 . 00 To: $ 149500 . 00 | 10a. Per: (Choose only one)* ☐ Hour ☐ Week ☐ Bi-Weekly ☐ Month ☒ Year |
| 11. Prevailing Wage Rate * $ 107827 . 00 | 11a. Per: (Choose only one)* ☐ Hour ☐ Week ☐ Bi-Weekly ☐ Month ☒ Year |

**Questions 12-14. Identify the source used for the prevailing wage (PW) *(check and fully complete only one)*:** *

| | | |
|---|---|---|
| 12. ☐ | **A Prevailing Wage Determination (PWD) issued by the Department of Labor** | a. PWD tracking number § |
| 13. ☑ | **A PW obtained independently from the Occupational Employment Statistics (OES) Program** | |
| | a. Wage Level *(check one)*: § ☐ I ☐ II ☑ III ☐ IV ☐ N/A | b. Source Year § 7/1/2022 - 6/30/2023 |
| 14. ☐ | **A PW obtained using another legitimate source (other than OES) or an independent authoritative source** | |
| | a. Source Type *(check one)*: § ☐ CBA ☐ DBA ☐ SCA ☐ Other/ PW Survey | b. Source Year § |
| | c. If responded "Other/ PW Survey" in question 14.a, enter the name of the survey producer or publisher § | |
| | d. If responded "Other/ PW Survey" in question 14.a, enter the title or name of the PW survey § | |

OMB Approval: 1205-0310
Expiration Date: 12/31/2024

Labor Condition Application for Nonimmigrant Workers
Form ETA-9035 & 9035E
**U.S. Department of Labor**

**G. Employer Labor Condition Statements**

***Important Note:*** In order for your application to be processed, you MUST read Section G of the Form ETA-9035CP - General Instructions for the 9035 & 9035E under the heading "Employer Labor Condition Statements" and agree to all four (4) labor condition statements summarized below:

(1) **Wages:** The employer shall pay nonimmigrant workers at least the prevailing wage or the employer's actual wage, whichever is higher, and pay for non-productive time. The employer shall offer nonimmigrant workers benefits and eligibility for benefits provided as compensation for services on the same basis as the employer offers to U.S. workers. The employer shall not make deductions to recoup a business expense(s) of the employer including attorney fees and other costs connected to the performance of H-1B, H-1B1, or E-3 program functions which are required to be performed by the employer. This includes expenses related to the preparation and filing of this LCA and related visa petition information. 20 CFR 655.731;

(2) **Working Conditions:** The employer shall provide working conditions for nonimmigrants which will not adversely affect the working conditions of workers similarly employed. The employer's obligation regarding working conditions shall extend for the duration of the validity period of the certified LCA or the period during which the worker(s) working pursuant to this LCA is employed by the employer, whichever is longer. 20 CFR 655.732;

(3) **Strike, Lockout, or Work Stoppage:** At the time of filing this LCA, the employer is not involved in a strike, lockout, or work stoppage in the course of a labor dispute in the occupational classification in the area(s) of intended employment. The employer will notify the Department of Labor within 3 days of the occurrence of a strike or lockout in the occupation, and in that event the LCA will not be used to support a petition filing with the U.S. Citizenship and Immigration Services (USCIS) until the DOL Employment and Training Administration (ETA) determines that the strike or lockout has ended. 20 CFR 655.733; and

(4) **Notice:** Notice of the LCA filing was provided no more than 30 days before the filing of this LCA or will be provided on the day this LCA is filed to the bargaining representative in the occupation and area of intended employment, or if there is no bargaining representative, to workers in the occupation at the place(s) of employment either by electronic or physical posting. This notice was or will be posted for a total period of 10 days, except that if employees are provided individual direct notice by e-mail, notification need only be given once. A copy of the notice documentation will be maintained in the employer's public access file. A copy of this LCA will be provided to each nonimmigrant worker employed pursuant to the LCA. The employer shall, no later than the date the worker(s) report to work at the place(s) of employment, provide a signed copy of the certified LCA to the worker(s) working pursuant to this LCA. 20 CFR 655.734.

| | |
|---|---|
| 1. **I have read and agree to** Labor Condition Statements 1, 2, 3, and 4 above and as fully explained in Section G of the Form ETA-9035CP – General Instructions for the 9035 & 9035E and the Department's regulations at 20 CFR 655 Subpart H. * | ☒ Yes ☐ No |

**H. Additional Employer Labor Condition Statements –H-1B Employers ONLY**

**Important Note:** In order for your H-1B application to be processed, you MUST read Section H – Subsection 1 of the Form ETA 9035CP – General Instructions for the 9035 & 9035E under the heading "Additional Employer Labor Condition Statements" and answer the questions below.

***a. Subsection 1***

| | |
|---|---|
| 1. At the time of filing this LCA, is the employer H-1B dependent? § | ☐ Yes ☒ No |
| 2. At the time of filing this LCA, is the employer a willful violator? § | ☐ Yes ☒ No |
| 3. If "Yes" is marked in questions H.1 and/or H.2, you must answer "Yes" or "No" regarding whether the employer will use this application ONLY to support H-1B petitions or extensions of status for exempt H-1B nonimmigrant workers? § | ☐ Yes ☐ No |
| 4. If "Yes" is marked in question H.3, identify the statutory basis for the exemption of the H-1B nonimmigrant workers associated with this LCA. § | ☐ $60,000 or higher annual wage<br>☐ Master's Degree or higher in related specialty<br>☐ Both |
| **H-1B Dependent or Willful Violator Employers -Master's Degree or Higher Exemptions ONLY** | |
| 5. Indicate whether a completed Appendix A is attached to this LCA covering any H-1B nonimmigrant worker for whom the statutory exemption will be based ONLY on attainment of a Master's Degree or higher in related specialty. § | ☐ Yes ☐ No ☐ N/A |



Case Number: I-200-23101-920831 Case Status: Certified Period of Employment: 4/24/2023 to 4/23/2026

OMB Approval: 1205-0310
Expiration Date: 12/31/2024

Labor Condition Application for Nonimmigrant Workers
Form ETA-9035 & 9035E
**U.S. Department of Labor**

**If you marked "Yes" to questions H.a.1 (H-1B dependent) and/or H.a.2 (H-1B willful violator) and "No" to question H.a.3 (exempt H-1B nonimmigrant workers), you MUST read Section H – Subsection 2 of the Form ETA 9035CP – General Instructions for the 9035 & 9035E under the heading "Additional Employer Labor Condition Statements" and indicate your agreement to all three (3) additional statements summarized below.**

***b. Subsection 2***

A. **Displacement:** An H-1B dependent or willful violator employer is prohibited from displacing a U.S. worker in its own workforce within the period beginning 90 days before and ending 90 days after the date of filing of the visa petition. 20 CFR 655.738(c);

B. **Secondary Displacement:** An H-1B dependent or willful violator employer is prohibited from placing an H-1B nonimmigrant worker(s) with another/secondary employer where there are indicia of an employment relationship between the nonimmigrant worker(s) and that other/secondary employer (thus possibly affecting the jobs of U.S. workers employed by that other employer), unless and until the employer subject to this LCA makes the inquiries and/or receives the information set forth in 20 CFR 655.738(d)(5) concerning that other/secondary employer's displacement of similarly employed U.S. workers in its workforce within the period beginning 90 days before and ending 90 days after the date of such placement. 20 CFR 655.738(d). Even if the required inquiry of the secondary employer is made, the H-1B dependent or willful violator employer will be subject to a finding of a violation of the secondary displacement prohibition if the secondary employer, in fact, displaces any U.S. worker(s) during the applicable time period; and

C. **Recruitment and Hiring:** Prior to filing this LCA or any petition or request for extension of status for nonimmigrant worker(s) supported by this LCA, the H-1B dependent or willful violator employer must take good faith steps to recruit U.S. workers for the job(s) using procedures that meet industry-wide standards and offer compensation that is at least as great as the required wage to be paid to the nonimmigrant worker(s) pursuant to 20 CFR 655.731(a). The employer must offer the job(s) to any U.S. worker who applies and is equally or better qualified for the job than the nonimmigrant worker. 20 CFR 655.739.

| | |
|---|---|
| 6. I have read and agree to Additional Employer Labor Condition Statements A, B, and C above and as fully explained in Section H – Subsections 1 and 2 of the Form ETA 9035CP – General Instructions for the 9035 & 9035E and the Department's regulations at 20 CFR 655 Subpart H. § | ☐ Yes ☐ No |

**I. Public Disclosure Information**

! Important Note: You must select one or both of the options listed in this Section.

| | |
|---|---|
| 1. Public disclosure information in the United States will be kept at: * | ☒ Employer's principal place of business<br>☐ Place of employment |

**J. Notice of Obligations**

A. Upon receipt of the certified LCA, the employer must take the following actions:

- Print and sign a hard copy of the LCA if filing electronically (20 CFR 655.730(c)(3));
- Maintain the original signed and certified LCA in the employer's files (20 CFR 655.705(c)(2); 20 CFR 655.730(c)(3); and 20 CFR 655.760); and
- Make a copy of the LCA, as well as necessary supporting documentation required by the Department of Labor regulations, available for public examination in a public access file at the employer's principal place of business in the U.S. or at the place of employment within one working day after the date on which the LCA is filed with the Department of Labor (20 CFR 655.705(c)(2) and 20 CFR 655.760).

B. The employer must develop sufficient documentation to meet its burden of proof with respect to the validity of the statements made in its LCA and the accuracy of information provided, in the event that such statement or information is challenged (20 CFR 655.705(c)(5) and 20 CFR 655.700(d)(4)(iv)).

C. The employer must make this LCA, supporting documentation, and other records available to officials of the Department of Labor upon request during any investigation under the Immigration and Nationality Act (20 CFR 655.760 and 20 CFR Subpart I).

***I declare under penalty of perjury that I have read and reviewed this application and that to the best of my knowledge, the information contained therein is true and accurate. I understand that to knowingly furnish materially false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a federal offense punishable by fines, imprisonment, or both (18 U.S.C. 2, 1001,1546,1621).***

| 1. Last (family) name of hiring or designated official * | 2. First (given) name of hiring or designated official * | 3. Middle initial § |
|---|---|---|
| | (b)(6) | |
| 4. Hiring or designated official title * Associate Director, Mobility & Immigration [12140.758] | | |
| 5. (b)(6) | 6. Date signed * 4/18/2023 | |



Case Number: I-200-23101-920831 Case Status: Certified Period of Employment: 4/24/2023 to 4/23/2026

OMB Approval: 1205-0310
Expiration Date: 12/31/2024

Labor Condition Application for Nonimmigrant Workers
Form ETA-9035 & 9035E
**U.S. Department of Labor**

**K. LCA Preparer**

**Important Note**: Complete this section if the preparer of this LCA is a person other than the one identified in either Section D (employer point of contact) or E (attorney or agent) of this application.

| 1. Last (family) name § | 2. First (given) name § | 3. Middle initial |
|---|---|---|
| [redacted] | [redacted] (b)(6) | |
| 4. Firm/Business name § BERRY APPLEMAN & LEIDEN LLP | | |
| 5. E-Mail address § [redacted]@BAL.COM (b)(6) | | |

**L. U.S. Government Agency Use (ONLY)**

By virtue of the signature below, the Department of Labor hereby acknowledges the following:

This certification is valid from 4/24/2023 to 4/23/2026.

Certifying Officer
Department of Labor, Office of Foreign Labor Certification

4/18/2023
Certification Date (date signed)

I-200-23101-920831
Case number

Certified
Case Status

*The Department of Labor is not the guarantor of the accuracy, truthfulness, or adequacy of a certified LCA.*

**M. Signature Notification and Complaints**

The signatures and dates signed on this form will not be filled out when electronically submitting to the Department of Labor for processing, but **MUST** be complete when submitting non-electronically. If the application is submitted electronically, any resulting certification **MUST** be signed *immediately upon receipt* from DOL before it can be submitted to USCIS for final processing.

Complaints alleging misrepresentation of material facts in the LCA *and/or* failure to comply with the terms of the LCA may be filed using the WH-4 Form with any office of the Wage and Hour Division, U.S. Department of Labor. A listing of the Wage and Hour Division offices can be obtained at www.dol.gov/whd. Complaints alleging failure to offer employment to an equally or better qualified U.S. worker, or an employer's misrepresentation regarding such offer(s) of employment, may be filed with the U.S. Department of Justice, Civil Rights Division, Immigrant and Employee Rights Section, 950 Pennsylvania Avenue, NW, # IER, NYA 9000, Washington, DC, 20530, and additional information can be obtained at www.justice.gov. Please note that complaints should be filed with the Civil Rights Division, Immigrant and Employee Rights Section at the Department of Justice only if the violation is by an employer who is H-1B dependent or a willful violator as defined in 20 CFR 655.710(b) and 655.734(a)(1)(ii).

**For public burden statement information, please see Form ETA-9035CP General Instructions.**

Exhibit E

# Exhibit E

¶ 22(c) — Form M-746
I-129 Dictionary of Occupational Titles ("DOT") Codes

# Three-Digit Occupational Groups

## Professional, Technical, and Managerial Occupations and Fashion Models

### Occupations in Architecture, Engineering, and Surveying

001 Architectural Occupations
002 Aeronautical Engineering Occupations
003 Electrical/Electronics Engineering Occupations
005 Civil Engineering Occupations
006 Ceramic Engineering Occupations
007 Mechanical Engineering Occupations
008 Chemical Engineering Occupations
010 Mining and Petroleum Engineering Occupations
011 Metallurgy and Metallurgical Engineering Occupations
012 Industrial Engineering Occupations
013 Agricultural Engineering Occupations
014 Marine Engineering Occupations
015 Nuclear Engineering Occupations
017 Drafters
018 Surveying/Cartographic Occupations
019 Other Occupations in Architecture, Engineering, and Surveying

### Occupations in Mathematics and Physical Sciences

020 Occupations In Mathematics
021 Occupations In Astronomy
022 Occupations In Chemistry
023 Occupations In Physics
024 Occupations In Geology
025 Occupations In Meteorology
029 Other Occupations In Mathematics and Physical Sciences

### Computer-Related Occupations

030 Occupations In Systems Analysis and Programming
031 Occupations in Data Communications and Networks
032 Occupations In Computer System User Support
033 Occupations in Computer Systems Technical Support
039 Other Computer-Related Occupations

### Occupations in Life Sciences

040 Occupations In Agricultural Sciences
041 Occupations In Biological Sciences
045 Occupations In Psychology
049 Other Occupations in Life Sciences

### Occupations in Social Sciences

050 Occupations In Economics
051 Occupations In Political Science
052 Occupations In History
054 Occupations In Sociology
055 Occupations In Anthropology
059 Other Occupations in Social Sciences

## Occupations in Medicine and Health

070 Physicians and Surgeons
071 Osteopaths
072 Dentists
073 Veterinarians
074 Pharmacists
075 Registered Nurses
076 Therapists
077 Dietitians
078 Occupations in Medical and Dental Technology
079 Other Occupations in Medicine and Health

## Occupations in Education

090 Occupations in College and University Education
091 Occupations in Secondary School Education
092 Occupations in Preschool, Primary School, and Kindergarten Education
094 Occupations in Education of Persons with Disabilities
096 Home Economists and Farm Advisers
097 Occupations in Vocational Education
099 Other Occupations in Education

## Occupations in Museum, Library, and Archival Sciences

100 Librarians
101 Archivists
102 Museum Curators and Related Occupations
109 Other Occupations in Museum, Library, and Archival Sciences

## Occupations in Law and Jurisprudence

110 Lawyers
111 Judges
119 Other Occupations in Law and Jurisprudence

## Occupations in Religion and Theology

120 Clergy
129 Other Occupations in Religion and Theology

## Occupations in Writing

131 Writers
139 Other Occupations in Writing
132 Editors: Publication, Broadcast, and Script

## Occupations in Art

141 Commercial Artists: Designers and Illustrators, Graphic Arts
142 Environmental, Product, and Related Designers
149 Other Occupations in Art

## Occupations in Entertainment and Recreation

152 Occupations in Music

159 Other Occupations in Entertainment and Recreation

## Occupations in Administrative Specializations

160 Accountants, Auditors, and Related Occupations

161 Budget and Management Systems Analysis Occupations

162 Purchasing Management Occupations

163 Sales and Distribution Management Occupations

164 Advertising Management Occupations

165 Public Relations Management Occupations

166 Personnel Administration Occupations

168 Inspectors and Investigators, Managerial and Public Service

169 Other Occupations In Administrative Specializations

## Managers and Officials

180 Agriculture, Forestry, and Fishing Industry Managers and Officials

181 Mining Industry Managers and Officials

182 Construction Industry Managers and Officials

183 Manufacturing Industry Managers and Officials

184 Transportation, Communication, and Utilities Industry Managers and Officials

185 Wholesale and Retail Trade Managers and Officials

186 Finance, Insurance, and Real Estate Managers and Officials

187 Service Industry Managers and Officials

188 Public Administration Managers and Officials

189 Miscellaneous Managers and Officials

## Miscellaneous Professional, Technical, and Managerial Occupations

195 Occupations in Social and Welfare Work

199 Miscellaneous Professional, Technical, and Managerial Occupations

## Sale Promotion Occupations

297 Fashion Models

## Miscellaneous

137 Interpreters and Translators

143 Occupations in Photography

144 Fine Arts

150 Occupations in Dramatics

151 Occupations in Dancing

153 Occupations in Athletics and Sports

191 Agents and Appraisers

193 Radio Operators

194 Sound and Film

196 Airline Pilots

197 Ship Captains

198 Railroad Conductors

Exhibit F

# Exhibit F

¶ 22(e) — Form I-797C
Notice of Action (H-1B Receipt Number: IOE8429937781)

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

# THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | | Case Type |
|---|---|---|
| IOE8429937781 | | I129 - PETITION FOR A NONIMMIGRANT WORKER |
| **Received Date** 04/21/2023 | **Priority Date** | **Petitioner** VERTEX PHARMACEUTICALS INCORPORATED |
| **Notice Date** 04/24/2023 | **Page** 1 of 2 | **Beneficiary** PACHIKORU, KRANTHI SAGAR |

VERTEX PHARMACEUTICALS INCORPORATED
c/o MCGILL, JENNIFER ANN
BERRY APPLEMAN & LEIDEN LLP
1 FEDERAL ST STE. 3603
BOSTON MA 02110

**Notice Type:** Premium Processing
Receipt Notice
Amount received: $4960.00 U.S.
Class requested: H1B
ETA Case Number:

Thank you for choosing to use the U.S. Citizenship and Immigration Services' Premium Processing service. We have received the application or petition ("your case") listed above and accepted it as a Premium Processing case. You should receive a notice regarding your case within 15 calendar days from the date shown as the "Received Date" above. If we need to contact you regarding your case, we may do so by mail, telephone, facsimile, or e-mail using the information you provided.

