FILED IN CLERKS OFFICE
AUG 18 '26 PM2:59 USDC MA

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| KRANTHI SAGAR PACHIKORU,<br>Plaintiff,<br><br>v.<br><br>BERRY APPLEMAN AND LEIDEN LLP,<br>Defendant. | Civil Action No.: _______________ |

**PLAINTIFF'S DISCLOSURE STATEMENT**
**PURSUANT TO FED. R. CIV. P. 7.1(a)(2)**

Pursuant to Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Kranthi Sagar Pachikoru, appearing pro se, states that he is a natural person, a citizen of the Republic of India, and that he has not been admitted to the United States for lawful permanent residence. No other individual's or entity's citizenship is attributed to Plaintiff for purposes of jurisdiction under 28 U.S.C. § 1332(a).

Dated: August 18, 2026

Respectfully submitted,

_________________________________
Kranthi Sagar Pachikoru
Plaintiff, Pro Se

2 Congress St, Ste 18
Milford, MA 01757
Phone: 571-570-3607
Email: kranthi@tuta.io