FILED IN CLERKS OFFICE
AUG 18 '26 PM2:59 USDC MA

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| KRANTHI SAGAR PACHIKORU,<br>Plaintiff,<br><br>v.<br><br>BERRY APPLEMAN AND LEIDEN LLP,<br>Defendant. | Civil Action No.: _______________ |

**PLAINTIFF'S CERTIFICATION OF RELATED CASE**
**PURSUANT TO LOCAL RULE 40.1(g)**

Pursuant to Local Rule 40.1(g)(6)(B) of the United States District Court for the District of Massachusetts, Plaintiff Kranthi Sagar Pachikoru, appearing pro se, certifies that this action is related to *Pachikoru v. Vertex Pharmaceuticals Inc.*, Civil Action No. 4:25-cv-40184-MRG (D. Mass.) (Guzman, J.), which is presently pending in this Court, and states the following specific basis for designating the two cases as related:

1. **Some or all of the parties are the same:** Plaintiff Kranthi Sagar Pachikoru is the plaintiff in both actions. L.R. 40.1(g)(1)(A).

2. **The cases involve the same or substantially similar issues of fact and arise out of the same occurrences and transactions:** Both actions concern the same Labor Condition Application ("LCA"), the same Form I-129 (H-1B petition), the same May 4, 2023 USCIS Request for Evidence ("RFE") and the response filed to it, the same Employment-Based, Second Preference National Interest Waiver ("EB-2 NIW") permanent-residency matter in which no petition was ever filed, and the same joint representation of Plaintiff and Vertex Pharmaceuticals Inc. by Berry Appleman & Leiden LLP; and the two actions will draw upon substantially

overlapping witnesses and documents, including BAL personnel and BAL's files. L.R. 40.1(g)(1)(B)(i)–(ii).

a. The related case remains pending before this Court.

b. Plaintiff has identified the related case on the Civil Cover Sheet and the Civil Category Form filed herewith, in accordance with Local Rule 40.1(g)(6)(A).

Dated: August 18, 2026

Respectfully submitted,

Kranthi Sagar Pachikoru
Plaintiff, Pro Se

2 Congress St, Ste 18
Milford, MA 01757
Phone: 571-570-3607
Email: kranthi@tuta.io