# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

**KRANTHI SAGAR PACHIKORU**

*Plaintiff*

v.

**BERRY APPLEMAN AND LEIDEN LLP**

*Defendant*

Civil Action No.:
**4:26−CV−40199−MRG**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) −−− or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −−− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

**/s/ − Jennifer Barrows**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2026−08−18 15:55:32**, Clerk USDC DMA

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **4:26-cv-40199-MRG**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **Berry Appleman & Leiden LLP** was received by me on **10/13/2026:**

☐ I personally served the **SUMMONS IN A CIVIL ACTION; COMPLAINT** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Adam Duncan**, who is designated by law to accept service of process on behalf of **Berry Appleman & Leiden LLP** at **2400 N Glenville Dr Building A, Suite 100, Richardson, TX 75082** on **10/13/2026 at 9:50 AM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 12.45** for services, for a total of **$ 12.45**.

I declare under penalty of perjury that this information is true.

Date: 10/13/2026

[signature]

*Server's signature*

**Akinjide Akinola**

*Printed name and title*

**1963 Sweetwater Lane**
**Allen, TX 75013**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN A CIVIL ACTION; COMPLAINT, to Adam Duncan who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 35-45 years of age, 5'6" -5'8" tall and weighing 80-120 lbs. Adams Duncan accepted the delivery as an authorized person on behalf of BAL. He's an officer services supervisor**

Tracking #: **0246127661**