# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

**KRANTHI SAGAR PACHIKORU**
*Plaintiff*

v.

**BERRY APPLEMAN AND LEIDEN LLP**
*Defendant*

Civil Action No.:
**4:26−CV−40199−MRG**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) −−− or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −−− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
*CLERK OF COURT*

**/s/ − Jennifer Barrows**
*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2026−08−18 15:55:32**, Clerk USDC DMA

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **4:26-cv-40199-MRG**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **Berry Appleman & Leiden LLP**
was received by me on **10/15/2026:**

☐ I personally served the **Complaint; Summons** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Josiah Curtis**, who is designated by law to accept service of process on behalf of **Berry Appleman & Leiden LLP** at **1 Beacon Street 5th Floor, Suite 5200, Boston, MA 02108** on **10/16/2026 at 9:10 AM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 200.00** for services, for a total of **$ 200.00**.

I declare under penalty of perjury that this information is true.

Date: 10/16/2026

[signature]
*Server's signature*

**Elvis Idada**
*Printed name and title*

**8 Ashmont Road**
**Wellesley, MA 02481**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, Complaint; Summons, to Josiah Curtis, Partner and designated Massachusetts Resident Agent with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 35-45 years of age, 5'8"-5'10" tall and weighing 140-160 lbs.**

Tracking #: **0246656095**