**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| KRANTHI SAGAR PACHIKORU,<br><br>Plaintiff,<br><br>v.<br><br>BERRY APPLEMAN AND LEIDEN LLP,<br><br>Defendant. | C.A. No.: 4:26-cv-40199-MRG |

**NOTICE OF APPEARANCE OF COUNSEL**

I, Anne V. Kim, of the firm Wilson Elser Moskowitz Edelman and Dicker LLP, hereby enter my appearance for Defendant, Berry Appleman and Leiden LLP, in the above-captioned matter.

Respectfully submitted,

DEFENDANT, BERRY APPLEMAN AND LEIDEN LLP,

By its Attorneys,

*/s/ Anne V. Kim*

Anne V. Kim, BBO #679704
Anne.Kim@wilsonelser.com
Wilson Elser Moskowitz Edelman & Dicker LLP
260 Franklin Street, 19th Floor
Boston, Massachusetts 02110
(617) 422-5300

Dated: October 30, 2026

**CERTIFICATE OF SERVICE**

I, Anne V. Kim, hereby certify that, on October 30, 2026, the foregoing document was filed through the ECF system, the document will be sent electronically to the registered participants, and paper copies will be served via first class mail on those indicated as non-registered participants.

*/s/ Anne V. Kim*
Anne V. Kim