**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| KRANTHI SAGAR PACHIKORU,<br><br>Plaintiff,<br><br>v.<br><br>BERRY APPLEMAN AND LEIDEN LLP,<br><br>Defendant. | C.A. No.: 4:26-cv-40199-MRG |

**ASSENTED-TO MOTION OF DEFENDANT FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT OR TO OTHERWISE PLEAD UP TO AND INCLUDING DECEMBER 4, 2026**

Defendant Berry Appleman and Leiden LLP ("BAL"), without waiver and with full reservation of any of its rights and defenses, hereby respectfully moves this Honorable Court to extend the time by approximately thirty (30) days within which BAL may respond to Plaintiff's Complaint or otherwise plead (including any motion to dismiss), up to and including December 4, 2026.

In support of good cause for the extension, BAL states that the requested time is necessary and appropriate in light of the length and complexity of Plaintiff's Complaint, which asserts five (5) causes of action sounding in legal malpractice, fraud, and breach of contract over 126 enumerated paragraphs and 183 pages, including exhibits. Undersigned counsel for BAL has communicated via telephone and email with Plaintiff, who assents to the extension. Allowing this motion with not cause undue delay. No hearing or conference is currently scheduled. No party will be prejudiced by the granting of this motion.

WHEREFORE, the Defendant Berry Appleman and Leiden LLP requests that this Motion be allowed and that the timeframe within it may file a response to Plaintiff's Complaint (including any motion to dismiss) be extended up to and including December 4, 2026.

Respectfully submitted,

DEFENDANT, BERRY APPLEMAN AND LEIDEN LLP,

By its Attorneys,

*/s/ Anne V. Kim*
Christine A. Knipper, BBO #652638
Christine.Knipper@wilsonelser.com
Anne V. Kim, BBO #679704
Anne.Kim@wilsonelser.com
Wilson Elser Moskowitz Edelman & Dicker LLP
260 Franklin Street, 19th Floor
Boston, Massachusetts 02110
(617) 422-5300

Dated: October 30, 2026

## LOCAL RULE 7.1 CERTIFICATION

I, Anne V. Kim, hereby certify that I communicated with plaintiff, Mr. Kranthi Sagar Pachikoru, via telephone and email on October 30, 2026 concerning the requested extension, and that Mr. Kranthi Sagar Pachikoru assented to the extensions requested.

*/s/ Anne V. Kim*
Anne V. Kim

## CERTIFICATE OF SERVICE

I, Anne V. Kim, hereby certify that, on October 30, 2026, the foregoing document was filed through the ECF system, the document will be sent electronically to the registered participants, and paper copies will be served via first class mail on those indicated as non-registered participants.

*/s/ Anne V. Kim*
Anne V. Kim