**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

KRANTHI SAGAR PACHIKORU,
Plaintiff,
v.
BERRY APPLEMAN AND LEIDEN LLP,
Defendant.

Civil Action No. 4:26-cv-40199-MRG

**ASSENTED-TO MOTION FOR ADMISSION PRO HAC VICE OF ROBERT F. MERLO, ESQ.**

Pursuant to Local Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Anne V. Kim, a member in good standing of the Bars of the Commonwealth of Massachusetts, the United States District Court for the District of Massachusetts, (and others), on behalf of Defendant Berry Appleman and Leiden LLP ("Defendant"), respectfully move for the admission *pro hac vice* of Robert F. Merlo, Esq., of the law firm Wilson Elser Moskowitz Edelman & Dicker LLP, to appear and practice in this action as counsel for Defendant. In support of this motion, the undersigned states as follows:

1. The undersigned, Anne V. Kim (BBO No. 679704), is a member in good standing of the bar of this Court and has appeared, or will contemporaneously appear, as counsel for Defendant in this action.

2. Robert F. Merlo is a Partner with Wilson Elser Moskowitz Edelman & Dicker LLP, 161 N. Clark Street, Suite 4500, Chicago, IL 60601, telephone (312) 821-6170, email: Robert.merlo@wilsonelser.com.

3. Robert F. Merlo is a member in good standing of the bar of the State of Illinois (ARDC No. 6327312), admitted November 9, 2017; the United States District Court for the

Northern District of Illinois, admitted April 21, 2022; and the United States Court of Appeals for the Seventh Circuit, admitted February 13, 2026.

4. As set forth in the Certification of Robert F. Merlo submitted herewith as **Exhibit A**, Robert F. Merlo (a) is a member of the bar in good standing in every jurisdiction in which he has been admitted to practice; (b) is not the subject of disciplinary proceedings pending in any jurisdiction in which he is a member of the bar; (c) has not previously sought *pro hac vice* admission to this Court and thus has never had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct; (d) has read and agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts; and (e) has received a confirmation from the Massachusetts Board of Bar Overseers confirming his application for *pro hac vice* admission. (*See*, Ex. A at its Ex. A).

5. Robert F. Merlo is familiar with the facts of this matter, and Defendant wishes to be represented by him in this action. The undersigned will continue to serve as counsel of record for Defendant.

6. Any applicable pro hac vice admission fee is being paid to the Clerk of Court contemporaneously with the filing of this motion.

7. *Pro se* plaintiff, Kranthi Sagar Pachikoru assents to this Motion. *See* 7.1 Certification.

WHEREFORE, the undersigned respectfully requests that this Court grant this motion and admit Robert F. Merlo *pro hac vice* to appear and practice before this Court as counsel for Defendant Berry Appleman and Leiden LLP in the above-captioned action.

Respectfully submitted,

BERRY APPLEMAN AND LEIDEN LLP,

By its attorneys,

/s/ *Anne V. Kim*
Christine A. Knipper, BBO No. 652638
Anne V. Kim, BBO No. 679704
Wilson Elser Moskowitz Edelman & Dicker LLP
260 Franklin Street, 19th Floor
Boston, MA 02110
Christine.Knipper@wilsonelser.com
Anne.Kim@wilsonelser.com
Tel.: (617) 422-5300

Dated: November 12, 2026

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

I, Anne V. Kim, hereby certify that I communicated with plaintiff, Mr. Kranthi Sagar Pachikoru, via telephone and email on October 30, 2026 and by email on November 12, 2026, concerning the requested *pro hac vice* admission of Robert F. Merlo, and that Mr. Kranthi Sagar Pachikoru assented to the motion.

*/s/ Anne V. Kim*
Anne V. Kim

**CERTIFICATE OF SERVICE**

I, Anne V. Kim, hereby certify that, on November 12, 2026, the foregoing document was filed through the ECF system, the document will be sent electronically to the registered participants, and paper copies will be served via first class mail on those indicated as non-registered participants.

*/s/ Anne V. Kim*
Anne V. Kim