# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| KRANTHI SAGAR PACHIKORU, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 4:26-cv-40199-MRG |
| | ) | |
| v. | ) | |
| | ) | |
| BERRY APPLEMAN AND LEIDEN LLP, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATION OF ROBERT F. MERLO IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Robert F. Merlo, hereby certify pursuant to 28 U.S.C. § 1746 and Local Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts as follows:

1. I am an attorney and Partner with the law firm Wilson Elser Moskowitz Edelman & Dicker LLP, 161 N. Clark Street, Suite 4500, Chicago, IL 60601, telephone (312) 821-6170, email: Robert.Merlo@wilsonelser.com

2. I am admitted to practice before, and am a member in good standing of the bars of, the following jurisdictions and courts: (a) the State of Illinois (ARDC No. 6327312), admitted November 9, 2017; (b) the United States District Court for the Northern District of Illinois, admitted April 21, 2022; and (c) the United States Court of Appeals for the Seventh Circuit, admitted February 13, 2026. I am not admitted to practice in any other jurisdiction.

3. On November 6, 2026, I received from the Massachusetts Board of Bar Overseers the Registration Statement for Pro Hac Vice Attorneys approval form attached as **Exhibit A** hereto.

4. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

5. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

6. I have not previously had a pro hac vice admission to this Court and thus have never had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

7. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

8. I will be associated in this action with Christine A. Knipper (BBO No. 652638) and/or Anne V. Kim (BBO No. 679704), a member of the bar of this Court, who has appeared as counsel for Defendant Berry Appleman and Leiden LLP.

I certify under penalty of perjury that the foregoing is true and correct.

/s/ *Robert F. Merlo*________
Robert F. Merlo
Illinois ARDC No. 6327312
Wilson Elser Moskowitz Edelman & Dicker LLP
161 N. Clark Street, Suite 4500
Chicago, IL 60601
Tel.: (312) 821-6170
Email: robert.Merlo@wilsonelser.com

Dated: November 12, 2026

**Exhibit**

**A**

**Certification of Registration for *Pro Hac Vice* Attorneys from the Ma. Board of Bar Overseers – Robert F. Merlo**

# BOARD OF BAR OVERSEERS

One Beacon Street, 10th Floor, Boston, Massachusetts 02108

## REGISTRATION STATEMENT FOR PRO HAC VICE ATTORNEYS

ATTORNEY NAME (First, MI, Last, Suffix): Merlo, Robert F.

Email Address: robert.merlo@wilsonelser.com

Complete Business/Mailing Address:

161 N. Clark, Suite 4500, Chicago, IL 60601

Business Phone Number: (312) 821-6170

RECEIVED
NOV - 6 2026
Massachusetts Board of Bar Overseers Registration Dept.

Board of Bar Overseers
Administrative Use Only

Date Received: 11-06-26

Amount Paid: $101.00

Date Confirmation Emailed: 11-06-26

Court in which pro hac vice admission is sought: District Court of Massachusetts

Contact number for court: (312) 821-6170

Party to be represented: Berry Appleman and Leiden

Docket number of case (if available): 4:26-cv-40199-MRG

Jurisdictions to which you have been admitted: (Use second page for additional jurisdictions.)

| Type | Jurisdictions | License Numbers |
|---|---|---|
| STATE | Illinois (Supreme Court of Illinois) | 6327312 |
| STATE | U.S. District Court, Northern Dist. of Illinois | N/A |
| STATE | U.S. Court of Appeals - Seventh Circuit | N/A |

I certify that (check one): ☐ the party I am representing in the case for which I am seeking pro hac vice admission is an indigent client, and I understand that no pro hac vice fee is due, or ☑ I have included the required pro hac vice fee.

Further, I certify, under the pains and penalties of perjury, that I am admitted to practice and in good standing in every jurisdiction where I am admitted, and I acknowledge that I am subject to discipline by the Massachusetts Supreme Judicial Court and the Board of Bar Overseers. I understand I am limited in my legal practice in Massachusetts to the case identified above.

**I certify the information I have supplied the Board of Bar Overseers is true and complete.**

/s/ Robert F. Merlo — 11/3/26

Signature — Date

## Jurisdictions continued:

| Type | Jurisdictions | License Number |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Please mail the completed form to:**

**Board of Bar Overseers, One Beacon Street, 10th Floor**
**Boston, MA 02108**