**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| KRANTHI SAGAR PACHIKORU, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 4:26-cv-40199-MRG |
| | ) | |
| v. | ) | |
| | ) | |
| BERRY APPLEMAN AND LEIDEN LLP, | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER GRANTING ASSENTED-TO MOTION FOR ADMISSION PRO HAC VICE**

Upon consideration of Defendant's Assented-To Motion for Admission Pro Hac Vice of Robert F. Merlo and the accompanying Certification submitted pursuant to Local Rule 83.5.3, and for good cause shown, it is hereby ORDERED that the motion is GRANTED. Robert F. Merlo of Wilson Elser Moskowitz Edelman & Dicker LLP is admitted *pro hac vice* to appear and practice before this Court as counsel for Defendant Berry Appleman and Leiden LLP in the above-captioned action.

SO ORDERED.

_______________________________
Hon. Guzman
United States District Judge

Dated: ____________