AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

Kranthi Sagar Pachikoru
*Plaintiff*
v.
Berry Appleman and Leiden LLP
*Defendant*

) ) Case No. 4:26-cv-40199-MRG ) )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Berry Appleman and Leiden LLP .

Date: 11/16/2026

/s/ Robert F. Merlo
*Attorney's signature*

Robert F. Merlo (pro hac vice)
*Printed name and bar number*

Wilson Elser Moskowitz Edelman & Dicker LLP
161 N. Clark St.
Suite 4500
Chicago, IL 60601
*Address*

robert.merlo@wilsonelser.com
*E-mail address*

(312) 821-6170
*Telephone number*

(312) 704-1522
*FAX number*