If you need to contact us regarding your Premium Processing case, you can do so using the information immediately below. The mailing address, e-mail address, and phone number listed below are for use in relation to Premium Processing Program cases only. You can obtain case status information from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case shown above by calling the phone number listed below.

Vermont Service Center (VSC) Premium Processing:

| | |
|---|---|
| I-129 PP Routine Mail: | I-129 Premium Processing, USCIS, Vermont Service Center<br>30 River Road, Essex Junction, VT 05452-3808 |
| I-129 PP Courier address: | USCIS, Vermont Service Center<br>30 River Road, Essex Junction, VT 05452-3808 |
| I-129 PP Fax: | 802-860-6900 |
| I-129 PP Phone: | 1-866-315-5718 |
| Email address: | VSC-Premium.Processing@uscis.dhs.gov |

This notice shows that your case was filed on the "Received Date" listed above. It does NOT grant the beneficiary any immigration status, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.

Work authorization will only continue while this application or petition remains pending if expressly provided by statute or regulation and subject to any limitations prescribed therein.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available if you contact us about your case.

**If your address changes** - If you move while your case is pending, please visit www.uscis.gov/addresschange for information on how to update your address. Remember to update your address for all your receipt numbers.

Number of workers: 1

| Name | DOB | COB | Class | Consulate/POE | OCC |
|---|---|---|---|---|---|
| PACHIKORU, KRANTHI SAGAR | [redacted] | India | H1B | | 030 |

**Return of Original Documents** - Use Form G-884, Request for the Return of Original Documents, to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained in a single USCIS file. However, if the requested documentation is in more than one USCIS file, you must submit a separate request for each file. (For example: if you wish to obtain your mother's birth certificate and your parents' marriage certificate, both of which are in the USCIS file that pertains to her, submit one Form G-884 with your mother's information.)

Please see the additional information on the back. You will be notified separately about any other cases you filed.

**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

Vermont Service Center
U.S. CITIZENSHIP IMMIGRATION SVC
38 River Road
Essex Junction VT 05479-0001

**USCIS Contact Center: www.uscis.gov/contactcenter**

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| Receipt Number | | Case Type |
|---|---|---|
| IOE8429937781 | | I129 - PETITION FOR A NONIMMIGRANT WORKER |
| Received Date 04/21/2023 | Priority Date | Petitioner VERTEX PHARMACEUTICALS INCORPORATED |
| Notice Date 04/24/2023 | Page 2 of 2 | Beneficiary PACHIKORU, KRANTHI SAGAR |

**NOTICE:** Under the Immigration and Nationality Act (INA), the information you provide on and in support of applications and petitions is submitted under the penalty of perjury. USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet, or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

Vermont Service Center
U.S. CITIZENSHIP IMMIGRATION SVC
38 River Road
Essex Junction VT 05479-0001

**USCIS Contact Center: www.uscis.gov/contactcenter**

Exhibit G

# Exhibit G

¶ 23(a) — REQ-17609
Manager, GMP Operational Quality

kipp.gt@gmail.com

VERTEX

Search for Jobs Candidate Home Job Alerts

View Application

# Manager, GMP Operational Quality

You applied for this job on March 16, 2023.

View Application

Boston, MA

Full time

Posted 30+ Days Ago

REQ-17609

Job Description

GENERAL POSITION SUMMARY:

The Quality Manager is an advanced technical resource in the principles and application of quality assurance and compliance. The Quality Manager coordinates or executes activities on multiple complex projects and takes a role in the design and execution of new projects. The Quality Manager adapts to new and multiple projects, effectively ensuring alignment with corporate goals and compliance with all regulatory requirements. This position reports directly to the Senior Manager of GMP Operational Quality.

KEY RESPONSIBILITIES:

The responsibilities of this position may include, but are not limited to, the following:

- Participates in cross-functional teams as a Quality technical resource responsible for providing quality oversight and support to manufacturing operations within Vertex or at contracted suppliers
- Drafts and enforces Quality Agreements between CMOs/Suppliers and Vertex, as needed
- Assists Change Control owners with ensuring compliance to change procedure requirements, assesses and approves change controls
- Conducts quality investigations /deviations and reviews corrective action plans for adequacy and compliance. This includes root cause analysis and product impact assessments for investigations resulting from deviations and OOS.
- Ensures appropriate CAPA actions are identified and addressed.
- Approves investigations/CAPAs.
- Identify, facilitate, and/or lead continuous improvement efforts
- Maintains Quality Metrics to support process improvement activities
- Conducts GMP document review, including procedures, work instructions, specifications, methods, protocols, and method reports
- Responsible for coordinating, facilitating and follow up on any Quality Leadership Team action items assigned.
- Identify and communicate risks and assist with risk mitigation plans as necessary
- Supports internal audit or external audit programs
- Assists in preparation of audit responses

# Manager, GMP Operational Quality

You applied for this job on March 16, 2023.

View Application

- In-depth knowledge of both the conceptual and practical application of cGMPs in a pharmaceutical setting; in-depth knowledge of global GMP requirements and support of GMP manufacturing
- Strong team leadership skills with the ability to work in a fast-paced environment and meet quality, accuracy and timeliness objectives
- Experience leading complex projects/teams and continuous improvement initiatives within stated objectives and timelines; effectively applies project management processes / tools to lead meetings, assist with project planning, and facilitate completion of tasks
- Ability to independently lead cross-functional teams and represent the Quality unit
- Ability to mentor and guide staff, skilled at transferring technical knowledge and teaching quality management skills
- Ability to communicate cross-functionally to a wide variety of audiences; exchanges complex and sensitive information and is able to influence others to understand a point of view and gain alignment around a proposed action
- Demonstrated ability to manage teams and to develop personnel
- Demonstrated ability to work independently to provide QA advice for large, multifaceted projects
- Demonstrated ability to evaluate quality matters and make complex decisions leveraging technical experience, advanced judgement and the analysis/synthesis of a variety of information; able to work outside of precedent and takes a new perspective on existing solutions
- Strong experience successfully leading event investigations, Root Cause Analysis (RCA), and CAPA
- Strong experience with electronic document management systems (e.g., QDoccs, Veeva)
- Responsible for the following activities related to people management responsibilities Talent Acquisition/ Recruiting/Interviewing/ Selection/Onboarding Performance Management (goals, monitoring, reviews) Monitoring /Supporting Employee Engagement and Retention Succession Planning Accomplishing staff results by communicating job expectations, planning, coaching, training, and developing personal growth opportunities through IDPs. Accountable to provide oversight of day-to-day operations Assists with workforce planning/resource modeling and to update through forecasting activities

**EDUCATION AND EXPERIENCE:**

- Bachelor's degree in a scientific or allied health field with 4+ years of relevant work experience, or the equivalent combination of education and experience.
- Experience providing Quality support and oversight of GMP manufacturing operation including batch release
- Experience with drug substance and drug product (oral solid dosage forms preferred) development and manufacturing with proficient knowledge in a pharmaceutical setting
- Knowledge of cGMP requirements governing oral drug products manufacturing practices

We're enabling flexibility and choice between individuals and their managers to maintain our strong culture of collaboration and ensure a daily vibrancy within our sites globally. In this Hybrid, or On-Site-Eligible role, you can choose to work:

1. **On-Site** and work 5 days per week with ad hoc flexibility;
2. **Hybrid** and work remotely up to two days per week on regularly scheduled days; or select

#LI-AR1 #LI-Hybrid

# Manager, GMP Operational Quality

You applied for this job on March 16, 2023.

View Application

make reasonable accommodations for qualified individuals with known disabilities, in accordance with applicable law.

Please note that Vertex requires COVID-19 vaccination for all employees working in the U.S. as a condition of employment at Vertex, subject to medical, religious or other accommodations or exemptions required by law. We believe this requirement is vital to keeping everyone at Vertex and in our communities safe. This requirement applies to both existing and new employees who may at any time work on-site at a Vertex facility or visit another location on behalf of Vertex (e.g., conferences, customer visits, etc.), including all remote employees. Any applicant requiring an accommodation in connection with the hiring process and/or to perform the essential functions of the position for which the applicant has applied should make a request to the recruiter or hiring manager, or contact Talent Acquisition at ApplicationAssistance@vrtx.com.

## Similar Jobs (5)

Manager, GMP Operational Quality

Boston, MA

Full time

Posted 6 Days Ago

Senior Director, GCP Operational Quality

Boston, MA

Full time

Posted 30+ Days Ago

Senior Specialist, GMP Operational Quality

Boston, MA

Full time

Posted 30+ Days Ago

View All 5 Jobs

## About Us

# Manager, GMP Operational Quality

You applied for this job on March 16, 2023.

View Application

---

**Help Us Achieve Our Mission**

*Vertex is a global biotechnology company that invests in scientific innovation to create transformative medicines for people with serious diseases. The company has multiple approved medicines that treat the underlying cause of cystic fibrosis (CF) — a rare, life-threatening genetic disease — and has several ongoing clinical and research programs in CF. Beyond CF, Vertex has a robust pipeline*

Read More

ALERT:

If you have signed up for Job Alerts, please be aware that Job Alert Matches are currently not working. During this time, please check our careers site regularly for all open opportunities. We apologize for this systems issue and hope for it to be resolved soon.

Read More

Follow Us

workday.

© 2023 Workday, Inc. All rights reserved.

Exhibit H

# Exhibit H

¶ 26 — Regarding Employment Start Date
Email Correspondence With BAL Between April 24, 2023 and May 9, 2023 (¶¶26–38)

Gmail Kranthi Pachikoru <kipp.gt@gmail.com>

## Vertex | Pachikoru, Kranthi Sagar | 12140.758.1 | H-1B | Case Filed

31 messages

**Chat** <chat@bal.com> Mon, Apr 24, 2023 at 11:54 AM
To: "kipp.gt@gmail.com" <kipp.gt@gmail.com>
Cc: Erika von den Benken <ervondenbenken@bal.com>, Global_Mobility <Global_Mobility@vrtx.com>

Dear Kranthi,

Attached please find the premium processing receipt notice from USCIS. We will update you as we receive any additional details over the next 15 days. Note that the USCIS system automatically inserts "Nmn" for "no middle name" in these electronic receipts if a middle name is not supplied. This will not appear on any formal receipt or approval notices.

Please reach out to us with any questions and we look forward to being in touch with updates soon. Best,

—

**Jennifer A. McGill** | Senior Associate | Attorney at Law* | She/Her/Hers

T +1 469 290 9305 M +1 617 602 3493 E jemcgill@bal.com

One Federal Street, 36th Floor

Boston, MA 02110 United States

**visit BAL.com**

-

**Admitted in Massachusetts. Practice limited to federal immigration law. This e-mail may contain confidential information. If you are not the intended recipient, please notify me and permanently delete the e-mail.*

---------- Forwarded message ----------
From: "ELISdonotreply@uscis.dhs.gov" <ELISdonotreply@uscis.dhs.gov>
To: Jennifer McGill <jemcgill@bal.com>
Cc:
Bcc:
Date: Mon, 24 Apr 2023 15:48:11 +0000
Subject: IOE8429937781
The Vermont Service Center has received the following I-129 Petition for Nonimmigrant Worker that had been filed under the Premium Processing Program: H1B

Receipt Number: IOE8429937781

Date I-907 Received: 04/21/2023

Petitioner: VERTEX PHARMACEUTICALS INCORPORATED

Beneficiary: Pachikoru, Kranthi Sagar Nmn

DOB: [redacted]

Classification sought: H1B

The form I-797 Receipt Notice will follow in the mail.

The Vermont Service Center will adjudicate this case within 15 calendar days of the "received date" set forth above. If approved, you will receive e-mail notification of such. If we require additional evidence, we will send you a Request For Evidence (RFE) through the U.S. Postal Service to the address provided on your completed I-907 Request for Premium Processing Form. We will also fax a courtesy copy of the request if you provided a fax number on your completed Form I-907.

Please do not reply directly to this message. The e-mail account used to send this message is used by the Service Center only to send messages notifying filers of premium processing case information.

If any of the information above is incorrect, please contact a Vermont Service Center Premium Processing Unit customer representative by forwarding this message with your comments to VSC-Premium.Processing@uscis.dhs.gov or by calling 1-866-315-5718. Please note that the e-mail address and phone number listed above are designated for premium processing issues only.

Thank you for using the USCIS Premium Processing Service.

---

**IOE8429937781.eml**
12K

---

**kranthi sagar pachikoru** <kipp.gt@gmail.com> Mon, Apr 24, 2023 at 12:06 PM
To: Chat <chat@bal.com>
Cc: Erika von den Benken <ervondenbenken@bal.com>, Global_Mobility <Global_Mobility@vrtx.com>
Bcc: kranthi sagar pachikoru <kipp.gt@gmail.com>

Hi Jennifer -

Thanks for the update.

It is my understanding that I have to wait for the H-1B approval notice before I can start my employment with Vertex, would you be able confirm that is the case?

Kind regards,
Kranthi Pachikoru

[Quoted text hidden]

---

**Brent from Berry Appleman & Leiden LLP** <chat@bal.com> Mon, Apr 24, 2023 at 12:12 PM
Reply-To: Brent from Berry Appleman & Leiden LLP and 2 others
<n+u_642eccc24b2683a0a4d9a9ed_9863fe6c295f568a3640f63f633cc632@berry-appleman--leiden-llp.intercom-mail.com>
To: kipp.gt@gmail.com

This message was sent to the following 3 people: Kranthi Sagar Pachikoru, Erika von den Benken, **global_mobility@vrtx.com.** Replying to this email will notify them.

Hi Kranthi,

Thanks for checking in. I spoke with Jennifer and the legal team, and they confirmed that you will need to await adjudication before starting employment. Because your case was filed under Premium Processing, you will receive an email decision before you receive the physical approval notice. The email decision will be sufficient.

I hope this helps. Please let me know if you have any other questions. Have a great day!

**Brent**
Berry Appleman & Leiden LLP

On Mon, Apr 24, 2023 at 12:07 PM, "Kranthi Sagar Pachikoru" <kipp.gt@gmail.com> wrote:

> Hi Jennifer -
>
> Thanks for the update.
>
> It is my understanding that I have to wait for the H-1B approval notice before I can start my employment with Vertex, would you be able confirm that is the case?
>
> Kind regards,
> Kranthi Pachikoru
>
> On Mon, Apr 24, 2023 at 11:54 AM Chat <chat@bal.com> wrote:
>
>> *Dear Kranthi,*
>>
>> *Attached please find the premium processing receipt notice from USCIS. We will update you as we receive any additional details over the next 15 days. Note that the USCIS system automatically inserts "Nmn" for "no middle name" in these electronic receipts if a middle name is not supplied. This will not appear on any formal receipt or approval notices.*
>>
>> *Please reach out to us with any questions and we look forward to being in touch with updates soon. Best,*
>>
>> —
>>
>> ***Jennifer A. McGill** | Senior Associate | Attorney at Law* | She/Her/Hers*
>>
>> ***T** +1 469 290 9305 **M** +1 617 602 3493 **E** jemcgill@bal.com*
>>
>> *One Federal Street, 36th Floor*
>>
>> *Boston, MA 02110 United States*
>>
>> ***visit** BAL.com*
>>
>> **Admitted in Massachusetts. Practice limited to federal immigration law. This e-mail may contain confidential information. If you are not the intended recipient, please notify me and permanently delete the e-mail.*

---

**kranthi sagar pachikoru** <kipp.gt@gmail.com> Wed, Apr 26, 2023 at 4:17 PM
To: Brent from Berry Appleman & Leiden LLP and 2 others
<n+u_642eccc24b2683a0a4d9a9ed_9863fe6c295f568a3640f63f633cc632@berry-appleman--leiden-llp.intercom-mail.com>

Hello -

Thanks for confirming; much appreciated!

Can you share the tracking number for the receipt notice sent to my address via UPS/ USPS/FedEx.

Kind regards,
Kranthi Pachikoru

[Quoted text hidden]

**Brent from Berry Appleman & Leiden LLP** <chat@bal.com> Wed, Apr 26, 2023 at 4:21 PM
Reply-To: Brent from Berry Appleman & Leiden LLP and 2 others
<n+u_642eccc24b2683a0a4d9a9ed_9863fe6c295f568a3640f63f633cc632@berry-appleman--leiden-llp.intercom-mail.com>
To: kipp.gt@gmail.com

This message was sent to the following 3 people: Kranthi Sagar Pachikoru, Erika von den Benken, **global_mobility@vrtx.com**. Replying to this email will notify them.

Happy to help, Kranthi!

Let me track down that info for you.

**Brent**
Berry Appleman & Leiden LLP

On Wed, Apr 26, 2023 at 04:17 PM, "Kranthi Sagar Pachikoru" <kipp.gt@gmail.com> wrote:

> Hello -
>
> Thanks for confirming; much appreciated!
>
> Can you share the tracking number for the receipt notice sent to my address via UPS/ USPS/FedEx.
>
> Kind regards,
>
> Kranthi Pachikoru
>
> On Mon, Apr 24, 2023 at 12:12 PM, "Brent Persun" <chat@bal.com> wrote:
>
>> Hi Kranthi,
>>
>> Thanks for checking in. I spoke with Jennifer and the legal team, and they confirmed that you will need to await adjudication before starting employment. Because your case was filed under Premium Processing, you will receive an email decision before you receive the physical approval notice. The email decision will be sufficient.
>>
>> I hope this helps. Please let me know if you have any other questions. Have a great day!
>>
>> On Mon, Apr 24, 2023 at 12:07 PM, "Kranthi Sagar Pachikoru" <kipp.gt@gmail.com> wrote:
>>
>>> Hi Jennifer -
>>>
>>> Thanks for the update.
>>>
>>> It is my understanding that I have to wait for the H-1B approval notice before I can start my employment with Vertex, would you be able confirm that is the case?
>>>
>>> Kind regards,
>>> Kranthi Pachikoru
>>>
>>> On Mon, Apr 24, 2023 at 11:54 AM Chat <chat@bal.com> wrote:
>>>
>>>> *Dear Kranthi,*
>>>>
>>>> *Attached please find the premium processing receipt notice from USCIS. We will update you as we receive any additional details over the next 15 days. Note that the USCIS system automatically inserts "Nmn" for "no middle name" in these electronic receipts if a middle name is not supplied. This will not appear on any formal receipt or approval notices.*

*Please reach out to us with any questions and we look forward to being in touch with updates soon.*
*Best,*

—

***Jennifer A. McGill** | Senior Associate | Attorney at Law* | She/Her/Hers*

***T** +1 469 290 9305 **M** +1 617 602 3493 **E** jemcgill@bal.com*

*One Federal Street, 36th Floor*

*Boston, MA 02110 United States*

***visit** BAL.com*

**Admitted in Massachusetts. Practice limited to federal immigration law. This e-mail may contain confidential information. If you are not the intended recipient, please notify me and permanently delete the e-mail.*

---

**Erika von den Benken via Berry Appleman & Leiden LLP** <notifications@berry-appleman--leiden-llp.intercom-mail.com> Wed, Apr 26, 2023 at 4:36 PM
Reply-To: Erika von den Benken and 3 others <n+u_642eccc24b2683a0a4d9a9ed_9863fe6c295f568a3640f63f633cc632@berry-appleman--leiden-llp.intercom-mail.com>
To: kipp.gt@gmail.com

This message was sent to the following 4 people: Brent Persun, Kranthi Sagar Pachikoru, **global_mobility@vrtx.com**, Jennifer McGill. Replying to this email will notify them.

Hi Kranthi,

We've only received an electronic receipt notice from USICS, which has already been shared with you. Since your case was filed in premium processing, USICS often adjudicates before they send physical receipt notices.

The receipt number has been added to Cobalt for easy case tracking, and we will reach out as soon as we have updates from USCIS.

Best,

**Erika von den Benken** | Paralegal

**E**ervondenbenken@bal.com

1 Federal Street, Suite 3603
Boston, MA 02110
**visit BAL.com** Facebook Twitter LinkedIn

*This e-mail may contain confidential information. If you are not the intended recipient, please notify me and permanently delete the e-mail.*

On Wed, Apr 26, 2023 at 04:21 PM, "Brent Persun" <chat@bal.com> wrote:

> Happy to help, Kranthi!
>
> Let me track down that info for you.
> On Wed, Apr 26, 2023 at 04:17 PM, "Kranthi Sagar Pachikoru" <kipp.gt@gmail.com> wrote:

Hello -

Thanks for confirming; much appreciated!

Can you share the tracking number for the receipt notice sent to my address via UPS/ USPS/FedEx.

Kind regards,

Kranthi Pachikoru

On Mon, Apr 24, 2023 at 12:12 PM, "Brent Persun" <chat@bal.com> wrote:

Hi Kranthi,

Thanks for checking in. I spoke with Jennifer and the legal team, and they confirmed that you will need to await adjudication before starting employment. Because your case was filed under Premium Processing, you will receive an email decision before you receive the physical approval notice. The email decision will be sufficient.

I hope this helps. Please let me know if you have any other questions. Have a great day!

[Quoted text hidden]

---

**kranthi sagar pachikoru** <kipp.gt@gmail.com> Wed, Apr 26, 2023 at 4:46 PM
To: Erika von den Benken and 3 others <n+u_642eccc24b2683a0a4d9a9ed_9863fe6c295f568a3640f63f633cc632@berry-appleman--leiden-llp.intercom-mail.com>

Thank you all for the updates!

[Quoted text hidden]

---

**kranthi sagar pachikoru** <kipp.gt@gmail.com> Thu, May 4, 2023 at 9:09 AM
To: Chat <chat@bal.com>, jemcgill@bal.com, Erika von den Benken <ervondenbenken@bal.com>
Cc: Global_Mobility <Global_Mobility@vrtx.com>
Bcc: kranthi sagar pachikoru <kipp.gt@gmail.com>

Hi Erika and Jennifer -

I hope you are doing well.

An RFE was issued on my petition when I checked this morning. Can you share a copy of the RFE and what you would require from my end to resolve this issue?

Additionally, can you consult with Vertex on the employment start date, given this scenario, and provide me an update?

Kind regards,
Kranthi Pachikoru

On Mon, Apr 24, 2023 at 11:54 AM Chat <chat@bal.com> wrote:
[Quoted text hidden]

---

**Brent from Berry Appleman & Leiden LLP** <chat@bal.com> Thu, May 4, 2023 at 9:21 AM
Reply-To: Brent from Berry Appleman & Leiden LLP and 3 others
<n+u_642eccc24b2683a0a4d9a9ed_5976319b74f3bd52a73dca68dd14f0df@berry-appleman--leiden-llp.intercom-mail.com>
To: kipp.gt@gmail.com

This message was sent to the following 4 people: Kranthi Sagar Pachikoru, Jennifer McGill, Erika von den Benken, **global_mobility@vrtx.com**. Replying to this email will notify them.

Hi Kranthi,

Thanks for reaching out. I can confirm that we received the RFE notice, and the legal team is working to prepare the response. They will reach out as required for any additional information.

Jennifer and the legal team are copied here and will respond as they are able with the appropriate course of action for this scenario.

Please let me know if you have any questions. Have a great day!

**Brent**
Berry Appleman & Leiden LLP

On Thu, May 4, 2023 at 09:10 AM, "Kranthi Sagar Pachikoru" <kipp.gt@gmail.com> wrote:

> Hi Erika and Jennifer -
>
> I hope you are doing well.
>
> An RFE was issued on my petition when I checked this morning. Can you share a copy of the RFE and what you would require from my end to resolve this issue?
>
> Additionally, can you consult with Vertex on the employment start date, given this scenario, and provide me an update?
>
> Kind regards,
> Kranthi Pachikoru
>
> On Mon, Apr 24, 2023 at 11:54 AM Chat <chat@bal.com> wrote:
>
>> *Dear Kranthi,*
>>
>> *Attached please find the premium processing receipt notice from USCIS. We will update you as we receive any additional details over the next 15 days. Note that the USCIS system automatically inserts "Nmn" for "no middle name" in these electronic receipts if a middle name is not supplied. This will not appear on any formal receipt or approval notices.*
>>
>> *Please reach out to us with any questions and we look forward to being in touch with updates soon. Best,*
>>
>> —
>>
>> ***Jennifer A. McGill** | Senior Associate | Attorney at Law* | She/Her/Hers*
>>
>> ***T** +1 469 290 9305 **M** +1 617 602 3493 **E** jemcgill@bal.com*
>>
>> *One Federal Street, 36th Floor*
>>
>> *Boston, MA 02110 United States*
>>
>> ***visit** BAL.com*
>>
>> **Admitted in Massachusetts. Practice limited to federal immigration law. This e-mail may contain confidential information. If you are not the intended recipient, please notify me and permanently delete the e-mail.*

---

**Jennifer McGill** <jemcgill@bal.com> Thu, May 4, 2023 at 10:24 AM
To: kranthi sagar pachikoru <kipp.gt@gmail.com>, Erika von den Benken <ervondenbenken@bal.com>
Cc: Global_Mobility <Global_Mobility@vrtx.com>, Elizabeth Lee <Elee@bal.com>, Cheryl SWIDRAK <cheryl.swidrak@ipsen.com>

Dear Kranthi,

Our team received a fax of the RFE this morning – it is a typical specialty occupation request for evidence from USCIS. These are very common for certain categories of roles and your position is one of them – it is not specific to you or your credentials. The government is seeking more information from Vertex that the offered role requires a degree and wants greater detail about the role. Likely we will not need much, if any, additional input from you. We will put together the request for detail for your manager at Vertex to complete and aim to file the response promptly.

I note that any H-1B change of employer petition is eligible to begin working upon USCIS receiving the petition so this does not impact your proposed start date unless you were awaiting the final approval notice for starting. If you are awaiting the final approval notice, this will push the start date out 1 – 2 months as we need to work to gather the requested detail, draft and submit the reply, and then await final adjudication in the 15 days after submitting response. I have added your recruiter to this thread so you can communicate on the start date detail as needed.

Best,

—

**Jennifer A. McGill** | Senior Associate | Attorney at Law* | She/Her/Hers

T +1 469 290 9305 M +1 617 602 3493 E jemcgill@bal.com

**visit BAL.com**

*Admitted in Massachusetts. Practice limited to federal immigration law. This e-mail may contain confidential information. If you are not the intended recipient, please notify me and permanently delete the e-mail.

[Quoted text hidden]

---

**Elizabeth Lee** <Elee@bal.com> Thu, May 4, 2023 at 10:40 AM
To: Jennifer McGill <jemcgill@bal.com>, kranthi sagar pachikoru <kipp.gt@gmail.com>, Erika von den Benken <ervondenbenken@bal.com>
Cc: Global_Mobility <Global_Mobility@vrtx.com>, Cheryl SWIDRAK <cheryl.swidrak@ipsen.com>

Hi Kranthi,

Can you please work on the attached worksheet with your manager at Vertex so that we have all the necessary information and documents to respond to the RFE?

Please let us know if you have any questions, we would be happy to help.

Best,

**Elizabeth Lee** | Staff Attorney | Attorney at Law ·She/Her/Hers

T +1 469 290 9493 E elee@bal.com

[Quoted text hidden]
[Quoted text hidden]

---

**H-1B RFE Worksheet - Kranthi Sagar Pachikoru.docx**
50K

---

**kranthi sagar pachikoru** <kipp.gt@gmail.com> Thu, May 4, 2023 at 10:44 AM
To: Jennifer McGill <jemcgill@bal.com>
Cc: Erika von den Benken <ervondenbenken@bal.com>, Global_Mobility <Global_Mobility@vrtx.com>, Elizabeth Lee <Elee@bal.com>, Cheryl SWIDRAK <cheryl.swidrak@ipsen.com>

Hi Brent & Jennifer -

A sincere thanks for being elaborate; greatly appreciated!

I believe you might have inadvertently missed including the right Cheryl, and I see the Cheryl included is from "Ipsen". Can you kindly include Cheryl from Vertex so that she has visibility so I can work with her on the start date.

Kind regards,
Kranthi Pachikoru
[Quoted text hidden]

---

**Jennifer McGill** <jemcgill@bal.com> Thu, May 4, 2023 at 10:46 AM
To: kranthi sagar pachikoru <kipp.gt@gmail.com>
Cc: Erika von den Benken <ervondenbenken@bal.com>, Global_Mobility <Global_Mobility@vrtx.com>, Elizabeth Lee <Elee@bal.com>, Cheryl Greenfield <Cheryl_Greenfield@vrtx.com>

> [Resending – corrected recipients]
>
> [Quoted text hidden]

---

**Jennifer McGill** <jemcgill@bal.com> Thu, May 4, 2023 at 10:46 AM
To: kranthi sagar pachikoru <kipp.gt@gmail.com>

Thank you, I have resent I will reach out to the incorrect Cheryl and request she delete the emails not intended for her.

[Quoted text hidden]

---

**kranthi sagar pachikoru** <kipp.gt@gmail.com> Thu, May 4, 2023 at 10:48 AM
To: Jennifer McGill <jemcgill@bal.com>

No worries, I as well missed removing her while replying to all.

[Quoted text hidden]

---

**kranthi sagar pachikoru** <kipp.gt@gmail.com> Thu, May 4, 2023 at 11:02 AM
To: Jennifer McGill <jemcgill@bal.com>
Cc: Erika von den Benken <ervondenbenken@bal.com>, Global_Mobility <Global_Mobility@vrtx.com>, Elizabeth Lee <Elee@bal.com>, Cheryl Greenfield <Cheryl_Greenfield@vrtx.com>

Hi Cheryl -

I hope you are well!

As mentioned in this email chain, my petition received a specialty occupation RFE this morning. Therefore, I can join Vertex in the ongoing process of RFE resolution. Please, let me know if Vertex is comfortable with this, and if so, what upcoming feasible start dates (based on which I can give 2-week notice to my current employer) would be and the process.

Kind regards,
Kranthi Pachikoru

[Quoted text hidden]

---

**kranthi sagar pachikoru** <kipp.gt@gmail.com> Thu, May 4, 2023 at 11:09 AM
To: Brent from Berry Appleman & Leiden LLP and 3 others
<n+u_642eccc24b2683a0a4d9a9ed_5976319b74f3bd52a73dca68dd14f0df@berry-appleman--leiden-llp.intercom-mail.com>

Hi Brent -

Thank you for the email. Would you/the firm be able to share a copy of the RFE with me?

Kind regards,
Kranthi Pachikoru

[Quoted text hidden]

---

**Cheryl Greenfield** <Cheryl_Greenfield@vrtx.com> Thu, May 4, 2023 at 11:09 AM
To: kranthi sagar pachikoru <kipp.gt@gmail.com>, Jennifer McGill <jemcgill@bal.com>
Cc: Erika von den Benken <ervondenbenken@bal.com>, Global_Mobility <Global_Mobility@vrtx.com>, Elizabeth Lee <Elee@bal.com>

That's great new Kranthi! We would love if you could start on Monday, May 22, 2023. Will this date work for you?

@Jennifer McGill, do you have any concerns with moving forward?

Warmest,

*Cheryl J. Greenfield* **(she/her/hers)**

Senior Recruiter

**Vertex Pharmaceuticals**

Mobile: 404-455-3937

**Cheryl_Greenfield@vrtx.com**

www.vrtx.com

*Be an Employee Referrer today—check out **WeHire** to view current openings!*

---

**From:** kranthi sagar pachikoru <kipp.gt@gmail.com>
**Sent:** Thursday, May 4, 2023 11:02 AM
**To:** Jennifer McGill <jemcgill@bal.com>
**Cc:** Erika von den Benken <ervondenbenken@bal.com>; Global_Mobility <Global_Mobility@vrtx.com>; Elizabeth Lee <Elee@bal.com>; Cheryl Greenfield <Cheryl_Greenfield@vrtx.com>
**Subject:** Re: Vertex | Pachikoru, Kranthi Sagar | 12140.758.1 | H-1B | Case Filed

**CAUTION:** This email originated from outside of Vertex. Do not open links or attachments unless you know the sender and believe it is safe. If you suspect that this email is a potentially malicious email, **please click on the Report Phish button**.

[Quoted text hidden]

This email message and any attachments are confidential and intended for use by the addressee(s) only. If you are not the intended recipient, please notify me immediately by replying to this message, and destroy all copies of this message and any attachments. Thank you.

---

**Brent from Berry Appleman & Leiden LLP** <chat@bal.com> Thu, May 4, 2023 at 11:14 AM
Reply-To: Brent from Berry Appleman & Leiden LLP and 3 others
<n+u_642eccc24b2683a0a4d9a9ed_5976319b74f3bd52a73dca68dd14f0df@berry-appleman--leiden-llp.intercom-mail.com>
To: kipp.gt@gmail.com

This message was sent to the following 4 people: Kranthi Sagar Pachikoru, Jennifer McGill, Erika von den Benken, **global_mobility@vrtx.com**. Replying to this email will notify them.

Hi Kranthi,

Per company policy, the RFE is not shared with employees. The legal team will work with your company to determine the best strategy for response.

Let me know if you have any other questions.

**Brent**
Berry Appleman & Leiden LLP

On Thu, May 4, 2023 at 11:10 AM, "Kranthi Sagar Pachikoru" <kipp.gt@gmail.com> wrote:

> Hi Brent -
>
> Thank you for the email. Would you/the firm be able to share a copy of the RFE with me?
>
> Kind regards,
>
> Kranthi Pachikoru
>
> On Thu, May 4, 2023 at 09:21 AM, "Brent Persun" <chat@bal.com> wrote:
>
>> Hi Kranthi,
>>
>> Thanks for reaching out. I can confirm that we received the RFE notice, and the legal team is working to prepare the response. They will reach out as required for any additional information.
>>
>> Jennifer and the legal team are copied here and will respond as they are able with the appropriate course of action for this scenario.
>>
>> Please let me know if you have any questions. Have a great day!
>> On Thu, May 4, 2023 at 09:10 AM, "Kranthi Sagar Pachikoru" <kipp.gt@gmail.com> wrote:
>>
>>> Hi Erika and Jennifer -
>>>
>>> I hope you are doing well.
>>>
>>> An RFE was issued on my petition when I checked this morning. Can you share a copy of the RFE and what you would require from my end to resolve this issue?

Additionally, can you consult with Vertex on the employment start date, given this scenario, and provide me an update?

Kind regards,
Kranthi Pachikoru

On Mon, Apr 24, 2023 at 11:54 AM Chat <chat@bal.com> wrote:

*Dear Kranthi,*

*Attached please find the premium processing receipt notice from USCIS. We will update you as we receive any additional details over the next 15 days. Note that the USCIS system automatically inserts "Nmn" for "no middle name" in these electronic receipts if a middle name is not supplied. This will not appear on any formal receipt or approval notices.*

*Please reach out to us with any questions and we look forward to being in touch with updates soon.*
*Best,*

–

***Jennifer A. McGill** | Senior Associate | Attorney at Law* | She/Her/Hers*

***T** +1 469 290 9305 **M** +1 617 602 3493 **E** jemcgill@bal.com*

*One Federal Street, 36th Floor*

*Boston, MA 02110 United States*

***visit** BAL.com*

**Admitted in Massachusetts. Practice limited to federal immigration law. This e-mail may contain confidential information. If you are not the intended recipient, please notify me and permanently delete the e-mail.*

---

**Jennifer McGill** <jemcgill@bal.com> Thu, May 4, 2023 at 11:16 AM
To: Cheryl Greenfield <Cheryl_Greenfield@vrtx.com>, kranthi sagar pachikoru <kipp.gt@gmail.com>
Cc: Erika von den Benken <ervondenbenken@bal.com>, Global_Mobility <Global_Mobility@vrtx.com>, Elizabeth Lee <Elee@bal.com>

Hi Cheryl,

It's a very standard RFE, we can begin our work to respond and in the interim Kranthi may opt to start his employment at his convenience since we have the receipt notice from USCIS he can use for the I-9 process.

There remains a risk (quite small) that if USCIS were to deny the petition, he would have left his prior employer and then not have an approved petition with Vertex. Again, I stress this risk is quite small as the RFE for specialty occupation is common and we have template responses that have been successful for many years once we have the manager's feedback.

Let me know if you have any other questions. Best,

–

**Jennifer A. McGill** | Senior Associate | Attorney at Law* | She/Her/Hers

T +1 469 290 9305 **M** +1 617 602 3493 **E** jemcgill@bal.com

**visit BAL.com**

*Admitted in Massachusetts. Practice limited to federal immigration law. This e-mail may contain confidential information. If you are not the intended recipient, please notify me and permanently delete the e-mail.*

[Quoted text hidden]

---

**Cheryl Greenfield** <Cheryl_Greenfield@vrtx.com> Thu, May 4, 2023 at 11:19 AM
To: Jennifer McGill <jemcgill@bal.com>, kranthi sagar pachikoru <kipp.gt@gmail.com>
Cc: Erika von den Benken <ervondenbenken@bal.com>, Global_Mobility <Global_Mobility@vrtx.com>, Elizabeth Lee <Elee@bal.com>, Cheryl Greenfield <Cheryl_Greenfield@vrtx.com>

Thank you Jennifer!

@kranthi sagar pachikoru, please confirm how you would like to proceed.

Warmest,

*Cheryl J. Greenfield* **(she/her/hers)**

Senior Recruiter

**Vertex Pharmaceuticals**

Mobile: 404-455-3937

**Cheryl_Greenfield@vrtx.com**

www.vrtx.com

*Be an Employee Referrer today—check out* ***WeHire*** *to view current openings!*

---

**From:** Jennifer McGill <jemcgill@bal.com>
**Sent:** Thursday, May 4, 2023 11:16 AM
**To:** Cheryl Greenfield <Cheryl_Greenfield@vrtx.com>; kranthi sagar pachikoru <kipp.gt@gmail.com>
**Cc:** Erika von den Benken <ervondenbenken@bal.com>; Global_Mobility <Global_Mobility@vrtx.com>; Elizabeth Lee <Elee@bal.com>
**Subject:** RE: Vertex | Pachikoru, Kranthi Sagar | 12140.758.1 | H-1B | Case Filed

**CAUTION:** This email originated from outside of Vertex. Do not open links or attachments unless you know the sender and believe it is safe. If you suspect that this email is a potentially malicious email, **please click on the Report Phish button**.

[Quoted text hidden]
[Quoted text hidden]

---

**kranthi sagar pachikoru** <kipp.gt@gmail.com> Thu, May 4, 2023 at 12:10 PM
To: Cheryl Greenfield <Cheryl_Greenfield@vrtx.com>
Cc: Jennifer McGill <jemcgill@bal.com>, Erika von den Benken <ervondenbenken@bal.com>, Global_Mobility <Global_Mobility@vrtx.com>, Elizabeth Lee <Elee@bal.com>
Bcc: kranthi sagar pachikoru <kipp.gt@gmail.com>

Hi Cheryl -

Thank your email. Monday, 22 May 2023, works for me.

Kind regards,
Kranthi Pachikoru

[Quoted text hidden]

---

**Cheryl Greenfield** <Cheryl_Greenfield@vrtx.com> Fri, May 5, 2023 at 9:45 AM
To: Jennifer McGill <jemcgill@bal.com>, kranthi sagar pachikoru <kipp.gt@gmail.com>
Cc: Erika von den Benken <ervondenbenken@bal.com>, Global_Mobility <Global_Mobility@vrtx.com>, Elizabeth Lee <Elee@bal.com>, Cheryl Greenfield <Cheryl_Greenfield@vrtx.com>

Hi Jennifer – Can you confirm if thre is anything I need to do or is immigration working directly with the hiring manager on additional information needed?

@kranthi sagar pachikoru, Could you please confirm your when you would like to start?

Thanks All!

Warmest,

*Cheryl J. Greenfield* **(she/her/hers)**

Senior Recruiter

**Vertex Pharmaceuticals**

Mobile: 404-455-3937

**Cheryl_Greenfield@vrtx.com**

www.vrtx.com

*Be an Employee Referrer today—check out **WeHire** to view current openings!*

---

**From:** Jennifer McGill <jemcgill@bal.com>
**Sent:** Thursday, May 4, 2023 10:47 AM

**To:** kranthi sagar pachikoru <kipp.gt@gmail.com>
**Cc:** Erika von den Benken <ervondenbenken@bal.com>; Global_Mobility <Global_Mobility@vrtx.com>; Elizabeth Lee <Elee@bal.com>; Cheryl Greenfield <Cheryl_Greenfield@vrtx.com>
**Subject:** RE: Vertex I Pachikoru, Kranthi Sagar I 12140.758.1 I H-1B I Case Filed

**CAUTION:** This email originated from outside of Vertex. Do not open links or attachments unless you know the sender and believe it is safe. If you suspect that this email is a potentially malicious email, **please click on the Report Phish button**.

[Resending – corrected recipients]

[Quoted text hidden]

[Quoted text hidden]

---

**Jennifer McGill** <jemcgill@bal.com> Fri, May 5, 2023 at 9:49 AM
To: Cheryl Greenfield <Cheryl_Greenfield@vrtx.com>, kranthi sagar pachikoru <kipp.gt@gmail.com>
Cc: Erika von den Benken <ervondenbenken@bal.com>, Global_Mobility <Global_Mobility@vrtx.com>, Elizabeth Lee <Elee@bal.com>

Dear Cheryl,

Nothing you need to do, we have separately reached out to Emily to coordinate with the hiring manager to complete the worksheets Elizabeth attached.

—

**Jennifer A. McGill** | Senior Associate | Attorney at Law* | She/Her/Hers

T +1 469 290 9305 **M** +1 617 602 3493 **E** jemcgill@bal.com

**visit BAL.com**

**Admitted in Massachusetts. Practice limited to federal immigration law. This e-mail may contain confidential information. If you are not the intended recipient, please notify me and permanently delete the e-mail.*

[Quoted text hidden]

---

**kranthi sagar pachikoru** <kipp.gt@gmail.com> Fri, May 5, 2023 at 10:11 AM
To: Cheryl Greenfield <Cheryl_Greenfield@vrtx.com>
Cc: Jennifer McGill <jemcgill@bal.com>, Erika von den Benken <ervondenbenken@bal.com>, Global_Mobility <Global_Mobility@vrtx.com>, Elizabeth Lee <Elee@bal.com>, Cheryl Greenfield <Cheryl_Greenfield@vrtx.com>

Hi Cheryl -

Thank you for your email; I can start **on Monday, May 22, 2023**. Please let me know when you receive this email and anything else you need from me.

Kind regards,
Kranthi Pachikoru
[Quoted text hidden]

---

**Cheryl Greenfield** <Cheryl_Greenfield@vrtx.com> Fri, May 5, 2023 at 10:15 AM

To: kranthi sagar pachikoru <kipp.gt@gmail.com>
Cc: Jennifer McGill <jemcgill@bal.com>, Erika von den Benken <ervondenbenken@bal.com>, Global_Mobility <Global_Mobility@vrtx.com>, Elizabeth Lee <Elee@bal.com>

Received! Thank you Kranthi! Have a great weekend.

Warmest,

*Cheryl J. Greenfield* **(she/her/hers)**

Senior Recruiter

**Vertex Pharmaceuticals**

Mobile: 404-455-3937

**Cheryl_Greenfield@vrtx.com**

www.vrtx.com

*Be an Employee Referrer today—check out **WeHire** to view current openings!*

---

**From:** kranthi sagar pachikoru <kipp.gt@gmail.com>
**Sent:** Friday, May 5, 2023 10:11 AM
**To:** Cheryl Greenfield <Cheryl_Greenfield@vrtx.com>
**Cc:** Jennifer McGill <jemcgill@bal.com>; Erika von den Benken <ervondenbenken@bal.com>; Global_Mobility <Global_Mobility@vrtx.com>; Elizabeth Lee <Elee@bal.com>
**Subject:** Re: Vertex | Pachikoru, Kranthi Sagar | 12140.758.1 | H-1B | Case Filed

**CAUTION:** This email originated from outside of Vertex. Do not open links or attachments unless you know the sender and believe it is safe. If you suspect that this email is a potentially malicious email, **please click on the Report Phish button**.

[Quoted text hidden]
[Quoted text hidden]

---

**kranthi sagar pachikoru** <kipp.gt@gmail.com> Fri, May 5, 2023 at 10:42 AM
To: Cheryl Greenfield <Cheryl_Greenfield@vrtx.com>

Thank you, Cheryl. Have a great weekend as well!

[Quoted text hidden]

---

**Cheryl Greenfield** <Cheryl_Greenfield@vrtx.com> Fri, May 5, 2023 at 10:43 AM
To: kranthi sagar pachikoru <kipp.gt@gmail.com>

Thank you! Talk soon!

[Quoted text hidden]

---

**kranthi sagar pachikoru** <kipp.gt@gmail.com> Tue, May 9, 2023 at 1:15 PM
To: Elizabeth Lee <Elee@bal.com>
Cc: Jennifer McGill <jemcgill@bal.com>, Erika von den Benken <ervondenbenken@bal.com>, Global_Mobility <Global_Mobility@vrtx.com>, Cheryl Greenfield <Cheryl_Greenfield@vrtx.com>

Hi Elizabeth -

I hope you are doing well, and thank you for sharing this.

Before starting, I wanted to confirm since the labor certification has "project management specialist" for SOC. So, do I only list the MS in Project Management (2nd Masters's degree obtained in the USA while on F1) related course work? Or do I also list the MS in Regulatory Affairs (1st Masters's also obtained in the USA on F1), since the "QA Manager" role's job responsibilities (based on the job posting board) also require regulatory & scientific background; making a better/ stronger response for evidence.

Kind regards,
Kranthi Pachikoru

[Quoted text hidden]

---

**Jennifer McGill** <jemcgill@bal.com> Tue, May 9, 2023 at 3:40 PM
To: kranthi sagar pachikoru <kipp.gt@gmail.com>, Elizabeth Lee <Elee@bal.com>
Cc: Erika von den Benken <ervondenbenken@bal.com>, Global_Mobility <Global_Mobility@vrtx.com>, Cheryl Greenfield <Cheryl_Greenfield@vrtx.com>

Dear Kranthi,

The H-1B filing / Labor Condition Application only allows us to categorize your role with one SOC code. We acknowledge that your regulatory affairs degree is relevant but the offered position did not require a degree in regulatory affairs, so we could not state in the H-1B materials that a degree in that field was required. Further, when we have used the SOC code for regulatory affairs specialists we often receive requests for evidence because that SOC falls into an "all other" category. The project management specialist role aligned with the day to day duties and where you had the degree in project management it was a natural fit.

Kindly keep your responses on the worksheets related to that second master's in project management rather than your primary /earlier master's in regulatory affairs.

Thank you,

[Quoted text hidden]

---

**kranthi sagar pachikoru** <kipp.gt@gmail.com> Tue, May 9, 2023 at 6:05 PM
To: Jennifer McGill <jemcgill@bal.com>
Cc: Elizabeth Lee <Elee@bal.com>, Erika von den Benken <ervondenbenken@bal.com>, Global_Mobility <Global_Mobility@vrtx.com>, Cheryl Greenfield <Cheryl_Greenfield@vrtx.com>

Hi Jennifer -

I appreciate the clarification. I will complete it by the end of this week and send it back to you.

Have a great week!

Kind regards,
Kranthi Pachikoru

[Quoted text hidden]

Exhibit I

# Exhibit I

¶ 40 — RFE Worksheet And Request For Review
Email Correspondence With BAL Between May 15, 2023 and June 4, 2023 (¶¶40–41)

Gmail Kranthi Pachikoru <kipp.gt@gmail.com>

# Vertex | Pachikoru, Kranthi Sagar | 12140.758.3 | H-1B | RFE

4 messages

**kranthi sagar pachikoru** <kipp.gt@gmail.com> Mon, May 15, 2023 at 1:19 PM
To: Jennifer McGill <jemcgill@bal.com>, Elizabeth Lee <Elee@bal.com>, Global_Mobility <Global_Mobility@vrtx.com>, Erika von den Benken <ervondenbenken@bal.com>
Cc: Cheryl Greenfield <Cheryl_Greenfield@vrtx.com>
Bcc: kranthi sagar pachikoru <kipp.gt@gmail.com>

Hi Elizabeth -

I hope you are doing well & had a good weekend.

I have compiled the RFE worksheet, attached here, as instructed, and included a few comments; please take a look and let me know if you need additional input.

Can you kindly work with or reach out to the hiring manager internally to expedite part "C" of the worksheet, as I haven't yet started (start date 22 May 23) working at Vertex.

Moreover, could you share this finalized worksheet with me before submitting it as a part of RFE.

Please don't hesitate to contact me if you need anything else from me.

Kind regards,
Kranthi Pachikoru

---

**H-1B RFE Worksheet - Kranthi Sagar Pachikoru_Vertex_Cobalt.docx**
73K

---

**Jennifer McGill** <jemcgill@bal.com> Mon, May 15, 2023 at 1:45 PM
To: kranthi sagar pachikoru <kipp.gt@gmail.com>, Elizabeth Lee <Elee@bal.com>, Global_Mobility <Global_Mobility@vrtx.com>, Erika von den Benken <ervondenbenken@bal.com>
Cc: Cheryl Greenfield <Cheryl_Greenfield@vrtx.com>

Dear Kranthi,

Thank you for your efforts on the worksheet.

We have been in touch with Emily Jacobs in Global Mobility to coordinate the worksheet with your manager. I note we do not share the completed worksheet with you as part of the process – rest assured we have received a number of specialty occupation RFEs from USCIS and our response format is a strong one. We do not share the worksheet with USCIS either – rather, it is a foundational document we use for crafting the updated letter for Vertex's review and signature and also our cover memo.

We will proceed with submitting the RFE as quickly as possible and you will be kept in the loop on when that is once we:

1) Receive the completed worksheet from the manager at Vertex and;

2) Receive the expert opinion letter we are requesting from our vendor describing how your education certainly qualifies you for this role

Best of luck as you prepare for your start date next week and we hope you have a great week ahead!

—

**Jennifer A. McGill** | Senior Associate | Attorney at Law* | She/Her/Hers

T +1 469 290 9305 M +1 617 602 3493 E jemcgill@bal.com

**visit BAL.com**

*Admitted in Massachusetts. Practice limited to federal immigration law. This e-mail may contain confidential information. If you are not the intended recipient, please notify me and permanently delete the e-mail.*

[Quoted text hidden]

---

**kranthi sagar pachikoru** <kipp.gt@gmail.com> Mon, May 15, 2023 at 1:58 PM
To: Jennifer McGill <jemcgill@bal.com>
Cc: Elizabeth Lee <Elee@bal.com>, Global_Mobility <Global_Mobility@vrtx.com>, Erika von den Benken <ervondenbenken@bal.com>, Cheryl Greenfield <Cheryl_Greenfield@vrtx.com>

Hi Jennifer -

Thank you for your patience and kindness in detailing the update, sincerely appreciated.

Thank you for your wishes, and hope you have a great week ahead. Will look forward to hearing from you soon!

Kind regards,
Kranthi Pachikoru

[Quoted text hidden]

---

**kranthi sagar pachikoru** <kipp.gt@gmail.com> Sun, Jun 4, 2023 at 11:58 AM
To: kranthisagar_pachikoru@vrtx.com

---

**H-1B RFE Worksheet - Kranthi Sagar Pachikoru_Vertex_Cobalt.docx**
73K

# Exhibit J

¶ 43 — RFE Worksheet Email Correspondence

Gmail Kranthi Pachikoru <kipp.gt@gmail.com>

## Vertex | Pachikoru, Kranthi Sagar | 12140.758.3 | H-1B | RFE

3 messages

**kranthi sagar pachikoru** <kipp.gt@gmail.com> Fri, Jun 2, 2023 at 11:47 AM
To: Jennifer McGill <jemcgill@bal.com>, Elizabeth Lee <Elee@bal.com>, Erika von den Benken <ervondenbenken@bal.com>, Global_Mobility <Global_Mobility@vrtx.com>
Bcc: kranthi sagar pachikoru <kipp.gt@gmail.com>

Hi Jennifer & Team -

I hope you are doing well; I have joined Vertex and wanted to touch base with you based on the updates from the portal's tracker, to see if I can be help in any manner to move things forward.

Kind regards,
Kranthi Pachikoru

---

**Elizabeth Lee** <Elee@bal.com> Fri, Jun 2, 2023 at 11:52 AM
To: kranthi sagar pachikoru <kipp.gt@gmail.com>, Jennifer McGill <jemcgill@bal.com>, Erika von den Benken <ervondenbenken@bal.com>, Global_Mobility <Global_Mobility@vrtx.com>

Hi Kranthi,

Thank you so much for letting us know. Your Manager has provided us with the worksheet and we had further comments we needed your Manger to elaborate on. Your manager should be reaching out to you to complete the worksheet on the details needed from you. We understand that you provided us with your version of the worksheet, but we would need to work off the worksheet your manager completed so if your manager provides you with the worksheet to complete, please update it on your manager's worksheet to ensure we are all looking at 1 document.

*For the fastest reply to any questions you have, please reach out to our Chat Team by emailing chat@bal.com. Your dedicated team is available during US business hours from 9am-5pm Eastern Time.*

Best,
**Elizabeth Lee** | Staff Attorney | Attorney at Law* |She/Her/Hers

T +1 469 290 9493 E elee@bal.com

**visit BAL.com**

**Admitted in Massachusetts. Practice limited to federal immigration law. This e-mail may contain confidential information. If you are not the intended recipient, please notify me and permanently delete the e-mail.*

[Quoted text hidden]

---

**kranthi sagar pachikoru** <kipp.gt@gmail.com> Fri, Jun 2, 2023 at 12:01 PM
To: Elizabeth Lee <Elee@bal.com>
Cc: Jennifer McGill <jemcgill@bal.com>, Erika von den Benken <ervondenbenken@bal.com>, Global_Mobility <Global_Mobility@vrtx.com>, kranthisagar_pachikoru@vrtx.com, claudia_lee@vrtx.com
Bcc: kranthi sagar pachikoru <kipp.gt@gmail.com>

Hi Elizabeth -

Thanks for the update; I have included my work email & CC'ed my manager for transparency. I will work on it as it is recommended or appropriate.

Have a great day & weekend.

Kind regards,
Kranthi Pachikoru

[Quoted text hidden]

Exhibit K

# Exhibit K

¶ 45(a) — Regarding RFE Follow-Up
Email Correspondence With BAL Between June 27, 2023 and July 10, 2023 (¶¶45, 48)

Gmail Kranthi Pachikoru <kipp.gt@gmail.com>

**Pachikoru, Kranthi Sagar | Vertex | 12140.758.3 | H-1B | RFE**

2 messages

**Kranthi Sagar Pachikoru** <KranthiSagar_Pachikoru@vrtx.com> Tue, Jun 27, 2023 at 6:57 AM
To: Elizabeth Lee <elee@bal.com>, Jennifer McGill <jemcgill@bal.com>, Erika von den Benken <ervondenbenken@bal.com>
Cc: Global_Mobility <Global_Mobility@vrtx.com>

Greetings Elizabeth & Team –

I hope you al are doing well!

I must admit that I am bit anxious as we are drawing close to the deadline for RFE submission, checking to see if we are all set.

Kindly, let me know and have a great day!

Thank you,

Kranthi

This email message and any attachments are confidential and intended for use by the addressee(s) only. If you are not the intended recipient, please notify me immediately by replying to this message, and destroy all copies of this message and any attachments. Thank you.

---

**Kranthi Sagar Pachikoru** <KranthiSagar_Pachikoru@vrtx.com> Mon, Jul 10, 2023 at 1:26 PM
To: kranthi sagar pachikoru <kipp.gt@gmail.com>

Yahoo!

---

**From:** Jennifer McGill <jemcgill@bal.com>
**Sent:** Monday, July 10, 2023 1:19 PM
**To:** Kranthi Sagar Pachikoru <KranthiSagar_Pachikoru@vrtx.com>; Elizabeth Lee

<Elee@bal.com>
**Cc:** Global_Mobility <Global_Mobility@vrtx.com>; Erika von den Benken <ervondenbenken@bal.com>
**Subject:** RE: Pachikoru, Kranthi Sagar I Vertex I 12140.758.3 I H-1B I RFE

**CAUTION:** This email originated from outside of Vertex. Do not open links or attachments unless you know the sender and believe it is safe. If you suspect that this email is a potentially malicious email, **please click on the Report Phish button**.

Dear Kranthi,

Attached please find the approval notification we just received from USCIS related to Vertex's filing on your behalf. The formal approval notice will arrive to us by regular mail from USCIS in the coming 1 – 2 weeks. Upon receipt, our admin team will reach out to you to request your confirmation for the address where you would like the original sent to you via FedEx. If you have any questions or concerns in the interim, please reach out. Thank you and hope you are having a great week,

—

**Jennifer A. McGill** | Senior Associate | Attorney at Law* | She/Her/Hers

**T** +1 469 290 9305 **M** +1 617 602 3493 **E** jemcgill@bal.com

visit **BAL.com**

**Admitted in Massachusetts. Practice limited to federal immigration law. This e-mail may contain confidential information. If you are not the intended recipient, please notify me and permanently delete the e-mail.*

*For the fastest reply to any questions you have, please reach out to our Chat Team by emailing chat@bal.com. Your dedicated team is available during US business hours from 9am-5pm Eastern Time.*

---

**From:** Kranthi Sagar Pachikoru <KranthiSagar_Pachikoru@vrtx.com>
**Sent:** Tuesday, June 27, 2023 3:43 PM
**To:** Elizabeth Lee <Elee@bal.com>
**Cc:** Global_Mobility <Global_Mobility@vrtx.com>; Jennifer McGill <jemcgill@bal.com>; Erika

von den Benken <ervondenbenken@bal.com>
**Subject:** RE: Pachikoru, Kranthi Sagar | Vertex | 12140.758.3 | H-1B | RFE

Thank you, Elizabeth! Looking forwarding to it.

Have a good rest of your week!

---

**From:** Elizabeth Lee <Elee@bal.com>
**Sent:** Tuesday, June 27, 2023 3:34 PM
**To:** Kranthi Sagar Pachikoru <KranthiSagar_Pachikoru@vrtx.com>
**Cc:** Global_Mobility <Global_Mobility@vrtx.com>; Jennifer McGill <jemcgill@bal.com>; Erika von den Benken <ervondenbenken@bal.com>
**Subject:** RE: Pachikoru, Kranthi Sagar | Vertex | 12140.758.3 | H-1B | RFE

**CAUTION:** This email originated from outside of Vertex. Do not open links or attachments unless you know the sender and believe it is safe. If you suspect that this email is a potentially malicious email, **please click on the Report Phish button**.

Hi Kranthi,

We received the signed RFE letter from Vertex today, so all we are waiting for is the third party vendor to provide us with the professor expert opinion letter. Once we have that, we will be finalizing the Request for Evidence. At this time, no further action is needed on your end.

Currently we are good as the RFE has already undergone attorney review and all we need is the professor expert opinion letter.

We will update you as soon as we hear and are able to finalize your Request for Evidence.

*For the fastest reply to any questions you have, please reach out to our Chat Team by emailing chat@bal.com. Your dedicated team is available during US business hours from 9am-5pm Eastern Time.*

Best,
**Elizabeth Lee** | Staff Attorney | Attorney at Law* |She/Her/Hers

T +1 469 290 9493 E elee@bal.com

visit **BAL.com**

**Admitted in Massachusetts. Practice limited to federal immigration law. This e-mail may contain confidential information. If you are not the intended recipient, please notify me and permanently delete the e-mail.*

---

**From:** Kranthi Sagar Pachikoru <KranthiSagar_Pachikoru@vrtx.com>
**Sent:** Tuesday, June 27, 2023 3:29 PM
**To:** Elizabeth Lee <Elee@bal.com>
**Cc:** Global_Mobility <Global_Mobility@vrtx.com>; Jennifer McGill <jemcgill@bal.com>; Erika von den Benken <ervondenbenken@bal.com>
**Subject:** RE: Pachikoru, Kranthi Sagar | Vertex | 12140.758.3 | H-1B | RFE

Hi Elizabeth –

Thank you for the update, much appreciated, is there something I can do to expedite this?

Additionally, do you feel that we are on the path to submission, on or ahead of time?

Thank you,

Kranthi

---

**From:** Elizabeth Lee <Elee@bal.com>
**Sent:** Tuesday, June 27, 2023 8:17 AM
**To:** Kranthi Sagar Pachikoru <KranthiSagar_Pachikoru@vrtx.com>
**Cc:** Global_Mobility <Global_Mobility@vrtx.com>; Jennifer McGill <jemcgill@bal.com>; Erika von den Benken <ervondenbenken@bal.com>
**Subject:** RE: Pachikoru, Kranthi Sagar | Vertex | 12140.758.3 | H-1B | RFE

**CAUTION:** This email originated from outside of Vertex. Do not open links or attachments unless you know the sender and believe it is safe. If you suspect that this email is a potentially malicious email, **please click on the Report Phish button**.

Hi Kranthi,

Thank you so much for following up. Currently your RFE has been drafted and we are waiting on the following:

- Signed RFE support letter – from Vertex
- Professor Expert Opinion letter – from 3rd party vendor

Once both are received, we will be finalizing your Request for Evidence.

*For the fastest reply to any questions you have, please reach out to our Chat Team by emailing chat@bal.com. Your dedicated team is available during US business hours from 9am-5pm Eastern Time.*

Best,
**Elizabeth Lee** | Staff Attorney | Attorney at Law* |She/Her/Hers

T +1 469 290 9493 E elee@bal.com

**visit BAL.com**

**Admitted in Massachusetts. Practice limited to federal immigration law. This e-mail may contain confidential information. If you are not the intended recipient, please notify me and permanently delete the e-mail.*

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

---------- Forwarded message ----------
From: "ELISdonotreply@uscis.dhs.gov" <ELISdonotreply@uscis.dhs.gov>
To: Jennifer McGill <jemcgill@bal.com>
Cc:
Bcc:
Date: Mon, 10 Jul 2023 16:54:01 +0000
Subject: IOE8429937781

The Vermont Service Center has approved the following I-129 Petition for Nonimmigrant Worker
that had been filed under the Premium Processing Program:

Receipt Number: IOE8429937781
Date I-907 Received: 04/21/2023
Date Approved: 07/10/2023
Petitioner: VERTEX PHARMACEUTICALS INCORPORATED
Petitioner Mailing Address: 50 NORTHERN AVE
BOSTON, MA 02210

Number of Workers: 1
Classification: H1B

Beneficiary: Pachikoru, Kranthi Sagar Nmn
Beneficiary Country of Citizenship: IND
Classification Sought: H1B
Starting Validity Date: 04/24/2023
Ending Validity Date: 12/06/2025
Consulate/Port of Entry Notified: UNKNOWN FACILITY TYPE - UNKNOWN
I-94 # (if applicable): 214606884A3
Occupation/Job Code: 030

The Form I-797 Approval Notice will follow in the mail.

Please note that this email message is being sent as a courtesy and cannot be used as evidence
of nonimmigrant status. Nor can this message be used as evidence to procure a nonimmigrant visa.

Please do not reply directly to this message. The email account used to send this message is used by
the Service Center only to send messages notifying filers of premium processing case information.

If any of the information above is incorrect, please contact a Vermont Service Center Premium Processing Unit customer representative by forwarding this message with you comment to VSC-Premium.Processing@uscis.dhs.gov or by calling 1-866-315-5718. Please note that the email address
and phone number listed above are designated for premium processing issues only.

Thank you for using the USCIS Premium Processing Program.

---

**IOE8429937781.eml**
12K

Exhibit L

# Exhibit L

¶ 48 — H-1B Petition Approved Until December 6, 2025
Form I-797A Approval Notice

# THE UNITED STATES OF AMERICA

## I-797A | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number | | Case Type |
|---|---|---|
| IOE8429937781 | | I129 - PETITION FOR A NONIMMIGRANT WORKER |
| **Received Date** 04/21/2023 | **Priority Date** | **Petitioner** VERTEX PHARMACEUTICALS INCORPORATED |
| **Notice Date** 07/10/2023 | **Page** 1 of 2 | **Beneficiary** PACHIKORU, KRANTHI SAGAR |

VERTEX PHARMACEUTICALS INCORPORATED
c/o MCGILL, JENNIFER ANN
BERRY APPLEMAN & LEIDEN LLP
1 FEDERAL ST STE. 3603
BOSTON MA 02110

**Notice Type:** Approval Notice
Class: H1B
Valid from 04/24/2023 to 12/06/2025

The above petition and accompanying request for an extension of stay have been approved. The status of the named beneficiary(ies) in this classification is valid as indicated on the I-94 attached below. The beneficiary(ies) can work for the petitioner pursuant to this approval notice, but only as detailed in the petition and during the petition validity period indicated above, unless otherwise authorized by law. Changes in employment or training may require you to file a new Form I-129, Petition for a Nonimmigrant Worker.

The dates in the I-94 attached below might not be for the same dates as the petition validity dates above because the I-94 below may contain a grace period of up to 10 days before and up to 10 days after the petition validity period for the following classifications: CW-1, E-1, E-2, E-3, H-1B, H-2B, H-3, L-1A, L-1B, O-1, O-2, P-1, P-1S, P-2, P-2S, P-3, P-3S, TN-1, and TN-2. An I-94 for H-2A nonimmigrants may contain a grace period of up to one week before and 30 days after the petition validity period. However, the beneficiary(ies) may not work during such grace periods, unless otherwise authorized by law. The decision to grant a grace period and the length of the granted grace period is discretionary, final, and cannot be contested on motion or appeal. Please contact the IRS with any questions about tax withholding.

The petitioner should keep the upper portion of this notice. The lower portion should be given to the beneficiary(ies). The beneficiary(ies) should keep the right part (the I-94 portion) with his or her other Forms I-94, Arrival-Departure Record. The I-94 portion should be given to the U.S. Customs and Border Protection when he or she leaves the United States. The left part is for his or her records. A person granted a extension of stay who leaves the U.S. and is not visa-exempt must normally obtain a new visa before returning. The left part can be used when applying for the new visa. If a visa is not required, he or she should present it, along with any other required documentation, when applying for reentry based on this approval notice at a port of entry or pre-flight inspection station. The petitioner may also file Form I-824, Application for Action on an Approved Application or Petition, to request that we notify a consulate, port of entry, or pre-flight inspection office of this approval.

The approval of this petition does not guarantee that the beneficiary(ies) will be found to be eligible for a visa, for admission to the United States (if traveling abroad and seeking re-admission), or for a subsequent extension of stay, change of status, or adjustment of status.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

Vermont Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
38 River Road
Essex Junction VT 05479-0001
USCIS Contact Center: www.uscis.gov/contactcenter

PLEASE TEAR OFF FORM I-94 PRINTED BELOW AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

Detach This Half for Personal Records

**Receipt#** IOE8429937781
**I-94#** 214606884 A3
**NAME** PACHIKORU, KRANTHI SAGAR
**CLASS** H1B
**VALID FROM** 04/24/2023 **UNTIL** 12/06/2025

**PETITIONER**
VERTEX PHARMACEUTICALS INCORPORATED
50 NORTHERN AVE
BOSTON MA 02210

**214606884 A3**
**Receipt Number** IOE8429937781
**US Citizenship and Immigration Services**

**I94 Departure Record**
**Petitioner:** VERTEX PHARMACEUTICALS INCORPORATED

| | |
|---|---|
| **14. Family Name** PACHIKORU | |
| **15. First (Given) Name** KRANTHI SAGAR | **16. Date of Birth** [redacted] |
| **17. Country of Citizenship** India | |

# ADDITIONAL INFORMATION FOR APPLICANT/PETITIONER

If this is an approval notice for Form I-102, Application For Initial/ Replacement I-94, save the upper portion of this I-797A, Notice of Action, for your records. If this is an approval notice for Form I-129, Petition for a Nonimmigrant Worker, the petitioner should keep the upper part of this I-797A.

Please note that simply filing an application, petition or request, or having an approved petition does not give the person it was filed for (also known as the beneficiary) permission to legally enter the United States. It also does not grant any legal immigration status.

**Include a copy of this notice if you:**

- Write to USCIS or a U.S. Consulate about your case or
- File another application or petition with USCIS based on this decision.

USCIS will notify you separately about any other application or petition you have filed.

**Inquiries**

If you have questions about your application or petition, you may:

- Go to https://egov.uscis.gov/casestatus to check your case status online.
- Call the USCIS Contact Center at 1-800-375-5283.
- Telecommunications Device for the Deaf (TDD) 1-800-767-1833.
- Send us a letter and include a copy of this notice.
- Schedule an appointment at a local USCIS office using InfoPass at https://infopass.uscis.gov.

If you filed Form I-907, Request for Premium Processing Service, and you have any questions about the decision or status of your application or petition, please follow the instructions for contacting the Premium Processing Unit printed on the receipt notice we mailed you.

## APPROVAL OF NONIMMIGRANT PETITION

If we approved a nonimmigrant petition, it means that the beneficiary is eligible for the requested nonimmigrant classification. If this notice says that we are notifying a U.S. Consulate about the approval for the purpose of issuing a visa, contact the appropriate U.S. Consulate directly if you or the beneficiary has questions about the process. For more information about USCIS processing after a petition is approved, see the instructions on the form you filed.

## FORM I-94 ATTACHMENT

You can find your replacement Form I-94 (Arrival/Departure Record) in the lower portion on the front side of this notice. Keep the right half of your replacement Form I-94 with your passport, along with a copy of your original I-94 if you have it. Keep the left half of your replacement Form I-94 in a safe place with your personal records. Submit a copy of your replacement Form I-94 with any future application or petition.

When you leave the United States, you must turn in the right half of your I-94 (kept in your passport) to the officials at the airport, border or seaport. If you do not do so, it may delay your entry into the United States in the future. You may stay in the United States only until the date indicated on this form. If you want to remain in the United States past this date, you will need further authorization from USCIS.

If you are a student planning to reenter the United States within 30 days to return to the same school, review the "Instructions to Students" on Page 3 of Form I-20 before surrendering your replacement I-94.

If you lose the right half of your replacement Form I-94 (kept in your passport), submit a copy of the left half of the Form I-94 (that you keep with your personal records), along with a new Form I-102, to apply for a new replacement I-94.

**Warning:** If you accept employment without our authorization, you may be subject to removal or deportation.

THE UNITED STATES OF AMERICA

# I-797A | NOTICE OF ACTION

DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number | | Case Type |
|---|---|---|
| IOE8429937781 | | I129 - PETITION FOR A NONIMMIGRANT WORKER |
| **Received Date** 04/21/2023 | **Priority Date** | **Petitioner** VERTEX PHARMACEUTICALS INCORPORATED |
| **Notice Date** 07/10/2023 | **Page** 2 of 2 | **Beneficiary** PACHIKORU, KRANTHI SAGAR |

**THIS NOTICE IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

The petition validity period has been limited to less time than requested on the petition. The dates that the beneficiary is eligible to recapture were miscalculated by the petitioner. The petition validity period has been limited to the recapture dates as calculated by USCIS (if any) which does not include travel days. See 8 CFR 214.2(h)(13)(iii)(C). A notice with a case-specific explanation will follow in a separate envelope.

If you disagree with this decision, you may file a motion or appeal by completing a Form I-290B, Notice of Appeal or Motion. If the petition validity period has been granted for less time than requested on the petition, you may file a motion or appeal regarding the duration of the validity period by completing a Form I-290B. You may also include a brief or other written statement in support of your appeal. The appeal must be filed within 33 days from the date of this notice. If an appeal or a motion is not filed within 33 days, this decision is final.

You must send your completed Form I-290B and supporting documentation with the appropriate filing fee to:

USCIS 290B
PO Box 21100
Phoenix AZ 85036

To obtain the Form I-290B, visit www.uscis.gov/forms. For the latest information on filing location, fee, and other requirements, refer to the Form I-290B instructions; review 8 CFR 103.3 or 103.5; call our USCIS Contact Center at 1-800-375-5283; or visit your local USCIS office.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

Vermont Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
38 River Road
Essex Junction VT 05479-0001

**USCIS Contact Center: www.uscis.gov/contactcenter**

PLEASE TEAR OFF FORM I-94 PRINTED BELOW AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

INTENTIONALLY LEFT BLANK
Detach This Half for Personal Records

Receipt#
INTENTIONALLY LEFT BLANK
I-94#

NAME
INTENTIONALLY LEFT BLANK
CLASS

VALID FROM UNTIL
INTENTIONALLY LEFT BLANK

PETITIONER
INTENTIONALLY LEFT BLANK

INTENTIONALLY LEFT BLANK

INTENTIONALLY LEFT BLANK

Receipt Number
INTENTIONALLY LEFT BLANK
US Citizenship and Immigration Services

INTENTIONALLY LEFT BLANK
I94 Departure Record

Petitioner:
INTENTIONALLY LEFT BLANK

14. Family Name
INTENTIONALLY LEFT BLANK

15. First (Given) Name
16. Date of Birth
INTENTIONALLY LEFT BLANK

17. Country of Citizenship

# ADDITIONAL INFORMATION FOR APPLICANT/PETITIONER

If this is an approval notice for Form I-102, Application For Initial/Replacement I-94, save the upper portion of this I-797A, Notice of Action, for your records. If this is an approval notice for Form I-129, Petition for a Nonimmigrant Worker, the petitioner should keep the upper part of this I-797A.

Please note that simply filing an application, petition or request, or having an approved petition does not give the person it was filed for (also known as the beneficiary) permission to legally enter the United States. It also does not grant any legal immigration status.

**Include a copy of this notice if you:**

- Write to USCIS or a U.S. Consulate about your case or
- File another application or petition with USCIS based on this decision.

USCIS will notify you separately about any other application or petition you have filed.

**Inquiries**

If you have questions about your application or petition, you may:

- Go to https://egov.uscis.gov/casestatus to check your case status online.
- Call the USCIS Contact Center at 1-800-375-5283.
- Telecommunications Device for the Deaf (TDD) 1-800-767-1833.
- Send us a letter and include a copy of this notice.
- Schedule an appointment at a local USCIS office using InfoPass at https://infopass.uscis.gov.

If you filed Form I-907, Request for Premium Processing Service, and you have any questions about the decision or status of your application or petition, please follow the instructions for contacting the Premium Processing Unit printed on the receipt notice we mailed you.

## APPROVAL OF NONIMMIGRANT PETITION

If we approved a nonimmigrant petition, it means that the beneficiary is eligible for the requested nonimmigrant classification. If this notice says that we are notifying a U.S. Consulate about the approval for the purpose of issuing a visa, contact the appropriate U.S. Consulate directly if you or the beneficiary has questions about the process. For more information about USCIS processing after a petition is approved, see the instructions on the form you filed.

## FORM I-94 ATTACHMENT

You can find your replacement Form I-94 (Arrival/Departure Record) in the lower portion on the front side of this notice. Keep the right half of your replacement Form I-94 with your passport, along with a copy of your original I-94 if you have it. Keep the left half of your replacement Form I-94 in a safe place with your personal records. Submit a copy of your replacement Form I-94 with any future application or petition.

When you leave the United States, you must turn in the right half of your I-94 (kept in your passport) to the officials at the airport, border or seaport. If you do not do so, it may delay your entry into the United States in the future. You may stay in the United States only until the date indicated on this form. If you want to remain in the United States past this date, you will need further authorization from USCIS.

If you are a student planning to reenter the United States within 30 days to return to the same school, review the "Instructions to Students" on Page 3 of Form I-20 before surrendering your replacement I-94.

If you lose the right half of your replacement Form I-94 (kept in your passport), submit a copy of the left half of the Form I-94 (that you keep with your personal records), along with a new Form I-102, to apply for a new replacement I-94.

**Warning:** If you accept employment without our authorization, you may be subject to removal or deportation.

Exhibit M

# Exhibit M

¶ 51 — Email Correspondence With BAL Between July 24, 2024 and March 17, 2025
(¶¶51–53, 55–57, 62, 64(a)–(c), 65)

Outlook

## RE: Kranthi Pachikoru | Vertex | GC Initiation Process

**From** Jennifer McGill <jemcgill@bal.com>
**Date** Mon 2025-03-17 11:51 AM
**To** Kranthi Sagar Pachikoru <KranthiSagar_Pachikoru@vrtx.com>; Jennifer Schaaf <jschaaf@bal.com>; Emily Jacobs (she/her/hers) <Emily_Jacobs@vrtx.com>
**Cc** Maareg Mekonnen <mmekonnen@bal.com>

**CAUTION:** This email originated from outside of Vertex. Do not open links or attachments unless you know the sender and believe it is safe. If you suspect that this email is a potentially malicious email, **please click on the Report Phish button.**

Dear Kranthi,
I will let Jennifer Schaaf speak to the NIW strategy for whether including the Vertex Outstanding Contributor Award Program recognition brings value to showing you are well-positioned to move the proposed endeavor forward.

Your H-1B cannot be extended until we are, at a minimum, within 6 months of your expiration. A December 2025 expiration will be extended in June but by that time we must have an approved I-140 to seek a 3 year extension. Once the NIW is in position to be filed, it can be adjudicated within 45 business days – an adjudication may be an approval or it may be a request for evidence, which has been common with the category. We will certainly move this forward as quickly as we can but we cannot guarantee that we will be in position to seek your H extension in June based on a variety of factors – it may need to be filed in the months thereafter depending on how the NIW filing proceeds.

Best,

**Jennifer A. McGill** ▪ **Senior Associate** ▪ Attorney at Law* ▪ she/her/hers

**T** +1-469-290-9305 ▪ **M** +1-617-602-3493 ▪ **E** jemcgill@bal.com

**Visit us online**
BAL.com ▪ Facebook ▪ X ▪ LinkedIn

B · A · L

**Admitted in Massachusetts.. Practice limited to federal immigration law. This e-mail may contain confidential information. If you are not the intended recipient, please notify me and permanently delete the e-mail.*

---

**From:** Kranthi Sagar Pachikoru <KranthiSagar_Pachikoru@vrtx.com>
**Sent:** Saturday, March 15, 2025 2:05 PM
**To:** Jennifer Schaaf <jschaaf@bal.com>; Jennifer McGill <jemcgill@bal.com>; Emily Jacobs (she/her/hers)

<Emily_Jacobs@vrtx.com>
**Cc:** Maareg Mekonnen <mmekonnen@bal.com>
**Subject:** Re: Kranthi Pachikoru | Vertex | GC Initiation Process

Hi Jennifer -

I have uploaded VOCAP's that I received at Vertex into the cobalt portal, take a look and let me know, if they are, of any value and significance to the EB2-NIW application.

I see in portal that the case is still in data gathering phase and I wanted to check to see what do the next steps look like and when is the plan to file; additionally, is there an intent to file H-1B extension anytime soon? as the VISA is only valid until 07DEC25.

Let me know if you have any questions or updates.

Kind regards,
Kranthi

---

**From:** Kranthi Sagar Pachikoru <KranthiSagar_Pachikoru@vrtx.com>
**Sent:** Friday, March 7, 2025 1:45 PM
**To:** Jennifer Schaaf <jschaaf@bal.com>; Jennifer McGill <jemcgill@bal.com>; Emily Jacobs (she/her/hers) <Emily_Jacobs@vrtx.com>
**Cc:** Maareg Mekonnen <mmekonnen@bal.com>
**Subject:** Re: Kranthi Pachikoru | Vertex | GC Initiation Process

Hi Jennifer -

Thank you for your response and let me know if you have any updates.

Have a good evening, and good weekend!

Kind regards,
Kranthi

---

**From:** Jennifer Schaaf <jschaaf@bal.com>
**Sent:** Friday, February 21, 2025 3:59 PM
**To:** Kranthi Sagar Pachikoru <KranthiSagar_Pachikoru@vrtx.com>; Jennifer McGill <jemcgill@bal.com>; Emily Jacobs (she/her/hers) <Emily_Jacobs@vrtx.com>
**Cc:** Maareg Mekonnen <mmekonnen@bal.com>
**Subject:** RE: Kranthi Pachikoru | Vertex | GC Initiation Process

**CAUTION:** This email originated from outside of Vertex. Do not open links or attachments unless you know the sender and believe it is safe. If you suspect that this email is a potentially malicious email, **please click on the Report Phish button.**

Hi Kranthi,

Generally we want the letters to be from a combination of such individuals, some of which worked directly with you (typically in an individual's current employment setting and/or graduate programs), as well as other highly respected individuals in the field who you have not worked directly with. To show the depth of your credentials, we typically recommend that the individuals you have not worked with be from outside of Vertex, although this is not a strict requirement and would be

dependent on the other referees we would be using for your petition. We are currently working to finalize the draft letters based on the details you have provided and will flag any information we need further details on or that we recommend be revisited, as applicable, including the referees that we plan to use. I hope this helps clarify in the meantime, and we should be in touch shortly. Thank you!

Best,
Jen

**Jennifer Schaaf** • Senior Associate • Attorney at Law* • she/her/hers

T +1-469-290-9881 • **M** +1-617-685-1093 • **E** jschaaf@bal.com

**Visit us online**
BAL.com • Facebook • X • LinkedIn

B · A · L

**Admitted in Massachusetts. Practice limited to federal immigration law. This e-mail may contain confidential information. If you are not the intended recipient, please notify me and permanently delete the e-mail.*

*For the fastest reply to any questions you have, please reach out to our Chat Team by emailing chat@bal.com. Your dedicated team is available during US business hours from 9am-5pm Eastern Time.*

---

**From:** Kranthi Sagar Pachikoru <KranthiSagar_Pachikoru@vrtx.com>
**Sent:** Monday, February 17, 2025 9:04 AM
**To:** Jennifer McGill <jemcgill@bal.com>; Emily Jacobs (she/her/hers) <Emily_Jacobs@vrtx.com>
**Cc:** Maareg Mekonnen <mmekonnen@bal.com>; Jennifer Schaaf <jschaaf@bal.com>
**Subject:** Re: Kranthi Pachikoru | Vertex | GC Initiation Process

Thank you, Jennifer.

I do have a question, can the recommendation letters from "unknown people" be from Vertex, someone who I never directly worked/ had interactions with? or should those be from someone outside all the organizations I worked in till date?

---

**From:** Jennifer McGill <jemcgill@bal.com>
**Sent:** Sunday, February 16, 2025 1:04 PM
**To:** Kranthi Sagar Pachikoru <KranthiSagar_Pachikoru@vrtx.com>; Emily Jacobs (she/her/hers) <Emily_Jacobs@vrtx.com>
**Cc:** Maareg Mekonnen <mmekonnen@bal.com>; Jennifer Schaaf <jschaaf@bal.com>
**Subject:** RE: Kranthi Pachikoru | Vertex | GC Initiation Process

**CAUTION:** This email originated from outside of Vertex. Do not open links or attachments unless you know the sender and believe it is safe. If you suspect that this email is a potentially malicious email, **please click on the Report Phish button.**

+ Jennifer Schaaf to this thread.

Kranthi, we have draft NIW letters we are preparing to send across to you next week of your review and comments so please expect those shortly. Thank you for checking in.

Best,

**Jennifer A. McGill** ▪ **Senior Associate** ▪ Attorney at Law* ▪ she/her/hers

**T** +1-469-290-9305 ▪ **M** +1-617-602-3493 ▪ **E** jemcgill@bal.com
**Visit us online**
BAL.com ▪ Facebook ▪ X ▪ LinkedIn

B · A · L

**Admitted in Massachusetts.. Practice limited to federal immigration law. This e-mail may contain confidential information. If you are not the intended recipient, please notify me and permanently delete the e-mail.*

---

**From:** Kranthi Sagar Pachikoru <KranthiSagar_Pachikoru@vrtx.com>
**Sent:** Friday, February 14, 2025 6:35 AM
**To:** Jennifer McGill <jemcgill@bal.com>; Emily Jacobs (she/her/hers) <Emily_Jacobs@vrtx.com>
**Cc:** Maareg Mekonnen <mmekonnen@bal.com>
**Subject:** Re: Kranthi Pachikoru | Vertex | GC Initiation Process
**Importance:** High

Hi Jennifer -

I hope you are doing well; Following up to see if you or your team was able to review the initial information I shared? If so, do you have comments?

I am planning on uploading some additional information for your review over the weekend and let me know if you have any questions or comments in the meantime.

Kind regards,
Kranthi

---

**From:** Kranthi Sagar Pachikoru <KranthiSagar_Pachikoru@vrtx.com>
**Sent:** Monday, January 20, 2025 11:07 PM
**To:** Jennifer McGill <jemcgill@bal.com>; Emily Jacobs (she/her/hers) <Emily_Jacobs@vrtx.com>
**Cc:** Maareg Mekonnen <mmekonnen@bal.com>
**Subject:** Re: Kranthi Pachikoru | Vertex | GC Initiation Process

Hi Jennifer -

I have uploaded the questionnaires to the Cobalt portal and apologize again, for the delay. I had to take some time to think, research (Dhansar NIW new standards, the case, BLS statistics on the SOC codes,

etc.), and compile the information. I have uploaded a draft form that is 95% of what you sought. However, I need to refine it, but I will wait for your feedback before I do so.

I have switched the track changes for your ease and struck the sections that do not apply to me for ease of your review; let me know if you want me to add any further specific details.

And, once again, Thank you for your patience.

Kind regards,
Kranthi

---

**From:** Kranthi Sagar Pachikoru <KranthiSagar_Pachikoru@vrtx.com>
**Sent:** Wednesday, January 15, 2025 6:50 AM
**To:** Jennifer McGill <jemcgill@bal.com>; Emily Jacobs (she/her/hers) <Emily_Jacobs@vrtx.com>
**Cc:** Maareg Mekonnen <mmekonnen@bal.com>
**Subject:** Re: Kranthi Pachikoru | Vertex | GC Initiation Process

Hi Jennifer -

I apologize for the misinterpretation from my end, I shall get the drafts by end of day today or first thing tomorrow.

Kind regards,
Kranthi

---

**From:** Jennifer McGill <jemcgill@bal.com>
**Sent:** Wednesday, January 15, 2025 6:43 AM
**To:** Kranthi Sagar Pachikoru <KranthiSagar_Pachikoru@vrtx.com>; Emily Jacobs (she/her/hers) <Emily_Jacobs@vrtx.com>
**Cc:** Maareg Mekonnen <mmekonnen@bal.com>
**Subject:** RE: Kranthi Pachikoru | Vertex | GC Initiation Process

**CAUTION**: This email originated from outside of Vertex. Do not open links or attachments unless you know the sender and believe it is safe. If you suspect that this email is a potentially malicious email, **please click on the Report Phish button.**

Dear Kranthi,
I see the 3 page uploaded document from today (1/15/2025) but I am attaching again for your reference the NIW worksheets we require completed to move this matter forward.

We are really under significant pressure to seek the I-140 for you, given that your 6 year maximum date is December 7, 2025. Had we been proceeding with a PERM, we would have needed to have submit a PERM for you by December 7, 2024 in order to seek to extend your H in 1 year increments beyond your 6 year max. Instead, we are now faced with needing the I-140 approval to seek to extend your H-1B beyond its 6 year max.

I would kindly request your urgent attention to the attached worksheets so Maareg and I can do our level best to support you on these next steps.

**Jennifer A. McGill** ▪ **Senior Associate** ▪ Attorney at Law* ▪ she/her/hers

**T** +1-469-290-9305 ▪ **M** +1-617-602-3493 ▪ **E** jemcgill@bal.com
**Visit us online**
BAL.com ▪ Facebook ▪ X ▪ LinkedIn

B·A·L

**Admitted in Massachusetts.. Practice limited to federal immigration law. This e-mail may contain confidential information. If you are not the intended recipient, please notify me and permanently delete the e-mail.*

---

**From:** Kranthi Sagar Pachikoru <KranthiSagar_Pachikoru@vrtx.com>
**Sent:** Wednesday, January 15, 2025 6:27 AM
**To:** Emily Jacobs (she/her/hers) <Emily_Jacobs@vrtx.com>; Jennifer McGill <jemcgill@bal.com>
**Subject:** Re: Kranthi Pachikoru | Vertex | GC Initiation Process

Hi Emily -

I apologize for the delay in completing the questionnaire. I have submitted it in the system with the exception of NIW qualification reference specifics, which I filled with information as TBD/ not accurate, as it needed a good amount of details; Instead, I uploaded a Word document with preliminary information about the specifics of what Jenniffer and BAL are looking for, which were conveyed in a conversation with her back in August 2024.

I am certain they will have questions, and I will get back to you and the team right away with any further questions, drafts, or documentation needed.

Thank you for your patience and the follow-up.

Kind regards,
Kranthi

---

**From:** Emily Jacobs (she/her/hers) <Emily_Jacobs@vrtx.com>
**Sent:** Tuesday, January 14, 2025 3:48 PM
**To:** Jennifer McGill <jemcgill@bal.com>; Kranthi Sagar Pachikoru <KranthiSagar_Pachikoru@vrtx.com>
**Subject:** RE: Kranthi Pachikoru | Vertex | GC Initiation Process

Hi Kranthi,

Can you please share an update on where things stand with the NIW worksheets?

Best,
Emily

---

**From:** Jennifer McGill <jemcgill@bal.com>
**Sent:** Wednesday, August 21, 2024 4:39 PM
**To:** Emily Jacobs (she/her/hers) <Emily_Jacobs@vrtx.com>; Kranthi Sagar Pachikoru

<KranthiSagar_Pachikoru@vrtx.com>
**Subject:** RE: Kranthi Pachikoru | Vertex | GC Initiation Process

**CAUTION:** This email originated from outside of Vertex. Do not open links or attachments unless you know the sender and believe it is safe. If you suspect that this email is a potentially malicious email, **please click on the Report Phish button**.

Sent, made you optional attendee, Emily. Thanks

**Jennifer A. McGill** • **Senior Associate** • Attorney at Law* • she/her/hers

T +1-469-290-9305 • **M** +1-617-602-3493 • **E** jemcgill@bal.com
**Visit us online**
BAL.com • Facebook • X • LinkedIn

B · A · L

**Admitted in Massachusetts.. Practice limited to federal immigration law. This e-mail may contain confidential information. If you are not the intended recipient, please notify me and permanently delete the e-mail.*

---

**From:** Emily Jacobs (she/her/hers) <Emily_Jacobs@vrtx.com>
**Sent:** Wednesday, August 21, 2024 4:05 PM
**To:** Kranthi Sagar Pachikoru <KranthiSagar_Pachikoru@vrtx.com>; Jennifer McGill <jemcgill@bal.com>
**Subject:** RE: Kranthi Pachikoru | Vertex | GC Initiation Process

Friday is tough for me but I can try to make 10am work. @Jennifer McGill if that works for you, can you please send the invite?

Best,
Emily

---

**From:** Kranthi Sagar Pachikoru <KranthiSagar_Pachikoru@vrtx.com>
**Sent:** Wednesday, August 21, 2024 3:35 PM
**To:** Jennifer McGill <jemcgill@bal.com>; Emily Jacobs (she/her/hers) <Emily_Jacobs@vrtx.com>
**Subject:** Re: Kranthi Pachikoru | Vertex | GC Initiation Process

Thank you, Jennifer, for your response.
I am available 10am-1pm, and 2:30pm-5pm, EST this Friday (23AUG24.) @Emily Jacobs (she/her/hers) - please share yours as well.

Good evening!

---

**From:** Jennifer McGill <jemcgill@bal.com>
**Sent:** Wednesday, August 21, 2024 3:23 PM

**To:** Kranthi Sagar Pachikoru <KranthiSagar_Pachikoru@vrtx.com>; Emily Jacobs (she/her/hers) <Emily_Jacobs@vrtx.com>
**Subject:** RE: Kranthi Pachikoru | Vertex | GC Initiation Process

**CAUTION:** This email originated from outside of Vertex. Do not open links or attachments unless you know the sender and believe it is safe. If you suspect that this email is a potentially malicious email, **please click on the Report Phish button.**

Can we please schedule a call to discuss? Please suggest a time you are available on Friday and I will send across a Zoom invite. 15 minutes should be sufficient. Thank you,

**Jennifer A. McGill** ▪ **Senior Associate** ▪ Attorney at Law* ▪ she/her/hers

T +1-469-290-9305 ▪ **M** +1-617-602-3493 ▪ **E** jemcgill@bal.com
**Visit us online**
BAL.com ▪ Facebook ▪ X ▪ LinkedIn

B · A · L

**Admitted in Massachusetts.. Practice limited to federal immigration law. This e-mail may contain confidential information. If you are not the intended recipient, please notify me and permanently delete the e-mail.*

---

**From:** Kranthi Sagar Pachikoru <KranthiSagar_Pachikoru@vrtx.com>
**Sent:** Wednesday, August 21, 2024 3:19 PM
**To:** Emily Jacobs (she/her/hers) <Emily_Jacobs@vrtx.com>; Jennifer McGill <jemcgill@bal.com>
**Subject:** Re: Kranthi Pachikoru | Vertex | GC Initiation Process
**Importance:** High

Hi Emily -

Thank you for getting back to me.
Can I assume that the NIW assessment need not necessarily be for "PhD/extraordinary abilities?" I can share/ fill in information based on the previous email, and the regular petition is in progress, correct?

Kind regards,
Kranthi

---

**From:** Emily Jacobs (she/her/hers) <Emily_Jacobs@vrtx.com>
**Sent:** Wednesday, August 21, 2024 3:01 PM
**To:** Kranthi Sagar Pachikoru <KranthiSagar_Pachikoru@vrtx.com>; Jennifer McGill <jemcgill@bal.com>
**Subject:** RE: Kranthi Pachikoru | Vertex | GC Initiation Process

Hi Kranthi,

Please complete the worksheet that Jenn sent on July 24 (also re-attaching here). This is needed for BAL to make an informed assessment on the NIW category.

Best,
Emily

---

**From:** Kranthi Sagar Pachikoru <KranthiSagar_Pachikoru@vrtx.com>
**Sent:** Wednesday, August 21, 2024 2:50 PM
**To:** Jennifer McGill <jemcgill@bal.com>; Emily Jacobs (she/her/hers) <Emily_Jacobs@vrtx.com>
**Subject:** Re: Kranthi Pachikoru | Vertex | GC Initiation Process
**Importance:** High

I apologize for the follow-up, but I was hoping to inquire about the status of my concern. I wanted to know if Vertex has evaluated or will evaluate or if even able to support this, or if I need to make any arrangements for departure from Vertex in the foreseeable future. Kindly, let me know!

---

**From:** Kranthi Sagar Pachikoru <KranthiSagar_Pachikoru@vrtx.com>
**Sent:** Tuesday, August 20, 2024 11:43 AM
**To:** Jennifer McGill <jemcgill@bal.com>; Emily Jacobs (she/her/hers) <Emily_Jacobs@vrtx.com>
**Subject:** Re: Kranthi Pachikoru | Vertex | GC Initiation Process

Hi Jennifer -

I hope you had a good weekend!

My apologies for sending a rushed email previously without any context. I requested a meeting because we may want to pursue a regular petition and get started on the "NIW" process, as well. Currently, my wife and two other friends of mine (one of the friends is in the same boat as me, and to avoid out-of-status/overstay issues, their organization has filed an additional petition via the NIW pathway) are in the prevailing wage determination phase that is beyond 12 months and may continue through further delay for reasons beyond their control.

My current H-1B is valid until the end of next year and may be extended for a couple of extra months because of my travel outside the US. Given all the delays with the USCIS, I don't believe sufficient time is left for a regular petition.

My educational background includes a BS and MS in Pharmaceutical Sciences, a second MS in Regulatory Affairs, and a third MS in Project Management. While I don't have any publications, I have worked on projects crucial to organizations and significantly impacted patient care in the CMC/ Manufacturing Science field. If we present my experience with an advanced degree, I qualify for the NIW.

Please let me know your thoughts. I believe it is good to meet to discuss options and a timeline.

Kind regards,
Kranthi

---

**From:** Kranthi Sagar Pachikoru <KranthiSagar_Pachikoru@vrtx.com>
**Sent:** Monday, August 12, 2024 2:33 PM

**To:** Jennifer McGill <jemcgill@bal.com>; Emily Jacobs (she/her/hers) <Emily_Jacobs@vrtx.com>
**Subject:** Re: Kranthi Pachikoru | Vertex | GC Initiation Process

Hi Jennifer -

I can schedule a quick call to discuss this through or let me know if you want to.

Kind regards,
Kranthi

---

**From:** Jennifer McGill <jemcgill@bal.com>
**Sent:** Friday, August 2, 2024 8:56 AM
**To:** Kranthi Sagar Pachikoru <KranthiSagar_Pachikoru@vrtx.com>; Emily Jacobs (she/her/hers) <Emily_Jacobs@vrtx.com>
**Subject:** RE: Kranthi Pachikoru | Vertex | GC Initiation Process

**CAUTION:** This email originated from outside of Vertex. Do not open links or attachments unless you know the sender and believe it is safe. If you suspect that this email is a potentially malicious email, **please click on the Report Phish button.**

Dear Kranthi,

I regret I do not have a flow chart but I have the following detail to provide:
Option 1 – if we proceed with NIW and you complete the worksheet, we aim to file NIW petitions within 2 – 3 months, based on your obtaining reference letters from people in your field / former colleagues and supervisors attesting to your contributions to the field and your likelihood to continue to move the proposed endeavor forward.

Option 2 – if we proceed with the PERM the current timelines are:

- A few weeks to coordinate with you and your manager on the offered job description
- 6-7 months for the prevailing wage determination to come back from DOL once we submit the job description to the agency;
- 2 – 3 months for the recruitment
- Once submitted, DOL is taking 12 – 14 months to certify PERMs. The key date is for us to submit the PERM while you still have at least 1 year of H-1B time remaining, arguably 8-10 months from now in best case scenario, assuming no qualified U.S. workers are located.

I hope this clarifies. Best,

—

**Jennifer A. McGill** ▪ **Senior Associate** ▪ Attorney at Law* ▪ she/her/hers

**T** +1-469-290-9305 ▪ **M** +1-617-602-3493 ▪ **E** jemcgill@bal.com
**Visit us online**
BAL.com ▪ Facebook ▪ X ▪ LinkedIn

B·A·L

*Admitted in Massachusetts.. Practice limited to federal immigration law. This e-mail may contain confidential information. If you are not the intended recipient, please notify me and permanently delete the e-mail.

---

**From:** Kranthi Sagar Pachikoru <KranthiSagar_Pachikoru@vrtx.com>
**Sent:** Thursday, August 1, 2024 12:02 PM
**To:** Jennifer McGill <jemcgill@bal.com>; Emily Jacobs (she/her/hers) <Emily_Jacobs@vrtx.com>
**Subject:** Re: Kranthi Pachikoru | Vertex | GC Initiation Process

Hi Jennifer -

Follow-up/ gentle reminder. Can you share when you can?

Kind regards,
Kranthi

---

**From:** Kranthi Sagar Pachikoru <KranthiSagar_Pachikoru@vrtx.com>
**Sent:** Monday, July 29, 2024 12:13 PM
**To:** Jennifer McGill <jemcgill@bal.com>; Emily Jacobs (she/her/hers) <Emily_Jacobs@vrtx.com>
**Subject:** Re: Kranthi Pachikoru | Vertex | GC Initiation Process

Hi Jennifer -

I hope you had a good weekend!
Apologies for not responding in time. Would you be able to share a flow chart that illustrates a general/ approximate/estimated timeline of getting to I-140 (filed and date that I get into the queue.)

Kind regards,
Kranthi

---

**From:** Jennifer McGill <jemcgill@bal.com>
**Sent:** Wednesday, July 24, 2024 3:27 PM
**To:** Emily Jacobs (she/her/hers) <Emily_Jacobs@vrtx.com>; Kranthi Sagar Pachikoru <KranthiSagar_Pachikoru@vrtx.com>
**Subject:** RE: Kranthi Pachikoru | Vertex | GC Initiation Process

**CAUTION:** This email originated from outside of Vertex. Do not open links or attachments unless you know the sender and believe it is safe. If you suspect that this email is a potentially malicious email, **please click on the Report Phish button.**

Thanks, Emily.

Kranthi, we can opt to proceed with a standard Labor Certification process for you, which involves testing the labor market and at the moment takes approximately 2 years to complete.

Alternatively, where you hold an advanced degree we could look to potentially seek a National Interest Waiver application, jumping right to filing the I-140 with USCIS if we can demonstrate:

1. Your proposed endeavor (specific projects or goals you have in your field of expertise) has substantial merit and national importance;
2. You are well positioned to move the proposed endeavor forward – basically, your past track record of successes and achievements suggest you will continue to make impact in the field; and,
3. On the balance, it would be beneficial to the U.S. to waive the PERM process.

If you prefer us to consider the NIW option, please complete the attached worksheet. If you prefer us to proceed with the PERM process, please let us know and we will open and assign those questionnaires to you and your manager promptly. Thank you for reaching out. Best,

**Jennifer A. McGill** ▪ **Senior Associate** ▪ Attorney at Law* ▪ she/her/hers

**T** +1-469-290-9305 ▪ **M** +1-617-602-3493 ▪ **E** jemcgill@bal.com
**Visit us online**
BAL.com ▪ Facebook ▪ X ▪ LinkedIn

B·A·L

**Admitted in Massachusetts.. Practice limited to federal immigration law. This e-mail may contain confidential information. If you are not the intended recipient, please notify me and permanently delete the e-mail.*

---

**From:** Emily Jacobs (she/her/hers) <Emily_Jacobs@vrtx.com>
**Sent:** Wednesday, July 24, 2024 3:15 PM
**To:** Kranthi Sagar Pachikoru <KranthiSagar_Pachikoru@vrtx.com>; Jennifer McGill <jemcgill@bal.com>
**Subject:** RE: Kranthi Pachikoru | Vertex | GC Initiation Process

Hi Kranthi and Jenn,

Jenn, Kranthi's case was initiated on July 3 – please confirm that you have everything needed to move forward?

Best,
Emily

---

**From:** Kranthi Sagar Pachikoru <KranthiSagar_Pachikoru@vrtx.com>
**Sent:** Wednesday, July 24, 2024 3:10 PM
**To:** jemcgill@bal.com
**Cc:** Emily Jacobs (she/her/hers) <Emily_Jacobs@vrtx.com>; Global_Mobility <Global_Mobility@vrtx.com>
**Subject:** Kranthi Pachikoru | Vertex | GC Initiation Process
**Importance:** High

Hi Jennifer -

I hope you are doing well. I am reaching out to see if there's been any discussion surrounding the initiation of this GC process for me on behalf of Vertex Pharmaceuticals.

Kind regards,
Kranthi

This email message and any attachments are confidential and intended for use by the addressee(s) only. If you are not the intended recipient, please notify me immediately by

replying to this message, and destroy all copies of this message and any attachments. Thank you.
For information on how Vertex processes personal data, please see our Global Privacy Notice

This email message and any attachments are confidential and intended for use by the addressee(s) only. If you are not the intended recipient, please notify me immediately by replying to this message, and destroy all copies of this message and any attachments. Thank you.
For information on how Vertex processes personal data, please see our Global Privacy Notice

This email message and any attachments are confidential and intended for use by the addressee(s) only. If you are not the intended recipient, please notify me immediately by replying to this message, and destroy all copies of this message and any attachments. Thank you.
For information on how Vertex processes personal data, please see our Global Privacy Notice

This email message and any attachments are confidential and intended for use by the addressee(s) only. If you are not the intended recipient, please notify me immediately by replying to this message, and destroy all copies of this message and any attachments. Thank you.
For information on how Vertex processes personal data, please see our Global Privacy Notice

This email message and any attachments are confidential and intended for use by the addressee(s) only. If you are not the intended recipient, please notify me immediately by replying to this message, and destroy all copies of this message and any attachments. Thank you.
For information on how Vertex processes personal data, please see our Global Privacy Notice

This email message and any attachments are confidential and intended for use by the addressee(s) only. If you are not the intended recipient, please notify me immediately by replying to this message, and destroy all copies of this message and any attachments. Thank you.
For information on how Vertex processes personal data, please see our Global Privacy Notice

This email message and any attachments are confidential and intended for use by the addressee(s) only. If you are not the intended recipient, please notify me immediately by replying to this message, and destroy all copies of this message and any attachments. Thank you.
For information on how Vertex processes personal data, please see our Global Privacy Notice

This email message and any attachments are confidential and intended for use by the addressee(s) only. If you are not the intended recipient, please notify me immediately by replying to this message, and destroy all copies of this message and any attachments. Thank you.
For information on how Vertex processes personal data, please see our Global Privacy Notice

Exhibit N

# Exhibit N

¶ 59(c) — EB-2 NIW Questionnaire Request

Gmail

Kranthi Pachikoru <kipp.gt@gmail.com>

# A Questionnaire Has Been Assigned to You From Your Immigration Provider - Immigrant Petition for Alien Worker - Kranthi Sagar Pachikoru

1 message

**No Reply** <no_reply@bal.com> Fri, Aug 23, 2024 at 10:25 AM
To: "kipp.gt@gmail.com" <kipp.gt@gmail.com>

Dear Kranthi Sagar,

A questionnaire has been assigned to you regarding the case below.

Employee: Kranthi Sagar Pachikoru
Destination Country: United States
Case Type: Immigrant Petition for Alien Worker

Please complete this questionnaire so that processing of this case may continue. You can access the questionnaire by clicking on the below link and accessing Cobalt™:
https://cobalt2.balglobal.com/#/dashboard/casequestionnaire/%5b1817210%5d

Thank you for your cooperation and assistance.

You must first register via the separate Registration Link before you can interact in Cobalt™.

Gmail Kranthi Pachikoru <kipp.gt@gmail.com>

**Vertex | Pachikoru, Kranthi Sagar | 12140.758.5 | Immigrant Petition for Alien Worker | Initial Information for Your Immigration Process**
1 message

**chat@bal.com** <chat@bal.com> Fri, Aug 23, 2024 at 10:36 AM
To: "kipp.gt@gmail.com" <kipp.gt@gmail.com>
Cc: "global_mobility@vrtx.com" <global_mobility@vrtx.com>

ADVISOR POWERED BY B·A·L™

**Looking for general immigration info?**

Click here to access Advisor, BAL's multimedia immigration knowledge portal

Cobalt.

**Looking for specific info about your case?**

Click here to access your Cobalt case timeline page

# Hi Kranthi,

Berry Appleman & Leiden (BAL) is glad to be working with you to kick off your Immigrant Petition for Alien Worker process! You will be able to reach our team via email at **chat@bal.com**. This is your one-stop communication center for all things related to the status of your case.

Your first action items are completing the questionnaire and submitting your supporting documents. If you have any questions about these items, please feel free to contact our team.

**NEXT STEPS**

1 **PROCESS OVERVIEW**
The I-140 National Interest Waiver petition is the first stage in the permanent resident process. Check out an **overview** of this process.

Please review the documents we will need to collect from you on your Cobalt document portal. The document portal will also explain the details of the documents needed to file your case.

**We must receive copies of the requested documents and your completed questionnaire to proceed with your case.**

## 2 QUESTIONNAIRE

Check your inbox for a system generated no-reply email with a link to the questionnaire (and Cobalt User Registration, if you have not previously logged into our system).

The questionnaire collects information we need to prepare the case. Please be very detailed in your responses, and pay particular attention to the section asking you to identify references as these letters serve as the foundational evidence for your case.

## 3 DOCUMENTS

Upload copies of the requested immigration documents to Cobalt, our secure online portal.

Refer to the Documents section in Cobalt within the Immigrant Petition for Alien Worker case for instructions.

## TIMELINE OVERVIEW

Estimated prep time:
**6-8 weeks**

Estimated processing time:
**45 business days**

## We look forward to working with you!

BAL is proud to be Vertex Pharmaceuticals Incorporated's immigration provider. As we move forward, our team will be sure to always keep you informed of the status of your case.

Exhibit O

# Exhibit O

¶ 67 — Request For Evidence ("RFE")

May 4, 2023

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
Vermont Service Center

U.S. Citizenship and Immigration Services

IOE8429937781

VERTEX PHARMACEUTICALS INCORPORATED
c/o [redacted] (b)(6)
BERRY APPLEMAN & LEIDEN LLP
1 FEDERAL ST, STE. 3603
BOSTON, MA 02110

RE: KRANTHI SAGAR PACHIKORU
I-129, Petition for a Nonimmigrant Worker

## PREMIUM PROCESSING - REQUEST FOR EVIDENCE

IMPORTANT: THIS NOTICE CONTAINS YOUR UNIQUE RECEIPT NUMBER. THIS PAGE MUST BE SUBMITTED WITH THE REQUESTED EVIDENCE.

You are receiving this notice because U.S. Citizenship and Immigration Services (USCIS) requires additional evidence to process your form. Please provide the evidence requested on the attached page(s). Include duplicate copies if you are requesting consular notification.

Your response must be received in this office by July 30, 2023.

Please note that you have been allotted the maximum period allowed for responding to a Request for Evidence (RFE). The time period for responding cannot be extended. See Title 8 Code of Federal Regulations (8 CFR), Section 103.2(b)(8)(iv). Because many immigration benefits are time sensitive, you are encouraged to respond to this request as early as possible, but no later than the deadline provided above. If you do not respond to this notice within the allotted time, your case may be denied. The regulations do not provide for an extension of time to submit the requested evidence.

You must submit all requested evidence at the same time. If you submit only some of the requested evidence, USCIS will consider your response a request for a decision on the record. See 8 CFR 103.2(b)(11).

If you submit a document in any language other than English, the document must be accompanied by a full and complete English translation. The translator must certify that the translation is accurate and he or she is competent to translate from that language to English. If you submit a foreign language translation in response to this request for evidence, you must also include a copy of the foreign language document.

Processing of your form or benefit request will resume upon receipt of your response. If you have not heard from USCIS within60 days of responding, you may contact the USCIS Contact Center (UCC) at1-800-375-5283. If you are hearing impaired, please call the UCC TDD at 1-800-767-1833.

E38



USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

## H-1B Specialty Occupation Worker - Introduction

On April 21, 2023, your organization, VERTEX PHARMACEUTICALS INCORPORATED (petitioner, petitioning organization, or you), filed a Form I-129, Petition for a Nonimmigrant Worker (Form I-129) with U.S. Citizenship and Immigration Services (USCIS), seeking to classify PACHIKORU, KRANTHI SAGAR (beneficiary) as an H-1B specialty occupation worker.

The H-1B classification applies to individuals who will perform services in a specialty occupation. A specialty occupation is one that requires theoretical and practical application of a body of highly specialized knowledge, and attainment of a bachelor's or higher degree in the specific specialty (or its equivalent) as a minimum for entry into the occupation in the United States.

You seek a change of employer and requested that USCIS extend the beneficiary's stay.

You stated on the petition that you are a pharmaceutical research and development company with 3,853 employees. You seek to employ the beneficiary as GMP Operational Quality Manager.

To process your petition and determine if you and the beneficiary are eligible, additional information is required. This request provides suggested evidence that you may submit to satisfy each eligibility criteria described below. You may:

- Submit one, some, or all of these items;
- Submit none of the suggested items and instead submit other evidence to satisfy the request;
- Explain how the evidence in the record already establishes eligibility; and/or
- Request a decision based on the record.

Note, however, that as the petitioner, you are responsible for providing evidence that demonstrates that you and the beneficiary meet all requirements. Evidence must show that all parties were eligible for the requested benefit when you filed the petition by a preponderance of the evidence.

Do not include with your response copies of documentation previously submitted.

If you are submitting evidence in response to this request, USCIS recommends that you submit:

- An index of the evidence.
- Clear and legible copies of the evidence. If legible copies are not possible, you may submit the original documents. Original documents, however, will be returned only if requested.

USCIS checks all petitions filed for this classification in its Validation Instrument for Business Enterprises (VIBE) system. VIBE uses commercially available data to validate basic information about organizations petitioning to employ foreign workers. For more information about this program, visit the USCIS website at www.uscis.gov/VIBE.

## Specialty Occupation

You must establish that the beneficiary's proffered position is a specialty occupation. A specialty occupation is one that requires the theoretical and practical application of a body of highly specialized knowledge and that requires the attainment of a bachelor's degree or higher in a specific specialty, or its equivalent, as a minimum for entry into the occupation in the United States.


USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

To satisfy this requirement, you submitted:

- A description of the beneficiary's duties;
- A certified Labor Condition Application (LCA) with an occupational title of Project Management Specialists; and
- Information about your organization's products or services.

Duties of the Offered Position: USCIS does not use the job title, by itself, when determining whether a particular position qualifies as a specialty occupation. USCIS considers the duties of the offered position to evaluate in which occupation the beneficiary will be providing services.

The description of the beneficiary's job duties does not sufficiently describe the substantive nature of the offered position.

Therefore, without a more detailed description of the offered job duties, USCIS is not able to determine the nature of the offered position or whether it requires the theoretical and practical application of a body of highly specialized knowledge and the attainment of a bachelor's or higher degree in a specific specialty, or its equivalent as a minimum entry into the position.

In addition to providing evidence relating to the specialty occupation qualifying criteria discussed below, provide evidence that describes the duties of the proffered position. Evidence may include, but is not limited to:

- A detailed statement from your company to:
  - Explain the duties the beneficiary will perform;
  - Indicate the percentage of time devoted to each duty;
  - State the education, experience, training, and special skills required to perform these duties; and
  - Explain how the educational requirements relate to the position.

Qualifying Criteria: To qualify as a specialty occupation, the position must meet at least one of the following criteria.

1. A bachelor's or higher degree or its equivalent is normally the minimum requirement for entry into the particular position;
2. The degree requirement is common to the industry in parallel positions among similar organizations or, in the alternative, an employer may show that its particular position is so complex or unique that it can be performed only by an individual with a degree;
3. The employer normally requires a degree or its equivalent for the position; or
4. The nature of the specific duties is so specialized and complex that knowledge required to perform the duties is usually associated with the attainment of a bachelor's or higher degree.

USCIS will discuss each of the qualifying criteria for specialty occupation below. With your response, identify which of the specialty occupation qualifying criteria you believe has been satisfied. If you believe the offered position satisfies multiple criteria, identify the evidence that you believe satisfies each criterion.

1. <u>Degree is Normally Minimum Requirement</u>


USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

You may establish eligibility by showing that a bachelor's degree or higher in a specific specialty, or its equivalent, is normally the minimum requirement for entry into the particular position.

You did not submit any evidence for this criterion. Thus, you have not established eligibility under this criterion.

As such, you have not sufficiently established that a bachelor's degree or higher in a specific specialty, or its equivalent, is normally the minimum requirement for entry into the particular position.

You may still submit evidence to establish eligibility under this criterion. Evidence may include, but is not limited to:

- Relevant documentation from an informative career resource, such as the Department of Labor's Occupational Outlook Handbook (OOH), which describes the duties, work environment, education, training, skills, and other qualification requirements for the occupation. Include a statement describing how the particular position relates to the occupation listed in the career guide and how the information in the career guide demonstrates that a bachelor's or higher degree in a specific specialty or its equivalent is normally the minimum requirement for the particular position.
- Any evidence you believe will establish that a bachelor's or higher degree or its equivalent is normally the minimum requirement for entry into the particular position.

2.a. Degree Common to the Industry

You may establish eligibility by showing that the degree requirement of a bachelor's degree or higher in a specific specialty, or its equivalent, is common to the industry in parallel positions among similar organizations.

You did not submit any evidence for this criterion. Thus, you have not established eligibility under this criterion.

You may still submit evidence to establish eligibility under this criterion. Evidence may include, but is not limited to:

- Job postings or advertisements showing a degree requirement of a bachelor's degree or higher in a specific specialty, or its equivalent, is common to the industry in parallel positions among similar organizations. Any job postings or advertisements should be supported by documentation of the following:
  - The date and source of the job posting or announcement;
  - A detailed description of the duties of the position and the educational, training, and experience requirements of the position;
  - The company or firm offering the position in these job postings or announcements is within your industry and is similar to your organization; and
  - The job postings or advertisements represent the industry standards for the position.
- Letters from an industry-related professional association indicating that similar organizations routinely employ and recruit only individuals with a bachelor's degree or higher in a specific specialty, or its equivalent for parallel positions.

- Copies of letters or affidavits from firms or individuals in the industry attesting that similar organizations routinely employ and recruit only individuals with a bachelor's degree or higher in a specific specialty, or its equivalent for parallel positions. Any letter or affidavit should be supported by documentation of the following:
    - The writer's qualifications as an expert;
    - How the writer's conclusions were reached; and
    - The basis for the writer's conclusions, supported by copies or citations of any materials used.

<u>2.b. Position So Complex or Unique</u>

You may establish eligibility by showing that the particular position is so complex or unique that it can be performed only by an individual with a bachelor's degree or higher in a specific specialty, or its equivalent.

The evidence you submitted is insufficient to establish eligibility under this criterion.

As evidence that the proffered position is so complex or unique that it can only be performed by an individual with a bachelor's or higher degree in a specific specialty, or its equivalent, you submitted a description of the job duties for the beneficiary's proffered position. However, the job duties, as described, do not appear to be of such complexity or uniqueness as to require the attainment of a bachelor's degree or higher degree in a specific specialty, or its equivalent. The evidence of record does not establish that the proffered position is significantly different from other positions within the occupational category of Project Management Specialists.

You may still submit evidence to establish eligibility under this criterion. Evidence may include, but is not limited to:

- Letters from an industry-related professional association indicating that the position is so complex or unique that it can be performed only by an individual with a bachelor's degree or higher in a specific specialty, or its equivalent.
- Copies of letters or affidavits from firms or individuals in the industry attesting that the position is so complex or unique that it can be performed only by an individual with a bachelor's degree or higher in a specific specialty, or its equivalent. Any letter or affidavit should be supported by documentation of the following:
    - The writer's qualifications as an expert;
    - The writer's knowledge of your business;
    - How the writer's conclusions were reached; and
    - The basis for the writer's conclusions, supported by copies or citations of any materials used.
- Copies of trade publications or other articles within your industry which demonstrate and highlight the specific complex or unique functions of the position, which can only be performed only by an individual with a bachelor's degree or higher in a specific specialty, or its equivalent.

<u>3. Employer Normally Requires Degree or its Equivalent</u>

You may establish eligibility by showing that you normally require a bachelor's degree or higher in a specific specialty, or its equivalent, for the position.

The evidence you submitted is insufficient to establish eligibility under this criterion.


USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

In your letter in support of the petition, you indicate that the proffered position requires a bachelor's degree in Project Management. However, aside from the statement in your support letter, you have provided no documentary evidence to support your claim that your company normally requires at least a bachelor's degree in a specific specialty, or equivalent as the minimum entry requirement.

You may still submit evidence to establish eligibility under this criterion. Evidence may include, but is not limited to:

- An organizational chart showing your hierarchy and staffing levels with corresponding educational and experience requirements for the positions. The educational requirements should include the field of study (e.g. computer science) in addition to the educational level (e.g. bachelor's degree).
- Copies of present and past job postings or announcements for the proffered position showing that you require applicants to have a minimum of a bachelor's or higher degree in a specific specialty or its equivalent.
- Documentary evidence of your past employment practices for the position, including:
    - Documentation which lists the number of employees hired in the most recent two years for the position;
    - Copies of employment or pay records identifying past and present employees in this position;
    - Copies of degrees and/or transcripts to verify the level of education and field of study of each individual hired for this position in the last two years. Additionally, provide evidence to establish the duties that the individuals performed, such as official position descriptions, job offer letters, job postings, or performance reviews; and
    - An organizational chart or diagram, showing your organizational structure and staffing levels.
- Documentation that lists the educational, experience, training, and skills requirements of the offered position, such as official position descriptions, job offer letters, or job postings.

4. Nature of Specific Duties So Specialized and Complex

You may establish eligibility by demonstrating that the nature of the specific duties of the offered position are so specialized and complex that the knowledge required to perform these duties is usually associated with the attainment of a bachelor's degree or higher in a specific specialty, or its equivalent.

The evidence you submitted is insufficient to establish eligibility under this criterion.

The job duties, as described, do not appear to be of such specialization or complexity as to usually require at least the attainment of a bachelor's degree in a specific specialty, or its equivalent. You have not sufficiently detailed how the duties of the proffered position are more specialized and complex as compared to the duties normally associated with Project Management Specialists.

You may still submit evidence to establish eligibility under this criterion. Evidence may include, but is not limited to:

- An explanation of the specific duties, as they relate to your products and services, and how the nature of those duties of the offered position are so specialized and complex, that they are usually associated with the attainment of a bachelor's degree or higher in a specific field of study; provide an explanation of what differentiates your products and services from other employers in the same industry. Be specific and provide documentation to support any explanation of specialization and complexity.
- Copies of letters or affidavits from firms, individuals, professional associations, or customers attesting that the nature of your products and services are so specialized and complex that a bachelor's level of education, or higher, in a specific field of study is a prerequisite for entry into the offered position. Any letter or affidavit should be supported by documentation of the following:
    - The writer's qualifications as an expert;
    - How the writer's conclusions were reached; and
    - The basis for the writer's conclusions, supported by copies or citations of any materials used.
- Copies of trade publications or other articles about your company that highlights the nature of your products and services and demonstrates that the specific duties of the offered position are so specialized and complex that a bachelor's level of education, or higher, in a specific field of study is a prerequisite for entry into the position.

Please return the requested information and all supporting documents with this original request on top. Responses for Premium Processing cases may be faxed to (802)-860-6900 or mailed to:

Premium Processing Service
USCIS Vermont Service Center
30 River Road
Essex Junction, VT 05452-3808

The Premium Processing e-mail address (vsc-premium.processing@uscis.dhs.gov) may only be used for inquiries. Do not send responses to the e-mail address.



USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

Exhibit P

# Exhibit P

¶ 67 — H-1B Revocation Notice

April 17, 2025

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
38 River Road
Essex Junction, VT 05479-0001

U.S. Citizenship and Immigration Services

IOE8429937781

VERTEX PHARMACEUTICALS INCORPORATED
c/o [redacted] (b)(6)
BERRY APPLEMAN & LEIDEN LLP
1 FEDERAL ST, STE. 3603
BOSTON, MA 02110

RE: KRANTHI SAGAR PACHIKORU
I-129, Petition for a Nonimmigrant Worker

## REVOCATION

Dear Sir or Madam,

DOB: [redacted] COB: India

On July 10, 2023, U.S. Citizenship and Immigration Services (USCIS) approved the Form I-129, Petition for a Nonimmigrant Worker that you filed on April 21, 2023.

On April 7, 2025, USCIS received your request to withdraw the petition.

As of April 7, 2025, the approval of your petition is automatically revoked per Title 8 Code of Federal Regulations, section 214.2(h)(11)(ii).

Sincerely,
[redacted] (b)(6)
SCOPS Deputy Associate Director of Adjudications